No. 25-4312

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, *et al.*,

*Plaintiffs-Appellees*,

vs.

KRISTI NOEM, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court for the Central
District of California, Case No. 2:25-cv-05605-MEMF-SP
The Hon. Maame Ewusi-Mensah Frimpong

**PLAINTIFFS-APPELLEES' SUPPLEMENTAL STATEMENT IN OPPOSITION TO ADMINISTRATIVE STAY**

Mohammad K. Tajsar
Eva Bitrán
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5200

Anne Lai
UC IRVINE IMMIGRANT AND RACIAL
JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

Mark Rosenbaum
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Plaintiffs-Appellees*

## SUPPLEMENTAL STATEMENT IN OPPOSITION TO ADMINISTRATIVE STAY

Today at 11:49 a.m., Defendants filed an emergency motion in this Court to seek a stay of the district court's temporary restraining order. Emergency Motion to Stay (DE 5). Five hours later, at 5:11 p.m., Defendants filed an *ex parte* application in the district court seeking the same relief for the first time in writing (and, for the first time, providing reasons for the request). ECF 94. But they were obliged to *first* move for a stay in the district court and allow that court to rule. FRAP 8(a)(1)(C). This belated filing does not satisfy that requirement.[1]

There are good reasons for requiring that Defendants first move for a stay pending appeal in the district court, as this case makes clear. The district court, being closer to the facts of the case, is best positioned to determine whether a stay is warranted in light of Defendants' arguments about the scope and effects of the injunction.

The Court should deny Defendants' request for an administrative stay and defer setting a briefing schedule on the government's stay motion until the district court has a chance to rule on the belated application filed this afternoon.

Respectfully submitted,

---

[1] *See* Dkt. No. 7.1 at 3 n.1.

1

DATED: July 14, 2025            ACLU OF SOUTHERN CALIFORNIA

By:    */s/ Mohammad Tajsar*
Mohammad Tajsar
*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit using the ACMS system.

DATED: July 14, 2025        ACLU OF SOUTHERN CALIFORNIA

By:    */s/ Mohammad Tajsar*
Mohammad Tajsar
*Counsel for Plaintiffs-Appellees*