No. 25-4312

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, *et al.*,

*Plaintiffs-Appellees*,

vs.

KRISTI NOEM, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court for the Central District of California, Case No. 2:25-cv-05605-MEMF-SP
The Hon. Maame Ewusi-Mensah Frimpong

**PLAINTIFFS-APPELLEES' OPPOSITION TO ADMINISTRATIVE STAY**

Mohammad K. Tajsar
Eva Bitrán
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5200

Anne Lai
UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

Mark Rosenbaum
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Plaintiffs-Appellees*

## OPPOSITION TO ADMINISTRATIVE STAY

For the reasons set forth in Plaintiffs' previous submission, Docket Entry 7, an administrative stay is inappropriate in this case. Plaintiffs respectfully request the Court to deny Defendants' renewed request for an administrative stay. If the Court grants the request, Plaintiffs ask that the Court set an expedited briefing schedule on Defendants' request for a stay pending appeal, with Plaintiffs' opposition due July 20 at 6:00 p.m. and any reply due July 21 at 6:00 p.m.

Respectfully submitted,

DATED: July 17, 2025                ACLU OF SOUTHERN CALIFORNIA


By:   */s/ Mohammad Tajsar*
      Mohammad Tajsar
      *Counsel for Plaintiffs-Appellees*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit using the ACMS system and provided a courtesy copy via email to counsel of record for the Defendants-Appellants.

DATED:  July 17, 2025　　　　　ACLU OF SOUTHERN CALIFORNIA

By:　　*/s/ Mohammad Tajsar*
　　　Mohammad Tajsar
　　　*Counsel for Plaintiffs-Appellees*

2