

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRISTI NOEM, Secretary, Department of Homeland Security; et al., <br><br> Defendants - Appellants. | No. 25-4312 <br><br> D.C. No. 2:25-cv-05605-MEMF-SP <br> Central District of California, Los Angeles <br><br> ORDER |

The briefing schedule for this motion for a stay pending appeal will proceed as follows: appellees' response brief to the motions to stay is due on July 21, 2025, and appellants' reply brief is due on July 23, 2025. Oral argument will be held on July 28, 2025 at 1 PM PDT by videoconference.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT