# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-4312

**Case Name** Vasquez Perdomo, et al. v. Noem, et al.

**Counsel submitting this form** Mohammad Tajsar

**Represented party/parties** Plaintiffs-Appellees

*Briefly describe the dispute that gave rise to this lawsuit.*

Defendants-Appellants are federal officials responsible for, or otherwise engaged in, federal immigration enforcement. Beginning in May 2025, certain of those officials directed federal law-enforcement personnel to major urban centers to conduct "roving patrols" for undocumented immigrants and to satisfy a daily arrest quota. In June, immigration agents began seizing individuals in Southern California, including individual Plaintiffs, based not on individualized suspicion but on broad demographic profiles. Defendants-Appellants' actions have resulted in the unlawful seizures of many individuals, including U.S. citizens and lawfully present individuals. Defendants-Appellants have stated that they intend to continue these enforcement actions.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

Plaintiffs-Appellees sought a Temporary Restraining Order before the district court to enjoin Defendants-Appellants ("the Government") from engaging in a pattern and practice of Fourth Amendment violations. The TRO entered by the district court directs the Government to stop detaining people on the streets of Southern California based solely on their apparent race or ethnicity, Spanish language or accent, location (such as a "bus stop, car wash, tow yard, day laborer pick up site, [or] agricultural site") and occupation, but permits consideration of these factors alongside other particularized indicia that a specific individual to be detained is an undocumented immigrant. The issues on appeal are whether the TRO should be (1) stayed pending appeal, and (2) reversed.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court has set a briefing schedule for preliminary injunction motions. Any motion for preliminary injunction shall be filed by July 28, 2025. ECF 108. The district court has set a preliminary injunction hearing for September 24, 2025. Id.

In addition to the issues raised on appeal, Plaintiffs-Appellees also have brought claims challenging the government's use of warrantless arrests without an assessment of flight risk, as well as issues related to the conditions in detention facilities and the deprivation of access to counsel for detainees.

Three Plaintiffs (Vasquez Perdomo, Osorto, and Villegas Molina) have pending cases in immigration court. Plaintiff Osorto has a pending motion for bond.

**Signature** s/ Mohammad Tajsar     **Date** July 21, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7     Rev. 09/01/22

2