No. 25-4312

=========================================

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

_____

On Appeal from the United States District Court
for the Central District of California
District Court Case No. 2:25-cv-5605-MEMF-SP

_____

## DEFENDANTS-APPELLANTS' MOTION FOR A 30-DAY EXTENSION
## OF TIME TO FILE OPENING BRIEF

_____

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy
    Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JONATHAN K. ROSS
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878 Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7662

*Counsel for Defendants-Appellants*

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Defendants-Appellants request a thirty (30) day extension, up to and including September 10, 2025, to file the opening brief and appendix in the above-captioned appeal. Currently, Defendants-Appellants' opening brief is due August 11, 2025. This is Defendants-Appellants' first motion for extension of time in this matter. This motion is made in good faith and not for the purpose of delay.

As detailed in the attached declaration of counsel, additional time is needed to evaluate the Court's recent order and potential next steps in light of it, consult with agency partners, and complete internal review processes. Undersigned counsel continues to exercise diligence in drafting and finalizing the brief. *See* Declaration, ¶ 5. The Government's opening brief will be filed on or before September 10, 2025.

In addition, Defendants may seek review from the Supreme Court, which could offer further guidance. *See Trump v. Boyle*, No. 2025 WL 2056889 (U.S. July 23, 2025). And while Defendants maintain that the district court lacks jurisdiction over any further proceedings related to the Fourth and Fifth Amendment claims, the district court is proceeding with preliminary injunction briefing. If the courts disagree with Defendants on appellate jurisdiction, a new order could moot the appeal.

Defendants-Appellants conferred with Plaintiffs-Appellees about this Motion via email on August 3, 2025. Plaintiffs-Appellees responded and indicated that they oppose the requested extension. Nevertheless, Defendants-Appellants respectfully

submit that Plaintiffs would not be prejudiced by an extension, as the preliminary injunction remains in effect.

WHEREFORE, Defendants-Appellants respectfully request that the Court grant the motion for an extension of time to file the opening brief and appendix, up to and including September 10, 2025.

Respectfully submitted,

BRETT A. SHUMATE
  *Acting Assistant Attorney General*
YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney General*
DREW C. ENSIGN
  *Deputy Assistant Attorney General*
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
  *Counsel to the Assistant Attorney General*

  *s/ Jonathan K. Ross*
JONATHAN K. ROSS
  *Senior Litigation Counsel*
  *Office of Immigration Litigation*
  *Civil Division*
  *U.S. Department of Justice*
  *Washington, DC 20530*
  *(202) 305-7662*
  *Jonathan.K.Ross@usdoj.gov*

Dated:  August 4, 2025          Counsel for Defendants-Appellants

2

No. 25-4312

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Central District of California
District Court Case No. 2:25-cv-5605-MEMF-SP

## DEFENDANTS-APPELLANTS' DECLARATION IN SUPPORT OF
## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

I, JONATHAN K. ROSS, hereby declare as follows:

1. I am an attorney of record for Defendants-Appellants in the above-captioned appeal. I am an attorney in good standing and admitted to the State Bar of North Carolina. I hold the position of Senior Litigation Counsel in the Office of Immigration Litigation, General Litigation and Appeals Section, within the Civil Division of the U.S. Department of Justice.

2. Defendants-Appellants' opening brief is currently due August 11, 2025.

3

3. The requested extension is necessary for undersigned counsel to be able to fully review the record, research the relevant legal issues, consult with agency counsel, consider a litigation strategy that may affect the outcome of the case, and provide sufficient time for review. For instance:

   a. Defendants-Appellants need additional time to assess the Court's August 1, 2025 Order, which largely denied the Defendants-Appellants' stay request.

   b. Defendants-Appellants are considering whether to seek further review of the Court's August 1, 2025 Order and require additional time to assess the available options.

   c. Because the district court is proceeding with preliminary injunction briefing, there is a possibility that this appeal may become moot.

   d. The extension is also necessary, given the other pre-existing obligations of the undersigned counsel. Concurrent with my responsibility to prepare the opening brief in this case, I am also litigating multiple matters before various federal district and appellate courts.

4. On behalf of Defendants-Appellants, I respectfully request a 30-day extension of time to file the opening brief and appendix, up to and including September 10, 2025.

5. This is Defendants-Appellants' first request for an extension of time to file the opening brief and appendix.

4

6. On August 3, 2025, the Government emailed counsel for Plaintiffs-Appellees about the Defendants-Appellants' request for a 30-day extension of time to file their opening brief. Plaintiffs-Appellees responded and indicated that they oppose the requested extension.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Executed this 4th day of August 2025.

*s/ Jonathan K. Ross*

JONATHAN K. ROSS
*Senior Litigation Counsel*
*Office of Immigration Litigation*
*Civil Division*
*U.S. Department of Justice*
*Washington, DC 20530*
*(202) 305-7662*
*Jonathan.K.Ross@usdoj.gov*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because it contains approximately 184 words, excluding the parts exempted by Fed. R. App. P. 32(a)(f).  This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365, roman style, 14-point type.


*s/ Jonathan K. Ross*
JONATHAN K. ROSS
*Senior Litigation Counsel*
*Office of Immigration Litigation*
*Civil Division*
*U.S. Department of Justice*
*Washington, DC 20530*
*(202) 305-7662*
*Jonathan.K.Ross@usdoj.gov*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. Plaintiffs-Appellees' counsel are registered ACMS users and will be served through the ACMS system.

<i>s/ Jonathan K. Ross</i>

JONATHAN K. ROSS
*Senior Litigation Counsel*
*Office of Immigration Litigation*
*Civil Division*
*U.S. Department of Justice*
*Washington, DC 20530*
*(202) 305-7662*
*Jonathan.K.Ross@usdoj.gov*

7