No. 25-4312

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, *et al.*,

*Plaintiffs-Appellees*,

vs.

KRISTI NOEM, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court for the Central
District of California, Case No. 2:25-cv-05605-MEMF-SP
The Hon. Maame Ewusi-Mensah Frimpong

### PLAINTIFFS-APPELLEES' OPPOSITION TO MOTION TO EXTEND TIME TO FILE BRIEF

Mohammad K. Tajsar
Eva Bitrán
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5200

Anne Lai
UC IRVINE IMMIGRANT AND RACIAL
JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

Jacob S. Kreilkamp
Sara H. Worth
Paul E. Martin
Henry D. Shreffler
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100

Elaine J. Goldenberg
Jeremy S. Kreisberg
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW Suite 500E
Washington, D.C. 20001
(202) 220-1100

*Counsel for Plaintiffs-Appellees*
*Additional counsel listed on next page*

Mark Rosenbaum
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Plaintiffs-Appellees*

Matthew J. Craig
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883

*Counsel for Plaintiff-Appellee CHIRLA*

Plaintiffs oppose the motion for extension. It is Defendants who elected to take this appeal of a TRO. Now they seek to postpone resolution of the same appeal after having already had nearly a month to prepare their opening brief. While Defendants indicate that they need time to consider whether to seek further review of the Court's August 1, 2025 Order, the possibility of additional stay efforts is the very reason why an extension would not be appropriate, as it could unnecessarily prolong the time Plaintiffs are left without protection before the appeal can be decided. Finally, Defendants have not disavowed their position that the district court is divested of jurisdiction to consider and issue a preliminary injunction while this appeal is pending. If that is indeed their view, then expeditious resolution of the appeal is even more important.

DATED:  August 05, 2025              ACLU FOUNDATION OF
                                     SOUTHERN CALIFORNIA


                                     By: */s/ Mohammad Tajsar*
                                     Mohammad Tajsar
                                     *Counsel for Plaintiffs-Appellees*