No. 25-4312

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Central District of California
District Court Case No. 2:25-cv-5605-MEMF-SP
The Honorable Maame Ewusi-Mensah Frimpong

## DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD

## INDEX

| | |
|---|---|
| BRETT A. SHUMATE | JONATHAN K. ROSS |
| Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | STEPHANIE L. GROFF |
| YAAKOV M. ROTH | JASON K. ZUBATA |
| Principal Deputy Assistant Attorney General | ANIELLO DESIMONE |
| | JACOB A. BASHYROV |
| DREW C. ENSIGN | Trial Attorneys |
| Deputy Assistant Attorney General | Office of Immigration Litigation |
| TIBERIUS DAVIS | Civil Division, U.S. Dept. of Justice |
| SEAN SKEDZIELEWSKI | P.O. Box 878, Ben Franklin Station |
| Counsel to the Assistant Attorney General | Washington, DC 20044 |
| | Tel: (202) 305-7662 |

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive
Litigation Section

ALEXANDER L. FARRELL
(SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-2400

## DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD ("ER") INDEX

*Perdomo, et al. v. Noem, et al.*, No. 25-4312

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1 of 4** | | | |
| Order Granting Plaintiffs' Ex Parte Application for a Temporary Restraining Order | 7/11/2025 | 87 | 2-53 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 2 of 4** | | | |
| Joint Status Report Regarding Case Re-Designation | 8/8/2025 | 143 | 55-60 |
| Order Denying Defendants' Ex Parte Application for Stay of Order Granting Temporary Restraining Order | 7/17/2025 | 108 | 61-70 |
| Joint Notice Following Order Vacating Status Conference | 7/17/2025 | 106 | 71-72 |
| Errata to Plaintiffs' Opposition to Defendants' Ex Parte Application for Stay of Order Granting Temporary Restraining Order; Exhibit | 7/15/2025 | 102, 102-1 | 73-88 |
| Plaintiffs' Opposition to Defendants' Ex Parte Application for Stay of Order Granting Temporary Restraining Order | 7/15/2025 | 100 | 89-100 |
| Defendants' Ex Parte Application for Stay of Order Granting Temporary Restraining Order; Exhibits | 7/14/2025 | 94, 94-1 through 94-3 | 101-142 |
| July 10, 2025 Hearing Transcript Re: Ex Parte Application for Temporary Restraining Order | 7/14/2025 | 90 | 143-243 |

3

| | | | |
|---|---|---|---|
| Defendants' Opposition to Ex Parte Application for Temporary Restraining Order Re: Fourth Amendment Claims; Exhibits | 7/8/2025 | 71, 71-1 through 71-2 | 244-286 |
| Defendants' Opposition to Ex Parte Application for Temporary Restraining Order Re: Fifth Amendment Claims; Exhibits | 7/8/2025 | 70, 70-1 | 287-319 |
| Ex Parte Application for Temporary Restraining Order Re: Fourth Amendment Claims (Pt. 1) | 7/3/2025 | 45 | 320-353 |

| VOLUME 3 of 4 |
|---|
| |

| | | | |
|---|---|---|---|
| Ex Parte Application for Temporary Restraining Order Re: Fourth Amendment Claims (Pt. 2); Exhibits | 7/3/2025 | 45, 45-1 through 45-22 | 355-625 |
| Ex Parte Application for Temporary Restraining Order Re: Fifth Amendment Claims; Exhibits (Pt. 1) | 7/2/2025 | 38, 38-1, 38-2 | 626-653 |

| VOLUME 4 of 4 |
|---|
| |

| | | | |
|---|---|---|---|
| Ex Parte Application for Temporary Restraining Order Re: Fifth Amendment Claims; Exhibits (Pt. 2) | 7/2/2025 | 38-2 through 38-12 | 655-707 |
| First Amended Complaint | 7/2/2025 | 16 | 708-772 |
| Petition for Writ of Habeas Corpus | 6/20/2025 | 1 | 773-779 |
| Notice of Appeal | 7/13/2025 | 89 | 780-832 |
| District Court Docket | | | 833-891 |

4

Respectfully submitted,

BRETT A. SHUMATE
  *Acting Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney General*

DREW C. ENSIGN
  *Deputy Assistant Attorney General*

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
  *Counsel to the Assistant Attorney General*

JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
  *Trial Attorneys*

 s/ *Jonathan K. Ross*
JONATHAN K. ROSS
  *Senior Litigation Counsel*
  *Office of Immigration Litigation*
  *Civil Division*
  *U.S. Department of Justice*
  *Washington, DC 20530*
  *(202) 305-7662*
  *Jonathan.K.Ross@usdoj.gov*

5

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on August 11, 2025.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

*s/ Jonathan K. Ross*
JONATHAN K. ROSS
  *Senior Litigation Counsel*
  *Office of Immigration Litigation*
  *Civil Division*
  *U.S. Department of Justice*
  *Washington, DC 20530*
  *(202) 305-7662*
  *Jonathan.K.Ross@usdoj.gov*

i