No. 25-4312

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

PEDRO VASQUEZ PERDOMO, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

On Appeal from the United States District Court for the Central District of California
Case No. 2:25-cv-5605-MEMF-SPH
Honorable Maame Ewusi-Mensah Frimpong

### DEFENDANTS-APPELLANTS' EXCERPTS OF RECORD
### VOLUME 3 OF 4

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney
General
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JONATHAN K. ROSS
Senior Litigation Counsel
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7662

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation
Section

ALEXANDER L. FARRELL (SBN
335008)
PAULINE H. ALARCON (SBN
345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-2400

Dated: July 3, 2025                    Respectfully submitted,

                                        ACLU FOUNDATION OF
                                        SOUTHERN CALIFORNIA

                                        By:     *Mohammad Tajsar*

                                        *Attorney for Stop/Arrest Plaintiffs*

                                        UC IRVINE SCHOOL OF LAW
                                        IMMIGRANT AND RACIAL JUSTICE
                                        SOLIDARITY CLINIC

                                        By:     *Anne Lai*

                                        *Attorney for Stop/Arrest Plaintiffs*

-26-

*EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

# EXHIBIT 1

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont.*
*page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

     Plaintiffs,

  v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland

Case No.: 2:25-cv-05605-MEMF-SP

Hon. Maame Ewusi-Mensah Frimpong

**DECLARATION OF PEDRO VASQUEZ PERDOMO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

-1-

ER-0357

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

## DECLARATION OF PEDRO VASQUEZ PERDOMO

I, Pedro Vasquez Perdomo, declare the following based on my personal knowledge:

1.     I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2.     My full name is Pedro Vasquez Perdomo. I am 54 years old. I am of Latino ethnicity.

3.     I have lived in Pasadena for decades, since I was a young man. I work as a day laborer in construction, building homes all around Los Angeles. I have diabetes that I work with my doctor to manage.

4.     On June 18, 2025 I arrived at the Metro stop near the corner of Orange Grove Boulevard and Los Robles Avenue at 5:30am. I sat on a bench and waited with several of my co-workers to be picked up for a construction job. We were waiting for our ride and having some coffee.

5.     Suddenly, four cars pulled up. One crossed in front of us and stopped to our right. The others stopped to our left. They were large and black with tinted windows. They had no markings on them. I started to say that the cars looked weird, but then the doors opened and men in masks with guns started running toward us. They were wearing regular clothes, they had no visible badges and they did not identify themselves. I thought it was probably immigration, but no one identified themselves.

6.     I was afraid. It felt like a kidnapping. I tried to move away but I was immediately surrounded by several men with guns. They grabbed me and put my hands behind my back and I was quickly handcuffed. After I was handcuffed, one of the men asked for identification. I said in English "I have the right to remain silent."

7.     The men put me into a car, still handcuffed. They drove a few blocks to a nearby CVS parking lot. They took me out of the car and asked if I had any identification. I pointed to my pocket and they started to go through my pockets. They pulled out my wallet and found my expired foreign consular ID. Though I was already handcuffed, they

2

ER-0360

put chains on me: on my feet, waist and hands. It made me feel horrible, like I wasn't human. I was in shock. I was never told why I was being arrested and the officers never said where they were from. I was never informed that there was any warrant for my arrest.

8.     They put us back in the cars and drove me to a detention center in Los Angeles. They took my fingerprints and photo. Then they put me in a room with 52 other people. It was very crowded and cold. They gave us very little to eat and drink. There were no beds or mattresses. We had to sleep on the floor, if we could manage to sleep at all. There were two toilets in the room but only one was working. The floor surrounding the toilet was covered in urine. There was no way to use the bathroom without ruining the makeshift paper shoes they made us wear. I was lucky because I was only there 1.5 days. I met people who had been there for three days and counting.

9.     I was then moved to Adelanto, where I am currently detained. I was shackled again at my waist, feet and hands when they moved me.

10.     Since I was detained I have felt increasingly ill. The food and drinks they provide are not healthy. They give very little food, and it comes at random times. I take daily medication to manage my diabetes, but it was disrupted when I was detained. I have been unable to manage my blood sugar levels. I did not receive a doctor visit until my sixth day in detention.

11.     I have felt sad and desperate and depressed during this whole process. I think that I was arrested that day at the bus stop because of how I look. I was sitting with other workers and we all look Hispanic and were wearing construction work clothes. If I am released from detention, I believe immigration may stop me again for the same reasons.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on June 27, 2025.

3



Pedro Vasquez Perdomo

4

Certificate of Interpretation

I, Mariano Barrera, am competent to interpret between the English and Spanish languages.

I certify that I read the attached "DECLARATION OF PEDRO VASQUEZ PERDOMO

IN SUPPORT OF PLAINTIFFS' COMPLAINT, AND MOTION FOR TEMPORARY

RESTRAINING ORDER" to Pedro Vasquez Perdomo in the Spanish language and that

he understood it and agreed that it was true and accurate before signing. I certify that my

interpretation of the attached document was true and accurate to the best of my abilities.


Signature of interpreter                                        06/27/2025
                                                               Date

Mariano Barrera

Law Offices of Stacy Tolchin

776 E. Green St. Ste 210

Pasadena, CA 91101

(213)622-7450

# EXHIBIT 2

ER-0364

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
   *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
   *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10 STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
   *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11 DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
   *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12 ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13 1313 West Eighth Street             PUBLIC COUNSEL
   Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14 Telephone: (213) 977-5232           Los Angeles, CA 90005
   Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
   *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
16 (*additional counsel information on cont.*
   *page*)
17

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 Pedro VASQUEZ PERDOMO; Carlos        Case No.: 2:25-cv-05605-MEMF-SP
   Alexander OSORTO; and Isaac
21 VILLEGAS MOLINA; Jorge
   HERNANDEZ VIRAMONTES; Jason
22 Brian GAVIDIA; LOS ANGELES           Hon. Maame Ewusi-Mensah
   WORKER CENTER NETWORK;               Frimpong
23 UNITED FARM WORKERS;
   COALITION FOR HUMANE                 **DECLARATION OF CARLOS**
24 IMMIGRANT RIGHTS; IMMIGRANT          **ALEXANDER OSORTO IN**
   DEFENDERS LAW CENTER,                **SUPPORT OF PLAINTIFFS'**
25                                      **MOTION FOR TEMPORARY**
            Plaintiffs,                 **RESTRAINING ORDER**
26
      v.
27
   Kristi NOEM, in her official capacity as
28 Secretary, Department of Homeland

                              -1-

1    Security; Todd M. LYONS, in his official
2    capacity as Acting Director, U.S.
     Immigration and Customs Enforcement;
3    Rodney S. SCOTT, in his official
     capacity as Commissioner, U.S. Customs
4    and Border Patrol; Michael W. BANKS,
     in his official capacity as Chief of U.S.
5    Border Patrol; Kash PATEL, in his
     official capacity as Director, Federal
6    Bureau of Investigation; Pam BONDI, in
     her official capacity as U.S. Attorney
7    General; Ernesto SANTACRUZ JR., in
     his official capacity as Acting Field
8    Office Director for Los Angeles, U.S.
     Immigration and Customs Enforcement;
9    Eddy WANG, Special Agent in Charge
     for Los Angeles, Homeland Security
10   Investigations, U.S. Immigration and
     Customs Enforcement; Gregory K.
11   BOVINO, in his official capacity as Chief
     Patrol Agent for El Centro Sector of the
12   U.S. Border Patrol; Jeffrey D.
     STALNAKER, in his official capacity as
13   Acting Chief Patrol Agent, San Diego
     Sector of the U.S. Border Patrol; Akil
14   DAVIS, in his official capacity as
     Assistant Director in Charge, Los
15   Angeles Office, Federal Bureau of
     Investigation; Bilal A. ESSAYLI, in his
16   official capacity as U.S. Attorney for the
     Central District of California,

17           Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   ANNE LAI (SBN 295394)
    *alai@law.uci.edu*
2   UC IRVINE SCHOOL OF LAW
    IMMIGRANT AND RACIAL
3   JUSTICE
    SOLIDARITY CLINIC
4   P.O. Box 5479
    Irvine, CA 92616-5479
5   Telephone: (949) 824-9894
    Facsimile:  (949) 824-2747
6
    *Counsel for Stop/Arrest Plaintiffs*
7
    LAUREN MICHEL WILFONG*
8   *lwilfong@ndlon.org*
    NATIONAL DAY LABORER
9   ORGANIZING NETWORK
    1030 S. Arroyo Parkway, Suite 106
10  Pasadena, CA 91105
    Telephone: (626) 214-5689
11
    *Counsel for Stop/Arrest Plaintiffs*
12
    BREE BERNWANGER (SBN 331731)
13  *bbernwanger@aclunc.org*
    AMERICAN CIVIL LIBERTIES
14  UNION FOUNDATION OF
    NORTHERN CALIFORNIA
15  39 Drumm Street
    San Francisco, CA 94111
16  Telephone: (415) 621-2493

17  *Counsel for Stop/Arrest Plaintiffs*

18  BRISA VELAZQUEZ OATIS
    (SBN 339132)
19  *bvoatis@aclu-sdic.org*
    ACLU FOUNDATION OF
20  SAN DIEGO & IMPERIAL
    COUNTIES
21  P.O. Box 87131
    San Diego, CA 92138-7131
22  Telephone: (619) 398-4199

23  *Counsel for Stop/Arrest Plaintiffs*

24

25

26

27

28

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

## DECLARATION OF CARLOS ALEXANDER OSORTO

I, Carlos Alexander Osorto, declare the following based on my personal knowledge:

1.     I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2.     My name is Carlos Alexander Osorto. I am 50 years old. I am Hispanic.

3.     I have lived in Pasadena, California for about 14 years. I am a day laborer. I work in construction. I have built homes all over Los Angeles. I am a proud grandfather to seven U.S. citizen grandchildren, ages 2-13, including two step-grandchildren.

4.     On June 18, 2025 around 5:50 A.M., I was sitting on a bench at the Metro stop in front of Winchell's Donuts near the corner of Orange Grove Boulevard and Los Robles Avenue in Pasadena, CA waiting to be picked up for a construction job. I was with a few co-workers. We were drinking coffee and things were calm.

5.     Suddenly, my coworker said to me, "those cars seem strange." I looked up and saw four unmarked, regular sedans with tinted windows and no license plates had pulled up in front of and surrounding us. They came up quickly and really scared me. At that moment, the car doors swung open and at least four men in masks and civilian clothes with guns strapped to their legs started running at us. One of the men had a large gun. They did not identify themselves; they just started running. None of them had visible badges, just a vest.

6.     I was terrified. I didn't know who the men were and I was afraid they would hurt me. It felt like mercenaries, like a kidnapping. For weeks, I had seen videos and heard stories of these things happening all around Los Angeles. I had also heard that the masked people taking people away weren't even government agents, but bounty hunters. I got up and tried to run. I heard the men yelling "stop!" but they still did not identify themselves as immigration or any type of law enforcement officers. Soon, one of the men caught up to me. He pointed what looked like a gun, but I think it was a taser, over my heart and yelled "stop or I'll use it!" I stopped immediately. He handcuffed me without

2

ER-0368

asking any questions, or identifying himself, and took me back to the bench. My coworkers were already in handcuffs when I got back.

7.      We were each put in a different car. The men drove us two blocks over to a CVS parking lot, which was empty at that time. They removed us from the cars. All of the officers had guns and tasers strapped to their legs. One had a big gun, like you would have in war, and he held it in front of his chest. It was very intimidating.

8.      One of the men asked me if I had papers. I said no. This was the first time I was asked for my immigration papers. I was already handcuffed, but they chained me in three places: my feet, my waist, and my wrists. Then they put me back in the car and drove me to a jail. I was never informed that there was any warrant for my arrest.

9.      When we arrived at the jail, the men who arrested us put on their jackets and uniform that said police. Officers took my fingerprints and photo. They asked me lots of questions and got mad when I did not want to answer.

10.      The jail was already really full. Some people had been there for days. The officers kept yelling "No water! No food! No medicine!" when people would ask for help. I was held there for two days and then they moved us. I was shackled again at my feet, waist and wrists and moved to Adelanto, where I am currently detained.

11.      At Adelanto I am held in a cell with three other men. There is one toilet in the room that we have to share with no privacy. I am afraid for my safety here. I saw a man fall and hit his head. We told the officers, but they told us just to leave him there and that he did not need medical care. Another man was banging his head against the wall repeatedly because he was in so much pain from a toothache, but the officers said there was nothing they could do about it.

12.      The doctor who screened me told me I have dangerously high blood pressure. I have never had high blood pressure before, I think it is the stress from this whole situation. I have been scared and sad and overwhelmed by the arrest and my detention.

13. I think I was targeted for arrest because I am Latino and because I was in my construction clothes. I am afraid that I am likely to be arrested again for the same reason.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on June 27, 2025.

Carlos Alexander Osorto

4

**CERTIFICATE OF INTERPRETATION**

I, Mariano Barrera, am competent to interpret between the English and Spanish languages. I certify that I read the attached "DECLARATION OF CARLOS ALEXANDER OSORTO IN SUPPORT OF PLAINTIFFS' COMPLAINT, AND MOTION FOR TEMPORARY RESTRAINING ORDER" to Carlos Alexander Osorto in the Spanish language and that he understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

_____

06/27/2025

Signature of interpreter                                          Date

Mariano Barrera

Law Offices of Stacy Tolchin

776 E. Green St. Ste 210

Pasadena, CA 91101

(213)622-7450

5

# EXHIBIT 3

ER-0372

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF ISACC ANTONIO VILLEGAS MOLINA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

1  Security; Todd M. LYONS, in his official
2  capacity as Acting Director, U.S.
   Immigration and Customs Enforcement;
3  Rodney S. SCOTT, in his official
   capacity as Commissioner, U.S. Customs
4  and Border Patrol; Michael W. BANKS,
   in his official capacity as Chief of U.S.
5  Border Patrol; Kash PATEL, in his
   official capacity as Director, Federal
6  Bureau of Investigation; Pam BONDI, in
   her official capacity as U.S. Attorney
7  General; Ernesto SANTACRUZ JR., in
   his official capacity as Acting Field
8  Office Director for Los Angeles, U.S.
   Immigration and Customs Enforcement;
9  Eddy WANG, Special Agent in Charge
   for Los Angeles, Homeland Security
10 Investigations, U.S. Immigration and
   Customs Enforcement; Gregory K.
11 BOVINO, in his official capacity as Chief
   Patrol Agent for El Centro Sector of the
12 U.S. Border Patrol; Jeffrey D.
   STALNAKER, in his official capacity as
13 Acting Chief Patrol Agent, San Diego
   Sector of the U.S. Border Patrol; Akil
14 DAVIS, in his official capacity as
   Assistant Director in Charge, Los
15 Angeles Office, Federal Bureau of
   Investigation; Bilal A. ESSAYLI, in his
16 official capacity as U.S. Attorney for the
   Central District of California,

17      Defendants.

18
19
20
21
22
23
24
25
26
27
28

-2-

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Pro hac vice application forthcoming

-3-

## DECLARATION OF ISAAC ANTONIO VILLEGAS MOLINA

I, Isaac Antonio Villegas Molina, declare the following based on my personal knowledge:

1.    I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2.    My full name is Isaac Antonio Villegas Molina. I am 47 years old. I have lived in Pasadena for about 13 years. I am of Latino ethnicity.

3.    From about 2006-2009 I worked as a crew member for an American cruise ship. In 2010 I won a scholarship to study culinary arts and English in Florida. I have lived in Pasadena for the last 13 years and worked in restaurants across Los Angeles. However, it has been increasingly hard to find work. Recently, I started working as a day laborer in construction.

4.    On June 18, 2025 I was waiting with my co-workers to be picked up for a construction job. I was standing by the Metro stop in front of Winchell's Donuts on Los Robles Avenue and Orange Grove Boulevard. It was shortly before 6am.

5.    Suddenly, I saw three vehicles pulled up. About five men came running out very aggressively. They were wearing masks and they had guns. They were wearing regular clothes, plus vests. They did not identify themselves. I thought we were being kidnapped. They went in all directions, chasing and grabbing my friends. I stood still. I saw how rough they were being with the others. I tried to stay calm.

6.    One of the men came up to me and yelled "don't run!" I said calmly "I'm not going to run" in English. Once he said that, I knew I could not move and had to stay in place. He was masked, aggressive, and armed. I was afraid to move. He asked me to see my ID and I showed him my California Driver's License. He asked me if I had any papers and I said no. He did not ask me any other questions. He handcuffed me and placed me in one of the unmarked vehicles. He never told me he was an immigration official. I was never informed that there was any warrant for my arrest.

7.    They drove us a few blocks to a CVS parking lot. They took us out of the cars. One of the men had a big military-style gun and was agitated, acting tough. He

2

yelled at me, "what's in your pocket!" as if it was something dangerous, but it was just candy. My hands were handcuffed behind my back but he acted like we were somehow a danger.

8.    Then they shackled us all on our feet, waist, and wrists. It was totally unnecessary. It felt like they wanted us to feel a certain way. The whole thing felt like a kidnapping.

9.    They put me back in the car and took me to a detention center in Los Angeles. I was there for two days on the floor, without a mattress and almost nothing to eat. I remember thinking, what did I do to deserve this treatment? I was just waiting for work. After two days, I was shackled again and moved to Adelanto, where I am currently detained.

10.    I believe that we were targeted because of race. I look like an immigrant. I look Hispanic.

11.    I am worried that I will get arrested again for the same reasons as before. I will get targeted again just because I look like an immigrant.


    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on June 27, 2025.


    Isaac Antonio Villegas Molina

3

# EXHIBIT 4

1    STACY TOLCHIN (SBN 217431)
     *stacy@tolchinimmigration.com*
2    LAW OFFICES OF STACY TOLCHIN
     776 E. Green St., Suite 210
3    Pasadena, CA 91101
     Telephone: (213) 622-7450
4    Facsimile:  (213) 622-7233

5    MOHAMMAD TAJSAR (SBN 280152)
     *mtajsar@aclusocal.org*
6    MAYRA JOACHIN (SBN 306065)
     *mjoachin@aclusocal.org*
7    EVA BITRAN (SBN 302081)
     *ebitran@aclusocal.org*
8    DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
     *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9    OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
     *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10   STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
     *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11   DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
     *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12   ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
     SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13   1313 West Eighth Street             PUBLIC COUNSEL
     Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14   Telephone: (213) 977-5232           Los Angeles, CA 90005
     Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
     *Counsel for Stop/Arrest Plaintiffs*   *Counsel for All Plaintiffs*
16   *(additional counsel information on cont.*
     *page)*
17

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20   Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac | Case No.: 2:25-cv-05605-MEMF-SP |
| 21   VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason | |
| 22   Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; | Hon. Maame Ewusi-Mensah Frimpong |
| 23   UNITED FARM WORKERS; COALITION FOR HUMANE | |
| 24   IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | **DECLARATION OF JORGE LUIS HERNANDEZ VIRAMONTES IN SUPPORT OF** |
| 25        Plaintiffs, | **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING** |
| 26     v. | **ORDER** |
| 27   Kristi NOEM, in her official capacity as | |
| 28   Secretary, Department of Homeland | |

-1-

ER-0379

1  Security; Todd M. LYONS, in his official
2  capacity as Acting Director, U.S.
   Immigration and Customs Enforcement;
3  Rodney S. SCOTT, in his official
   capacity as Commissioner, U.S. Customs
4  and Border Patrol; Michael W. BANKS,
   in his official capacity as Chief of U.S.
5  Border Patrol; Kash PATEL, in his
   official capacity as Director, Federal
6  Bureau of Investigation; Pam BONDI, in
   her official capacity as U.S. Attorney
7  General; Ernesto SANTACRUZ JR., in
   his official capacity as Acting Field
8  Office Director for Los Angeles, U.S.
   Immigration and Customs Enforcement;
9  Eddy WANG, Special Agent in Charge
   for Los Angeles, Homeland Security
10 Investigations, U.S. Immigration and
   Customs Enforcement; Gregory K.
11 BOVINO, in his official capacity as Chief
   Patrol Agent for El Centro Sector of the
12 U.S. Border Patrol; Jeffrey D.
   STALNAKER, in his official capacity as
13 Acting Chief Patrol Agent, San Diego
   Sector of the U.S. Border Patrol; Akil
14 DAVIS, in his official capacity as
   Assistant Director in Charge, Los
15 Angeles Office, Federal Bureau of
   Investigation; Bilal A. ESSAYLI, in his
16 official capacity as U.S. Attorney for the
   Central District of California,

17       Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

## DECLARATION OF JORGE LUIS HERNANDEZ VIRAMONTES

I, Jorge Luis Hernandez Viramontes, declare as follows:

1.     I make this declaration based on my own personal knowledge. If called, I could and would competently testify to the contents herein.

2.     I am 29 years old and a resident of Baldwin Park, California. I am citizen of the United States. I am also a citizen of Mexico. I am of Latino ethnicity.

3.     I have lived in the United States for about 11 years. I am married to a Legal Permanent Resident. We have two young children, both of whom are U.S. citizens.

4.     I currently work as a manager at a carwash in Whittier, California. I have worked at this carwash for approximately 10 years.

5.     Immigration agents have come to my workplace on three separate days over the past couple weeks.

6.     On Monday, June 9, 2025, agents arrived in unmarked vehicles. Many were wearing military style clothing. They did not say what agency they were from and had faces covered. When they arrived, the agents started grabbing people and asking their status. They took three of my coworkers that day, one of whom has worked at the carwash for 20 years.

7.     On Saturday, June 14, 2025, agents arrived again. This time they were driving border patrol vehicles and were wearing clothing that identified them as border patrol. They started asking people if they were citizens and took one coworker. They even questioned customers at the carwash.

8.     On June 18, 2025, at around 10:30 a.m., agents arrived in unmarked vehicles. They started asking employees their status. I and some coworkers asked if they had a warrant but they ignored us.

9.     At one point, an agent started questioning me. He was not masked. He asked if I was a citizen and I told him yes. He also asked for ID, and I provided

my California driver's license. Around the same time he asked where I was born and I answered Mexico. The agent said providing only my driver's license wasn't enough and that since I didn't have my passport, I had to go with them to investigate if I was a citizen.

10.    I didn't want them to handcuff me or worse and I didn't feel I had a choice but to comply. The agent grabbed my arm and escorted me to one of the vehicles, a silver SUV. He and other agents took me to a warehouse area that I estimate was a few traffic lights away. The agent asked if I also had a Mexican ID and asked to see my Mexican ID, which I showed him. He then got on the phone apparently to verify if I was a U.S. Citizen.

11.    In total I was taken away from my workplace for about 20 minutes. The agents then took me back to the carwash.

12.    The agents didn't identify themselves to me nor did they have any badges visible. They never apologized to me.

13.    When I was taken from the carwash, my brother who is a coworker called my wife. She was also very worried about me and called me in the time I was with in the agents.

14.    On the same day, a different group of agents returned again to the carwash. They left without making any arrests.

15.    I am still very shaken by what happened. I feel I was targeted due to my brown skin and accent and don't think the way I was treated is fair. I am afraid I will encounter agents again and that they will stop and investigate me all over again.

I declare under penalty of perjury of the laws of the United States that the above information is true and correct to the best of my knowledge.

Executed this 22nd of June 2025 at Whittier, California.

_____
Jorge Luis Hernandez Viramontes

ER-0384

# EXHIBIT 5

1   STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6   MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7   EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8   DAE KEUN KWON (SBN 313155)            MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*                 *mrosenbaum@publiccounsel.org*
9   OLIVER MA (SBN 354266)                REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*                   *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)        SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*              *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)            RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*          *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF                    GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                   *gamato@publiccounsel.org*
13  1313 West Eighth Street               PUBLIC COUNSEL
    Los Angeles, CA 90017-4022            610 South Ardmore Avenue
14  Telephone: (213) 977-5232             Los Angeles, CA 90005
    Facsimile: (213) 201-7878             Telephone: (213) 385-2977
15
    *Counsel for Stop/Arrest Plaintiffs*   *Counsel for All Plaintiffs*
16  (*additional counsel information on cont.*
    *page*)
17

18              **UNITED STATES DISTRICT COURT**

19         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac | Case No.: 2:25-cv-05605-MEMF-SP |
| 21  VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason | |
| 22  Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; | Hon. Maame Ewusi-Mensah Frimpong |
| 23  UNITED FARM WORKERS; COALITION FOR HUMANE | |
| 24  IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | **DECLARATION OF OMAR ANDRES GAMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR** |
| 25       Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| 26     v. | |
| 27  Kristi NOEM, in her official capacity as | |
| 28  Secretary, Department of Homeland | |

-1-

1    Security; Todd M. LYONS, in his official
2    capacity as Acting Director, U.S.
     Immigration and Customs Enforcement;
3    Rodney S. SCOTT, in his official
     capacity as Commissioner, U.S. Customs
4    and Border Patrol; Michael W. BANKS,
     in his official capacity as Chief of U.S.
5    Border Patrol; Kash PATEL, in his
     official capacity as Director, Federal
6    Bureau of Investigation; Pam BONDI, in
     her official capacity as U.S. Attorney
7    General; Ernesto SANTACRUZ JR., in
     his official capacity as Acting Field
8    Office Director for Los Angeles, U.S.
     Immigration and Customs Enforcement;
9    Eddy WANG, Special Agent in Charge
     for Los Angeles, Homeland Security
10   Investigations, U.S. Immigration and
     Customs Enforcement; Gregory K.
11   BOVINO, in his official capacity as Chief
     Patrol Agent for El Centro Sector of the
12   U.S. Border Patrol; Jeffrey D.
     STALNAKER, in his official capacity as
13   Acting Chief Patrol Agent, San Diego
     Sector of the U.S. Border Patrol; Akil
14   DAVIS, in his official capacity as
     Assistant Director in Charge, Los
15   Angeles Office, Federal Bureau of
     Investigation; Bilal A. ESSAYLI, in his
16   official capacity as U.S. Attorney for the
     Central District of California,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

1  ANNE LAI (SBN 295394)
   *alai@law.uci.edu*
2  UC IRVINE SCHOOL OF LAW
   IMMIGRANT AND RACIAL
3  JUSTICE
   SOLIDARITY CLINIC
4  P.O. Box 5479
   Irvine, CA 92616-5479
5  Telephone: (949) 824-9894
   Facsimile:  (949) 824-2747
6
   *Counsel for Stop/Arrest Plaintiffs*
7
   LAUREN MICHEL WILFONG*
8  *lwilfong@ndlon.org*
   NATIONAL DAY LABORER
9  ORGANIZING NETWORK
   1030 S. Arroyo Parkway, Suite 106
10 Pasadena, CA 91105
   Telephone: (626) 214-5689
11
   *Counsel for Stop/Arrest Plaintiffs*
12
   BREE BERNWANGER (SBN 331731)
13 *bbernwanger@aclunc.org*
   AMERICAN CIVIL LIBERTIES
14 UNION FOUNDATION OF
   NORTHERN CALIFORNIA
15 39 Drumm Street
   San Francisco, CA 94111
16 Telephone: (415) 621-2493
17 *Counsel for Stop/Arrest Plaintiffs*
18 BRISA VELAZQUEZ OATIS
   (SBN 339132)
19 *bvoatis@aclu-sdic.org*
   ACLU FOUNDATION OF
20 SAN DIEGO & IMPERIAL
   COUNTIES
21 P.O. Box 87131
   San Diego, CA 92138-7131
22 Telephone: (619) 398-4199
23 *Counsel for Stop/Arrest Plaintiffs*

   MATTHEW J. CRAIG (SBN 350030)
   *mcraig@heckerfink.com*
   MACK E. JENKINS (SBN 242101)
   *mjenkins@heckerfink.com*
   HECKER FINK LLP
   1150 South Olive Street, Suite 10-140
   Los Angeles, CA 90015
   Telephone: (212) 763-0883
   Facsimile: (212) 564-0883

   *Counsel for Access/Conditions Plaintiffs*

   EDGAR AGUILASOCHO
   (SBN 285567)
   *eaguilasocho@farmworkerlaw.com*
   MARTINEZ AGUILASOCHO LAW, INC.
   900 Truxtun Ave Suite 300
   Bakersfield, CA 93301
   Telephone: (661) 859-1174

   *Counsel for Plaintiff United Farm Workers*

   CARL BERGQUIST*
   *cbergquist@chirla.org*
   COALITION FOR HUMANE
   IMMIGRANT RIGHTS
   2351 Hempstead Road
   Ottawa Hills, OH 43606
   Telephone: (310) 279-6025

   *Counsel for Plaintiff Coalition for Humane
   Immigrant Rights*

   ALVARO M. HUERTA (SBN 274787)
   *ahuerta@immdef.org*
   BRYNNA BOLT (SBN 339378)
   *bbolt@immdef.org*
   ALISON STEFFEL (SBN 346370)
   *asteffel@immdef.org*
   IMMIGRANT DEFENDERS LAW
   CENTER
   634 S. Spring St., 10th Floor
   Los Angeles, CA 90014
   Telephone: (213) 634-0999

   *Counsel for Plaintiff Immigrant
   Defenders Law Center*

   * Pro hac vice application forthcoming

24
25
26
27
28

-3-

## DECLARATION OF OMAR ANDRES GAMEZ

I, Omar Andres Gamez, declare as follows:

1.      I make this declaration based on my own personal knowledge. If called, I could and would competently testify to the contents herein.

2.      I am a resident of Whittier, California. I am of Mexican descent and have lived most of my life in the United States. I am a U.S. citizen.

3.      I currently work as a co-manager at a carwash in Whittier, California. Jorge Hernandez Viramontes is the other manager.

4.      Immigration agents have come to our carwash a total of four times so far.

5.      On Monday, June 9, 2025, more than four unmarked vehicles pulled up to the carwash from different directions. Agents came out of the vehicles and started grabbing my coworkers. They took them to the vehicles to question them. Three coworkers were arrested in total. A fourth was grabbed but let go. The whole thing was disorienting because the agents did not talk to anyone in charge or identify themselves or what agency they were with. At one point I came out of the office area to ask an agent where they were taking one of my coworkers and they just ignored me.

6.      On June 14, 2025, agents came again to the carwash. On that day they questioned workers and a couple customers. They arrested one of my coworkers.

7.      On June 18, 2025, in the morning, agents came for the third time. They started again asking workers about their citizenship and immigration status. They questioned all the workers in one area of the carwash. On that day they also questioned me and my co-manager Jorge. In fact, three different agents came up to me on separate occasions within a short span of time and asked me if I was a U.S. citizen. The agents never explained what they were doing there. Some of us asked if they had a warrant but the agents did not respond and told one of my coworkers to "shut the fuck up."

1

8.      I was standing nearby when the agents questioned Jorge. The one who spoke to him was the only agent I recall whose face was not covered by a mask. They agent asked if he was a citizen and Jorge said yes. Not satisfied, the agent then asked Jorge for his ID. Jorge showed his California ID. The agent asked Jorge if he had his passport. Jorge asked if as a dual citizen he was required to carry his passport. The agent said that because he didn't have his passport that they were going to take him.

9.      The agent took Jorge by the arm and escorted him to one of the vehicles with other agents surrounding him. Jorge and we kept telling them that he was a citizen, but the agents took him anyway. We also asked where the agents were taking him, and for them to identify themselves. They did not talk to us.

10.     I was scared for Jorge so I got in my truck to try to follow the agents. At one point they pulled into an alley on private property. I made a turn and went back to the carwash. I thought maybe they were going to take Jorge to Santa Ana. But about 15 minutes later they brought Jorge back to the carwash.

11.     Shortly after the agents brought Jorge back, and after the agents had gone, between 11:30am and noon, *another* group of agents came to the carwash. They said they were looking for someone and started questioning the workers *again*. They even tried to enter the back office without a warrant and without permission. We explained that agents had already been there that morning. They seemed surprised to hear that. They soon left without making any arrests.

12.     Each time these unnamed armed agents come to our carwash, our business is disrupted. I believe it is only a matter of time before they come again. I fear for my coworkers and I fear for myself being racial profiled as a U.S. citizen.

ER-0390

I declare under penalty of perjury of the laws of the United States that the above information is true and correct to the best of my knowledge.

Executed this 22nd of June 2025 at Whittier, California.


Omar Andres Gamez

ER-0391

# EXHIBIT 6

1   STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6   MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7   EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8   DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9   OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13  1313 West Eighth Street             PUBLIC COUNSEL
    Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14  Telephone: (213) 977-5232           Los Angeles, CA 90005
    Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
    *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
16  (*additional counsel information on cont.*
    *page*)
17

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  Pedro VASQUEZ PERDOMO; Carlos        Case No.: 2:25-cv-05605-MEMF-SP
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason
22  Brian GAVIDIA; LOS ANGELES           Hon. Maame Ewusi-Mensah
    WORKER CENTER NETWORK;               Frimpong
23  UNITED FARM WORKERS;
    COALITION FOR HUMANE                 **DECLARATION OF ELVIRA**
24  IMMIGRANT RIGHTS; IMMIGRANT          **PADILLA IN SUPPORT OF**
    DEFENDERS LAW CENTER,                **PLAINTIFFS' MOTION FOR**
25                                       **TEMPORARY RESTRAINING**
            Plaintiffs,                  **ORDER**
26
        v.
27
    Kristi NOEM, in her official capacity as
28  Secretary, Department of Homeland

                              -1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

    Defendants.

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

Counsel for Stop/Arrest Plaintiffs

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Counsel for Stop/Arrest Plaintiffs

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Counsel for Stop/Arrest Plaintiffs

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Pro hac vice application forthcoming

-3-

### DECLARATION OF ELVIRA PADILLA

I, Elvira Padilla declare the following:

1.     I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2.     My name is Elvira Padilla. I live in Los Angeles County. I am a U.S. Citizen.

3.     As an Angeleno, I have been horrified by the Department of Homeland Security's assault on my neighbors and community members, which has reached a whole new level in the last few weeks. In response, I have joined community calls to action to show up at day laborer corners, including at Home Depot locations, to show solidarity, share know-your-rights information, and document any ICE activity.

4.     On June 26, 2025, around 9:30am I went to my local Home Depot at the corner of W. Harvard Street and San Fernando Road in Glendale. It had been targeted by ICE recently, and I wanted to see how the community was doing, introduce myself, and see if they needed anything. There were about 10-12 day laborers on the sidewalk when I arrived. I spoke with a few of them. All of the day laborers I saw were people of color, and everyone appeared to be Latino. It was pretty quiet and calm.

5.     We stood on the sidewalk. A few minutes after I arrived, a man in a jeep pulled up quickly and pointed down the street. I looked up and saw two cars speeding toward us, one driving the wrong way down the road. It was very alarming. At that moment, I realized there were more cars that had just pulled up and parked.

6.     Men in camouflage and balaclavas jumped out of the cars. There were about 8-12 of them total. Some in camouflage, some in regular clothes, all with balaclavas or masks covering their faces, at least one had a huge assault rifle. They wore jackets that said 'police'. Some appeared to have a small gold badge, but I couldn't make out what it said. I felt like the masked men were ten feet tall. It seemed like they were a big tsunami wave coming toward us, they were everywhere and moving so fast.

7.     I saw two men in masks chasing one of the day laborers and tackle him to the ground, putting his hands behind his back and handcuffing him. They picked him up and put him in one of the cars. I did not hear them say anything while they were running, when they tackled him, or when they handcuffed him. At no point did I hear them identify themselves as ICE or police, ask questions, or say anything else. They were very quiet.

8.     I looked to my left and saw two more masked men picking up another day laborer from the ground. He was kind of hanging between them and they carried him to the car. He was not struggling or resisting, I do not know why they carried him like that. It looked painful because they were carrying him by his arms.

2

9.      As I got closer to the officers I saw that somehow they had already arrested two other of the day laborers, and put them in their unmarked cars. I don't know how they did this so quickly.

10.     As quickly as they came, the cars sped away, with at least four of the day laborers taken, nothing but their backpacks left on the sidewalk. They drove away very quickly, going in all directions, including against traffic. A group of workers had come out of a nearby business and were standing in a driveway. One of the cars with the masked men turned into the driveway and sped through, coming close to hitting some of the workers. They had no regard for traffic laws or street safety. I was shocked at how reckless they were.

11.     I then saw a distressed onlooker who was bleeding. He appeared to be Latino. I asked him what happened and he told me that he had approached one of the stationary unmarked ICE vehicles and tried to get the officer's attention by tapping on the hood. One of the men in the car quickly got out but instead of speaking with him, the agent tackled the man to the ground, causing his injuries. The man was really shaken up.

12.     It was extremely disorienting and upsetting to witness what felt like a disappearance. They did not have any paperwork, and it did not seem like they were looking for specific people. It felt like a drive-by raid, swooping in to grab as many Brown men as they could from a place Latino workers are known to gather, without stopping to ask any questions. It was shocking and disturbing to witness.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Los Angeles County, California on June 30, 2025.

_____
Elvira Padilla

3

ER-0397

Case 2:25-cv-05605-MEMF-SP     Document 45-7     Filed 07/03/25     Page 1 of 7   Page ID #:445

# EXHIBIT 7

1  STACY TOLCHIN (SBN 217431)
2  *stacy@tolchinimmigration.com*
   LAW OFFICES OF STACY TOLCHIN
3  776 E. Green St., Suite 210
   Pasadena, CA 91101
4  Telephone: (213) 622-7450
   Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
6  *mtajsar@aclusocal.org*
   MAYRA JOACHIN (SBN 306065)
7  *mjoachin@aclusocal.org*
   EVA BITRAN (SBN 302081)
8  *ebitran@aclusocal.org*
   DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
9  *akwon@aclusocal.org*                *mrosenbaum@publiccounsel.org*
   OLIVER MA (SBN 354266)               REBECCA BROWN (SBN 345805)
10 *oma@aclusocal.org*                  *rbrown@publiccounsel.org*
   STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
11 *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
   DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
12 *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
   ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
13 SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
   1313 West Eighth Street             PUBLIC COUNSEL
14 Los Angeles, CA 90017-4022          610 South Ardmore Avenue
   Telephone: (213) 977-5232           Los Angeles, CA 90005
15 Facsimile: (213) 201-7878           Telephone: (213) 385-2977

16 *Counsel for Stop/Arrest Plaintiffs*     *Counsel for All Plaintiffs*
   (*additional counsel information on cont.*
17 *page*)

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 Pedro VASQUEZ PERDOMO; Carlos        Case No.: 2:25-cv-05605-MEMF-SP
   Alexander OSORTO; and Isaac
21 VILLEGAS MOLINA; Jorge
   HERNANDEZ VIRAMONTES; Jason
22 Brian GAVIDIA; LOS ANGELES           Hon. Maame Ewusi-Mensah
   WORKER CENTER NETWORK;              Frimpong
23 UNITED FARM WORKERS;
   COALITION FOR HUMANE                **DECLARATION OF A.L. IN**
24 IMMIGRANT RIGHTS; IMMIGRANT         **SUPPORT OF PLAINTIFFS'**
   DEFENDERS LAW CENTER,               **MOTION FOR TEMPORARY**
25                                     **RESTRAINING ORDER**
            Plaintiffs,
26
      v.
27
   Kristi NOEM, in her official capacity as
28 Secretary, Department of Homeland

---

-1-

1    Security; Todd M. LYONS, in his official
     capacity as Acting Director, U.S.
2    Immigration and Customs Enforcement;
     Rodney S. SCOTT, in his official
3    capacity as Commissioner, U.S. Customs
     and Border Patrol; Michael W. BANKS,
4    in his official capacity as Chief of U.S.
     Border Patrol; Kash PATEL, in his
5    official capacity as Director, Federal
     Bureau of Investigation; Pam BONDI, in
6    her official capacity as U.S. Attorney
     General; Ernesto SANTACRUZ JR., in
7    his official capacity as Acting Field
     Office Director for Los Angeles, U.S.
8    Immigration and Customs Enforcement;
     Eddy WANG, Special Agent in Charge
9    for Los Angeles, Homeland Security
     Investigations, U.S. Immigration and
10   Customs Enforcement; Gregory K.
     BOVINO, in his official capacity as Chief
11   Patrol Agent for El Centro Sector of the
     U.S. Border Patrol; Jeffrey D.
12   STALNAKER, in his official capacity as
     Acting Chief Patrol Agent, San Diego
13   Sector of the U.S. Border Patrol; Akil
     DAVIS, in his official capacity as
14   Assistant Director in Charge, Los
     Angeles Office, Federal Bureau of
15   Investigation; Bilal A. ESSAYLI, in his
     official capacity as U.S. Attorney for the
16   Central District of California,

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

ER-0400

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Counsel for Stop/Arrest Plaintiffs

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Counsel for Stop/Arrest Plaintiffs

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Counsel for Stop/Arrest Plaintiffs

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Pro hac vice application forthcoming

-3-

### DECLARATION OF A.L.

I, A.L., declare the following:

1.     I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2.     My name is A.L. I live in Los Angeles County. I am a U.S. Citizen.

3.     As an Angeleno, I have been horrified by the Department of Homeland Security's assault on my neighbors and community members, which has escalated significantly in recent weeks. In mid-June, I attended a know-your-rights training with a community organization to better understand how I can support day laborers when ICE comes to my community.

4.     On June 23, 2025, I learned about an ICE raid that had just taken place at a nearby Home Depot in Marina del Rey, on Jefferson Blvd. When I left my house, at approximately 10:30 a.m. that morning to run routine errands, I stopped at my local Home Depot, at the corner of Slauson Ave and S. Fairfax Ave, to check in with the community and provide know your rights information.

5.     When I arrived, the area where day-laborers typically congregate was almost empty. There were about five people total in the area, including an older man who appeared to be Latino, three Black men who were seeking work, and a young street vendor selling food, whose name I later learned is C. She was very petite and wearing a red apron. She appeared to be Latina, with brown skin and long dark hair.

6.     I was standing about 10 feet away from C. It was very quiet and calm with very little traffic. I had been there for approximately five minutes, when suddenly a commotion began and I was jostled as an older man came out of nowhere, running full speed past me. I realized he was chasing C.

7.     The man was at least 6 feet tall and 250 pounds. He was dressed entirely in street clothes, wearing jeans, a T-shirt, and a baseball cap. He had on sunglasses and as he was running, I saw him pull up a neck gator to cover his face. He also had a utility belt around his waist and what looked like a gun in a holster on his right side. He had no uniform, no police vest, no badge—nothing that would indicate that he was anything other than a private citizen. My instinct was that he was an angry man trying to catch a young woman, potentially an angry ex-boyfriend. I was standing close by and within earshot when the commotion began. I did not hear him say anything before or while he was running. I did not see him approach her, he seemed to come out of nowhere.

8.     Concerned for her safety, I ran after them. C had reached a tree across the street and was clinging to it. She was still wearing her work apron. When I arrived, there was a second man. He was also in plain street clothes, with a neck gator covering his face and a baseball cap. He had a vest on with

2

a Border Patrol patch. He had a radio and a gun strapped to his jeans. He kept his hand on his gun. The man who had chased her started to grab C but then stopped. He kept asking the second man what he should do next. It did not seem like he had training. It added to my suspicion that this was not a legitimate operation.

9.    A minute or two later, two large unmarked Sports Utility Vehicles pulled up to the curb and parked in the red zone. They had out-of-state plates, and tinted windows. Six more men in regular street clothes—jeans, sneakers, baseball caps, sunglasses—exited the vehicles carrying large guns, wearing camouflage vests, and with neck gators covering their faces. They immediately surrounded the tree C was clinging to. At least two of them had the biggest guns I had ever seen, maybe four feet long, and they held them in front of their bodies. A driver remained in each vehicle, keeping the motors running.

10.    I repeatedly asked the men to identify themselves and to show a warrant with a judge's signature. They never acknowledged my questions and no one would answer me. Never did I hear any of them at any point identify their agency affiliations, say they were ICE, or that they were law enforcement at all.

11.    One of the men asked C a question in Spanish: what city she was from. She did not answer the question. After that I didn't hear them say anything to her, except for "let's go," in English. It wasn't clear if they were speaking to her or to me. She did not answer the question. After that I didn't hear them say anything to her, except for "let's go," in English. It wasn't clear if they were speaking to her or to me.

12.    The first man –the older plain-clothed man who had chased her - began to pull at C's body, using his physical strength to pry her from the tree. C is very petite, maybe 5 feet tall and about 100 pounds. The man pulling at her was at least 6 feet tall and 250 pounds. He did not identify himself. He still was not wearing anything that indicated he was law enforcement. He pulled her off the tree and put her hands behind her back, handcuffing her. She did not resist, squirm, or cry. She was very calm. Several of the men walked her to one of the cars, shoved her inside the back seat, and one of the men climbed in next to her.

13.    Three of us stood close. Five to seven other people had emerged from the strip mall and nearby apartments, all standing at a distance, just watching. Once they put her in the car and closed the doors, I presumed the encounter was over, and everyone began to disburse.

14.    It did not feel like an official law enforcement activity. I was not sure if what I had seen was a crime. I was extremely distressed. I saw a fire station across the street with several firefighters on

3

the sidewalk. I crossed the street to speak with them. Then I heard what sounded like two explosions back-to-back and the sound of screeching tires. I turned around and saw smoke billowing from the street. The men had thrown tear gas canisters into the street as they left. The tear gas got into my eyes and throat, which made me cough for several minutes, so that I couldn't speak, and made my eyes itch and burn. I closed my eyes and ran inside the fire station to escape the smoke. The firefighters also had to lower their garage doors to keep the tear gas from entering.

15.     The firefighters took me into the fire station and gave me water to rinse out my eyes. I was very upset by what I had just witnessed, which appeared to be a kidnapping. After explaining this to the firefighters, they phoned the Sheriff's Department so I could file a report about the kidnapping. The Sheriff's Department sent an officer to take my report. He took photographs of the scene, interviewed a neighbor who witnessed the event, and ultimately collected the tear gas canisters that were left in the road. The officer found three.

16.     It was very distressing to witness what looked like a violent kidnapping. As a woman, this is my nightmare, and why I enrolled my 15-year-old daughter in a self-defense class just this month. Women are constantly aware of the potential for violence against them during their everyday activities, whether in parking garages, opening their front door for a package, or even while exercising. In this instance, it was on a Monday morning that an entrepreneurial woman was working to support her family. They didn't appear even to know her name, but instead by happenstance, they drove by and saw a petite woman with brown skin who would be easy to overtake.

17.     The use of force was also grotesquely disproportionate and completely unnecessary at every stage of the encounter. To have eight masked men with big guns surrounding one small woman. And then, after they had detained her and were preparing to drive away, to use tear gas on a handful of civilians on a public street, who were doing nothing but bearing witness, and had already dispersed, was shocking and terrifying, and further confirmed my suspicions that what I had witnessed was extrajudicial.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Los Angeles County, California on June 29, 2025.



A.L.

4

# EXHIBIT 8

1   STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6   MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7   EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8   DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9   OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13  1313 West Eighth Street             PUBLIC COUNSEL
    Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14  Telephone: (213) 977-5232           Los Angeles, CA 90005
    Facsimile: (213) 201-7878           Telephone: (213) 385-2977

15
16  *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
    (*additional counsel information on cont.*
    *page*)
17

18              **UNITED STATES DISTRICT COURT**

19         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  Pedro VASQUEZ PERDOMO; Carlos      Case No.: 2:25-cv-05605-MEMF-SP
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason
22  Brian GAVIDIA; LOS ANGELES         Hon. Maame Ewusi-Mensah
    WORKER CENTER NETWORK;             Frimpong
23  UNITED FARM WORKERS;
    COALITION FOR HUMANE               **DECLARATION OF**
24  IMMIGRANT RIGHTS; IMMIGRANT        **ELIZABETH STRATER IN**
    DEFENDERS LAW CENTER,              **SUPPORT OF PLAINTIFFS'**
25                                     **MOTION FOR TEMPORARY**
            Plaintiffs,                **RESTRAINING ORDER**
26
    v.
27
    Kristi NOEM, in her official capacity as
28  Secretary, Department of Homeland

---

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Pro hac vice application forthcoming

-3-

I, Elizabeth Strater, declare:

1.      I serve as Director of Strategic Campaigns and National Vice President of the United Farm Workers of America ("UFW"). I have worked for UFW since 2017 and have been National Vice President since I was elected by a Convention of farm worker union members in September 2024. As a member of the elected Union Executive Board, I help direct the union's work in organizing, negotiating, public campaigns, rulemaking, legislative campaigns and wide-reaching advocacy on behalf of farm workers.

2.      As Director of Strategic Campaigns, I direct campaigns on behalf of farm workers to empower them to improve their safety, wages, working conditions and to underscore their basic human dignity. An important part of my role is to humanize the essential contributions of farm workers and to protect the rights of UFW's membership, the majority of whom are immigrants. I have detailed knowledge about UFW's membership demographics, membership criteria, member needs and priorities, and how members direct UFW's mission and advocacy. As part of my role as Director of Strategic Campaigns and National Vice President, I regularly hear from UFW members about their safety, wages, working conditions, immigration issues, and other concerns members face in their communities. I also hear these concerns communicated through UFW organizers who speak directly with members and report to the Board. In recent weeks, I have heard from numerous members about the impact of the immigration raids in Southern California.

3.      I make this statement based upon personal knowledge, files, and documents of UFW that I have reviewed, as well as information supplied to me by employees of UFW whom I believe to be reliable. These files, documents, and information are of a type that is generated in

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

the ordinary course of our business and that I would customarily rely upon in conducting UFW's business. If called as a witness, I could testify truthfully to these facts.

**Background on UFW**

4.      UFW is the largest farm worker union in the country. It represents thousands of migrant and seasonal farm workers in various agricultural occupations throughout the United States. It is headquartered in Kern County in Keene, California.

5.      As of June 2025, UFW has approximately 10,000 members.

6.      UFW members reside throughout the country. California is home to more UFW members than any other state. In California, UFW members reside across the entire state, including in counties across the Central District of California, such as Los Angeles County, Orange County, Riverside County, Ventura County, and San Bernardino County. While many UFW members live and work in the same County, other UFW members travel outside their home County for work.

7.      UFW membership is voluntary and consists of various categories of members. Among these, contributing or associate members are individuals who make a monthly or annual contribution of a designated amount to UFW. Dues-paying members are those who benefit from a UFW collective bargaining agreement. In addition to these categories, UFW recognizes other forms of membership, including full-time employees who have been employed for at least two years, individuals recognized as martyred members due to their sacrifice in the struggle for social justice, honorary members who are family members of martyred members, and retired members who contribute voluntarily after leaving active employment.

8.      Generally, individuals seeking to become contributing or associate members of UFW complete an official application, which is reviewed and processed by UFW staff for

2

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

approval. Dues-paying members become members through the procedures set forth in the California Agricultural Labor Relations Act or other applicable laws, their collective bargaining agreements, and union rules.

9.     UFW members play an important role in deciding what activities UFW engages in as an organization. At the UFW's quadrennial Constitutional Convention, members introduce and vote on motions to govern and guide the union's work, and to elect the Union Executive Board. On an ongoing basis, UFW members respond to surveys, provide feedback, and participate in advisory meetings (known as "consejo de base" in Spanish) to actively participate in the Union's decisions. UFW has created various programs in response to members' feedback and requests. For example, in 2008, in response to requests from our members, we created educational scholarships for students who are working toward an undergraduate degree and are either eligible UFW members or their dependents in California, Oregon, and Washington state.

10.     UFW membership comes with a variety of benefits. Dues-paying members receive protections from collective bargaining in which UFW engages on their behalf. Through an established negotiating committee comprised of workers, UFW members negotiate benefits such as medical insurance, pension, wages, paid time off, working conditions, seniority, right to recall, equipment provisions and other terms of employment. Contributing or associate members (also called "direct" members) receive accidental life insurance of $4000, access to UFW discounts with private businesses, and other benefits. In addition, for services that prioritize agricultural workers, UFW direct membership establishes eligibility.

11.     Founded in 1962 by Cesar Chavez, Dolores Huerta, Larry Itliong and other leaders, UFW was created from the merger of workers' rights organizations to form one union.

3

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

Our mission is to improve the lives, wages, and working conditions of agricultural workers and their families.

12.    To fulfill our mission, UFW engages in collective bargaining, worker education, advocacy, state and federal legislation, and public campaigns. Our stated values are integrity, "Sí se puede" attitude, dignity, and innovation. We promote total nonviolence as a core tenet. As a result of UFW's work, thousands of agricultural workers are protected under UFW contracts. UFW has also sponsored and advocated for legal reforms to protect all farm workers at the state and federal level, including related to overtime pay, heat safety, pesticides safety, COVID-19 protections, and other policies to protect farmworkers and advance their rights.

13.    As part of this work, UFW is a national leader in the movement for immigration reform and immigrants' rights. For example, in 2022, UFW's President Teresa Romero participated in the House Education and Labor Subcommittee on Workforce Protections hearing titled "Second Class Workers: Assessing H2 Visa Program Impact on Workers." The H2-A visa applies to seasonal farm workers. At this hearing, President Romero advocated for legislation that would provide such farm workers with a path to citizenship and called on the federal government and Congress to establish heat standards to protect farm workers from preventable heat deaths. We have also spearheaded national public campaigns and congressional lobbying efforts to raise public awareness of the critical role migrant farm workers play in our communities and economy and advocate for immigration reform, including a path to citizenship for farm workers.

14.    UFW members reach out to us to seek assistance, advocacy, advice, and information, including on issues related to immigration and immigrants' rights. My team is in constant contact with its membership through in-person meetings, emails, phone calls, text messages, and social media, among other platforms. Members guide the organization at

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

Conventions and quarterly consejo de base (advisory) meetings and will reach out to union staff, including me and my direct reports, on a daily basis via text message, phone, social media, email or at a UFW office.

15.    In addition to agricultural work, UFW members also work in other industries, including food processing, landscaping, construction, and food vending. Because agricultural work is seasonal, UFW members sometimes work in other industries when they are not doing agricultural work. UFW members remain members even when they are not working at an agricultural site.

**UFW Members Were Harmed by the Immigration Raids in Southern California and Fear Harm from Future Immigration Operations**

16.    Based on my reports from staff and members, I understand that UFW members and their loved ones have been and continue to be directly harmed by the ongoing immigration raids in Southern California. Immigration agents have targeted certain populations for federal immigration enforcement, including farm workers and construction workers who are commuting to and from work on highways and roads near agricultural operations. As described below, at least one UFW member has been stopped by immigration agents during his commute to work. This UFW member and at least two more members have been harmed by the overmilitarization that has characterized the Southern California raids, as they each live in ongoing fear that they will be stopped by masked immigration agents who patrol the areas where they live, work, and commute.

17.    Based on my reports from members and their families, I understand that the operations have caused widespread panic among UFW members across Southern California. On the days when raids have occurred, some staff directly witnessed the raids while others received

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

reports from UFW contacts and members. In the early hours of Friday June 13, 2025, there were reports of immigration enforcement operations that targeted a bakery and a mall in Moorpark, California (located in Ventura county). Videos from that day show agents taking someone from the bakery. Many UFW members work in the Moorpark area and the bakery that was targeted is a frequent meeting place for UFW members. Some UFW members were already at work and heard about these immigration enforcement actions through social media, news reports, and word-of-mouth. Fearing they would be targeted based on their race or apparent occupation, many UFW members went home, afraid to remain on work sites and seeking to avoid accessing roads and highways, where there were reports of masked immigration agents indiscriminately stopping or pulling over farm workers and day laborers, arresting and detaining them, and seeking to expel them from the country.

18.    UFW staff who have been in Moorpark have reported that the immigration arrests there have frightened UFW members and the community. The manner in which these raids are being conducted—including by individuals hiding behind masks, who fail to identify themselves, and wearing military gear—has UFW members and staff fearing for their safety. This fear has only been aggravated by recent news reports that private individuals are stopping and detaining people they assume to be noncitizens. Because workers are already vulnerable to human trafficking, these reports only exacerbate the fear and anxiety that UFW members and the community are experiencing.

19.    I also understand that the panic and fear described above were, and are, felt by UFW members of diverse immigration statuses. Based on UFW's institutional and direct understanding with such raids, ICE's and Border Patrol's practices target non-white and/or Spanish-speaking farm workers and day laborers broadly, without regard to whether particular

6

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

farm workers or day laborers have lawful presence or deep ties to the local community. For instance, UFW members who are U.S. citizens and lawful permanent residents nevertheless feel anxious about being swept up in future raids because of reports that ICE's and Border Patrol's operations indiscriminately stop and arrest people regardless of status. UFW members with employment authorization documents, such as those with H-2A temporary agricultural visas, T-visas, Temporary Protected Status, Deferred Action for Labor Enforcement, or Deferred Action for Childhood Arrivals, similarly express fear to me and my team that immigration agents will seize, arrest, and/or detain them for removal without regard to their authorization to be in the U.S.

20.     In response to the Southern California raids and the harms they inflicted on UFW members, we mobilized quickly to support our members. We connected members with immigration attorneys, helped them identify where their loved ones were being detained, assisted affected families in locating emergency supplies needed for survival, and did additional outreach to identify people who had been detained.

21.     UFW members have continued to live in fear of immigration actions since the raids began. Although UFW members read news reports of the Trump Administration's short-lived stated pause on raids at farms and restaurants, that so-called pause was reversed. I understand that people remained fearful that they would be subjected to a raid because they have seen immigration enforcement operations at agricultural sites in Southern California during the pause and as recent as June 18 since then. As immigration raids at farms and hotels continue, UFW members continue to fear that they will be stopped or arrested when they are at work or on a highway on their way to or from work.

22.     I also understand based on my reports from members and their families that the fear of future immigration enforcement operations similar to the Southern California raids has

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

deeply affected UFW members and has prompted many of them to change how they arrange their lives. For example, many UFW members are no longer running errands or making trips to places such as laundromats out of fear of continuing immigration enforcement and because these sites have been targeted by immigration agents for stops, arrests, and detentions. My staff have described places like Moorpark, which has been targeted by the immigration raids, as a "ghost town."

23.     UFW members who have young children are terrified of being swept up in a raid and separated from their children, who may have no one to take care of them. Many members have kept their children home from school or daycare and avoided going to doctor's appointments, church, or the store, paralyzed by the fear of being arrested with no notice. Members with young children have arranged for a trusted community member to pick their children up from school or daycare to minimize the risk of being detained, arrested, or taken away by Border Patrol in front of their children. Members who are parents of school aged children are reluctant to attend school meetings in case of an indiscriminate raid, hindering them from being an active participant in their child's education. These members leave for work each day scared they will not come home to their children because of another enforcement action by immigration authorities.

24.     As a result of the ongoing Southern California raids, and statements by the Trump Administration encouraging that immigration authorities continue targeting places with Democratic-run cities and meeting immigration arrest quotas, many UFW members, regardless of the stability or permanence of their immigration status, fear that farm workers and day laborers will continue to be subjected to immigration stops and arrests, especially those who appear non-white. They are terrified that immigration agents will continue to arrest people without warrants

8

and without regard to how long someone has been living in the community or the family members they have waiting for them, including young children; and that immigration agents will continue to detain people, regardless of immigration status, in a detention facility without the ability to contact their family members or an attorney.

25.     I also understand, based on my reports from members and their families, that the tactics employed during the Southern California raids quickly circulated among the UFW community. These reports and videos left many UFW members feeling deeply fearful, regardless of the stability or permanence of their immigration status. Our members have expressed their alarm that immigration agents conducting any future operation will run roughshod over their constitutional rights if they attempt to assert them during a stop, seizure, arrest, and/or detention.

26.     Because of the Southern California raids and the deep harms they are inflicting on farm worker families and communities, UFW members feel chilled from exercising their right to speak up about workplace abuses or wage theft. They are scared that speaking up will attract negative attention to themselves, and that a vengeful employer could call immigration enforcement to report them. They are also scared to speak in public settings about their experiences for fear of backlash, retaliation, or abuse by immigration authorities or private individuals. They feel the risks of being separated from their families and expelled from their homes are too great.

**Stories of UFW Members Harmed By the Southern California Raids and Who Fear Harm From Future Operations**

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

*Angel*[1]

27.    Through my role as National Vice President in the ordinary course of UFW's business, I also received a report of how the Southern California raids impacted UFW member "Angel." Angel is a U.S. citizen who identifies as Latino. He was seeking day labor work for the day.

28.    Immigration agents stopped Angel when he was walking to a community center with a coworker. Angel and his coworker were approached by two vehicles, a U.S. Customs and Border Patrol truck and a plain, white car filled with what appeared to be soldiers wearing military clothing, that pulled up to them suddenly. The Border Patrol agent driving the truck asked Angel where he was born. Angel responded that he was born in Simi Valley. The Border Patrol agent then asked what hospital, and Angel provided the hospital's name. The agent then turned to Angel's coworker, asking "what about you?" When Angel's coworker, Roberto, responded in Spanish, the agents exited the vehicle, grabbed Roberto, took him to the truck, and loaded him inside. Angel started walking away but the agents demanded he return. Angel told them again that he was a U.S. citizen. The agents told him to show them his identification. The agents did not permit Angel to leave until after he showed them his California ID.

29.    The immigration stop frightened Angel. He feared he was going to be taken despite his status as a U.S. citizen. Since that day, Angel is always looking over his shoulder whenever he leaves home. Angel fears that immigration agents will again profile and stop him again for his apparent race and/or profession.

---

[1] To protect the privacy and security of our members, I am using fictitious names to identify them.

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

30.    Through my role as National Vice President in the ordinary course of UFW's business, I received reports of UFW members impacted by the Southern California raids, including UFW member "Carla".

31.    Carla is a Lawful Permanent Resident. She has been a UFW member for more than 20 years. For decades, she has worked at a farm in Moorpark harvesting radishes and cilantro. She identifies as Latina and speaks Spanish as her primary language.

32.    Carla is aware of the immigration enforcement actions across agricultural operations in Southern California. She is also aware of the credible reports that immigration agents have stopped and detained people who appear Latino and who appear to be farm workers regardless of their actual immigration status. Carla fears that immigration agents will go into the fields where she works to detain all workers, and that she will be detained, regardless of her lawful status. Carla has seen  immigration agents are targeting people for their clothing and stopping people who are wearing the agriculture worker uniform: hats and long sleeve t-shirts. As a result of immigration agents' conduct targeting Latino people and farm workers, Carla has missed work and is consequently losing wages, vacation accruals, and other benefits. For example, since the raids began in Southern California, Carla has missed several days of work. She lost about half of her weekly salary and contributed less to her pension plan and medical plan, both because she was afraid she would be wrongfully targeted for immigration enforcement, and because her worksite's harvest was cancelled for multiple days due to federal immigration agents' activity. Carla is going to struggle to make ends meet in July because she will have lost so much in wages. Carla remains afraid to go to work based on credible reports of continued raids on agricultural workers. Carla has tried to limit her trips outside of the home to necessities, such as going to buy food or going to a laundromat, but the raids leave Carla with an impossible choice.

11

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

She has children who depend on her. As a caregiver for her children, she cannot avoid going out into the community to places immigration agents appear to be targeting.

*Belinda*

33.    Through my role as National Vice President in the ordinary course of UFW's business, I also received a report of how the Southern California raids impacted UFW member "Belinda".

34.    Belinda is a long-time resident of Ventura County. She has been an agricultural worker for nearly a decade. Belinda has many ties to the community, having worked in the fields with her husband for years. Together, they have four sons and daughters, all of whom are either U.S. Citizens or have documented immigration status in the U.S.

35.    On Friday, June 13, 2025, Belinda's husband, "Andy", a Latino, senior citizen left home early in the morning to commute to work. As he walked to work, men with no identifying attire approached him aggressively and grabbed him forcefully. They arrested him and have held him in immigration detention for over ten days. Belinda has been suffering since Andy's arrest. She is worried that, like Andy, she will be stopped by immigration agents and placed in detention proceedings. Belinda identifies as Latina and fears that she too will be stopped, arrested, and detained as her husband was, based only on her appearance.

36.    In her husband's absence, Belinda is the sole caregiver for her sons and daughters. If she is stopped, arrested, and detained, as her husband was, she will be separated from her sons and daughters.  Belinda tries to avoid going to public places, including the laundromat, but she cannot avoid commuting to work and taking care of her families' needs, even though this puts her at risk of being stopped, arrested, and detained.

I declare under penalty of perjury that the foregoing is true and correct.

12

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

ER-0420

Case No. _____

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TEMPORARY RESTRAINING ORDER

13

1    Executed on June 28, 2025

2

3                                                    Elizabeth Strater

# EXHIBIT 9

ER-0422

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont.
page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

    Plaintiffs,

  v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland

Case No.: 2:25-cv-05605-MEMF-SP

Hon. Maame Ewusi-Mensah Frimpong

**DECLARATION OF BRIAN GAVIDIA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

-1-

1  Security; Todd M. LYONS, in his official
2  capacity as Acting Director, U.S.
   Immigration and Customs Enforcement;
3  Rodney S. SCOTT, in his official
   capacity as Commissioner, U.S. Customs
4  and Border Patrol; Michael W. BANKS,
   in his official capacity as Chief of U.S.
5  Border Patrol; Kash PATEL, in his
   official capacity as Director, Federal
6  Bureau of Investigation; Pam BONDI, in
   her official capacity as U.S. Attorney
7  General; Ernesto SANTACRUZ JR., in
   his official capacity as Acting Field
8  Office Director for Los Angeles, U.S.
   Immigration and Customs Enforcement;
9  Eddy WANG, Special Agent in Charge
   for Los Angeles, Homeland Security
10 Investigations, U.S. Immigration and
   Customs Enforcement; Gregory K.
11 BOVINO, in his official capacity as Chief
   Patrol Agent for El Centro Sector of the
12 U.S. Border Patrol; Jeffrey D.
   STALNAKER, in his official capacity as
13 Acting Chief Patrol Agent, San Diego
   Sector of the U.S. Border Patrol; Akil
14 DAVIS, in his official capacity as
   Assistant Director in Charge, Los
15 Angeles Office, Federal Bureau of
   Investigation; Bilal A. ESSAYLI, in his
16 official capacity as U.S. Attorney for the
   Central District of California,

17      Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

ER-0424

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

ER-0425

## DECLARATION OF JASON BRIAN GAVIDIA

I, Jason Brian Gavidia, hereby declare:

I make this declaration based on my own personal knowledge. If called, I could and would competently testify hereto:

1.     I am a U.S. citizen. I was born and raised in East Los Angeles. I have lived in East Los Angeles all my life. I am currently renting and residing in East Los Angeles.

2.     I am of Latino ethnicity.

3.     I am a proud Christian, deeply devoted to my church and my community. I have volunteered and served on the church medical team during our worldwide congregation, which brings together more than 30,000 members in a single location. In this role, I have assisted medical personnel, coordinated team assignments, and directed individuals to designated areas. I continue to support the medical team.

4.     In addition to my faith-based service, I am a businessman with a diverse professional background. Before entering the world of business, I held roles in various fields, including roles as an Operations Supervisor, Pest Control Technician, and Automobile Broker. I also started a car detail business. After two young friends of mine passed away in a car accident, I organized a car wash event fundraiser, raising more than $2,500 for the funeral, and this led me to incorporate a car detail component to my car sales business.

5.     I am also an active member of a boxing team based in East Los Angeles. I support the local boxing community by sponsoring several athletes in their career development. I am currently sponsoring three boxers.

6.     On Thursday, June 12, 2025, I went to Yank Towing, located at 1537 W. Olympic Blvd. in Montebello, CA 90640. Yank Towing is a tow yard, junk car removal, and storage lot. I rent space at the tow yard to work on cars.

7.     Around 4:30 PM, I was inside the tow yard working on my car. I was waiting for my mechanic to bring me a part. Suddenly, I heard someone say immigration agents may be at the premises. I was curious and went outside to confirm whether

1

immigration agents were present. I was on the phone as I stepped out of the tow yard premises. On the sidewalk outside the gate, I saw a federal agent between two cars step forward and acknowledge my presence. I assumed it was a federal agent because he was wearing a green vest. Later, I saw several other agents wearing similar vests with the words "Border Patrol Federal Agent." I also noticed the agents were carrying handguns, which they had holstered, and at least two of the agents had a military-style rifle.

8.    Immediately after, as I attempted to head back inside the tow yard premises, the agent said, "Stop right there." I noticed he was masked; I could not see his face. At this point, I stopped. I am a law-abiding citizen. I felt that I could not leave, and that the agent had stopped me.

9.    While the masked agent approached me, another unmasked agent ran towards me and questioned me whether I am American. I told him that I am American at least three times. He responded by asking, "What hospital were you born in?" I calmly replied that I did not know. He repeated the question two more times, and each time I said that I did not know. At that point, the agents forcefully pushed me up against the metal gated fence, put my hands behind my back, and twisted my arm. I had been on my phone this entire time, and the masked agent also took my phone from my hand at that point. I felt like the agents were trying to cause me pain, because I did not know what hospital I was born in.

10.    I explained, "Look how you got my hand—you're twisting that shit, bro. I'm American, bro." As soon as I said that, the masked agent stopped twisting my arm. The unmasked agent asked a final time, "What hospital were you born in?" I responded again that I did not know and said East L.A. I then told the agents that I could show them my Real ID.

11.    When I showed my Real ID to the agents, one of them took it from me. Even after providing my Real ID and repeatedly stating that I am an American, they did not let me go. In fact, even after telling the agents I was an American, they took my phone. I begged to have my phone back; I asked every agent for my phone. One of the agents told

2

me to stand close to the gate and I would get my phone back. It ultimately took about 20 minutes to get my phone back. But I never got my Real ID back.

12.     My best understanding of what I experienced on June 12, 2025 is that federal agents stopped me literally based on my skin color, just because of the way I look—because I am brown, Latino. My clothes were dirty from working on my car, and I believe this might have also factored in to why the agents stopped and questioned me. It was the worst experience I have ever felt. I felt like I was going to die; in fact, one agent literally racked a chamber in his rifle. And going forward, I am disturbed and deeply concerned that federal agents will stop me and violate my rights again for the same reason.

13.     I live and work in Los Angeles County, and I know and have heard that these immigration raids have continued all throughout the area. I am afraid that I will be racially profiled again for my skin color. I feel that federal agents can detain me for no reason other than the fact that I appear and am Latino. This is just wrong, and it is scary that there is a high chance I might get picked up just because I am walking while brown, walking while dirty, coming home from work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025 in East Los Angeles, California.

_____
Jason Brian Gavidia

3

ER-0428

# EXHIBIT 10

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
   *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
   *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10 STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
   *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11 DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
   *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12 ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13 1313 West Eighth Street             PUBLIC COUNSEL
   Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14 Telephone: (213) 977-5232           Los Angeles, CA 90005
   Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
16 *Counsel for Stop/Arrest Plaintiffs*   *Counsel for All Plaintiffs*
   (*additional counsel information on cont.*
17 *page*)

18              **UNITED STATES DISTRICT COURT**

19         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac | Case No.: 2:25-cv-05605-MEMF-SP |
| 21  VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason | |
| 22  Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; | Hon. Maame Ewusi-Mensah Frimpong |
| 23  UNITED FARM WORKERS; COALITION FOR HUMANE | |
| 24  IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | **DECLARATION OF JESUS ARISTEO CRUZ UITZ IN SUPPORT OF PLAINTIFFS'** |
| 25             Plaintiffs, | **MOTION FOR TEMPORARY RESTRAINING ORDER** |
| 26       v. | |
| 27  Kristi NOEM, in her official capacity as Secretary, Department of Homeland | |
| 28 | |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

      Defendants.

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Counsel for Stop/Arrest Plaintiffs

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Counsel for Stop/Arrest Plaintiffs

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Counsel for Stop/Arrest Plaintiffs

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Pro hac vice application forthcoming

-3-

### DECLARATION OF JESUS ARISTEO CRUZ UITZ

I, JESUS ARISTEO CRUZ UITZ, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. I am fifty-one years-old. I was a resident of Inglewood, Los Angeles County, California. I had lived in the United States for more than 30 years. I have never had any criminal convictions. I have four US citizen kids: two daughters who are sixteen and fifteen, and two sons who are ten and five. My sixteen-year-old daughter is diagnosed with anxiety and depression, and when I lived in the U.S. I spent a lot of time taking care of her. I would make sure she took her medication and, at night, I stayed up late with her to hug her to help her calm down.

3. I have been a member of CLEAN since 2020.

4. Before June 2025, I had not had any encounters with immigration or law enforcement. On Sunday, June 8, 2025, I went to work at the Westchester Car Wash, located at 8801 Sepulveda Westway, Los Angeles, where I have been working since 2017. At around 3:30 PM, I noticed six vehicles pull up to the car wash and parked at the entrance. While some vehicles were unmarked, others had green stripes on them that said Border Patrol. The way they pulled up was very fast and intimidating, and I could see that the people inside were wearing masks. There was about two agents per vehicle that came out.

5. Some of the workers at the car wash saw this and ran. The agents chased them and yelled for them to stop. I stayed where I was.

6. One of the people who got out of the vehicles approached me angrily and grabbed my arms. He was wearing green pants and a black vest. His clothes did not have any symbols or letters. He had a pistol. He asked me in Spanish, "Do you have papers?"

7. When I answered him, without saying anything else, began trying to handcuff me.

8. I told him "you're hurting me," and he said "You're not understanding. We're kicking you out."

9. He put handcuffs on me and put me into the backseat of a vehicle. He pushed me into the vehicle which caused me to hit into a metal median into the backseat of the vehicle. He had put

ER-0433

1  the handcuffs very tight so I asked him to loosen them because they were hurting me; but the
2  officer just ignored me.

3      10. About a minute later, the agents brought in one of my coworkers. My coworker looked
4  like he had been beaten, he was bleeding from his right knee and his right elbow, and there was
5  dirt all over him. He was also handcuffed. When he complained about pain in his arms and legs,
6  they told him to shut up. I tried to help my coworker feel better and told him everything is going
7  to be ok.

8      11. I believe that the agents only stopped people who look Latino. Two of my coworkers at
9  the car wash have light skin. One of them is Persian, and the other is from Russia. Neither of
10  them was approached by immigration agents, and they were not arrested with us.

11      12. Some of the customers that were at the carwash at that time were Black. They were not
12  approached or arrested either.

13      13. The agents left us in the car for about 25 minutes while they looked for more people.
14  Then, the agents drove me away. Between their initial question to me when they approached me
15  asking whether I had papers, and the time they drove away taking me from the car wash, they
16  had asked me no additional questions. They did not ask me my name, to show any identification,
17  or about my ties to the community. They also did not identify what kind of agents they were or
18  explain why I was being arrested.

19      14. Later, on the drive, they asked me how long I have lived in the U.S. I told them 35 years.
20  They asked me if I have a criminal record. I told them no.

21      15. We drove for about 45 minutes and eventually arrived at an immigration processing
22  center, where agents took my information and fingerprints. Once I was processed, immigration
23  agents kept moving me around. It felt like every 12 hours or so they would drive me to a new
24  place. First, they took me to parking lot where they moved us from the car to a van. Then they
25  took us to a detention center in San Bernardino, where they took off my handcuffs. When they
26  took them off, I could not even move my arms because of how tight they were. Then, to an
27  airport in Mojave, and finally we flew to El Paso, Texas. During this period of 2 to 3 days, I was
28  only given frozen burritos as food, and I did not get to shower.

16. At every detention center, I asked if I could use the phone. I wanted to call my family or try to speak to an attorney. But they never let me use the phone. Sometimes they told me the phones were busy. Other times they just said no.

17. At the detention center in El Paso, I met with an immigration agent. He told me he was going to check my records, and he asked if I had any criminal convictions. I told him I don't. He asked if I had kids. I told him I have four U.S. citizen kids. He asked me to tell him the names of my kids. I told him their names.

18. Then he handed me a paper document and told me that if he were me, he would sign this document. He told me it was not to get deported but a voluntary departure. He said if you want to fight, you could spend 8 months in this detention center. If you sign here, you can go free, go to Mexico, fix your papers there, and then come back. He said that was the fastest way to see my kids again.

19. I did not feel like I had a choice. I could not stand being detained in the center, where I did not have a bed, access to my medication or glasses, or nutritious food. There were twenty-two people in my room, so there was barely enough room to sleep. It was also freezing cold in the detention center, and we were only given a plastic blanket. I was also in a lot of pain in my elbow and shoulder from when they pushed me into the car. My hands and wrists also still hurt from the tight handcuffs. The pain I was in was so strong, I could barely get up and move, and I could not sleep. I knew I had to get out of here. I felt like I was not going to make it any longer and the pain was going to get worse.

20. Because I did not have my reading glasses, I could not read the documents he handed me, even when I brought them really close to my face. He said I could just sign and pointed to where to sign. He did not explain what the document said and did not tell me about the consequences of agreeing to voluntary departure. I signed the papers.

21. A day later, on June 13th, I was dropped off at the border in El Paso, Texas and told to walk to the Mexican side. I was given some documents, my phone, and wallet. I have been in Mexico ever since. I want to return to the United States and be reunited with my children soon.

1

2   I declare under penalty of perjury under the laws of the United States and the State of California
    that the foregoing is true and correct.

3

4   Executed on June 29, 2025 at Motul, Yucatan, Mexico.

5

6                                          s/ JESUS ARISTEO CRUZ Uitz

7                                          Jesus Aristeo Cruz Uitz

8

9

10                          **CERTIFICATE OF INTERPRETATION**

11  I, Diana Sánchez, certify that I am fluent in Spanish and English and that I am competent to

12  interpret between these languages. I further certify that I have read the foregoing to Jesus Aristeo

13  Cruz Uitz in Spanish. I further declare that I am competent to render this interpretation and that I

14  would testify to the same under the penalty of perjury if I were called upon to do so.

15

16   Date: June 29, 2025                    */s/ Diana Sánchez* _____

17                                          Diana Sánchez

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 11

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF JOSE ANTONIO VALDEZ RIOS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

1  Security; Todd M. LYONS, in his official
   capacity as Acting Director, U.S.
2  Immigration and Customs Enforcement;
   Rodney S. SCOTT, in his official
3  capacity as Commissioner, U.S. Customs
   and Border Patrol; Michael W. BANKS,
4  in his official capacity as Chief of U.S.
   Border Patrol; Kash PATEL, in his
5  official capacity as Director, Federal
   Bureau of Investigation; Pam BONDI, in
6  her official capacity as U.S. Attorney
   General; Ernesto SANTACRUZ JR., in
7  his official capacity as Acting Field
   Office Director for Los Angeles, U.S.
8  Immigration and Customs Enforcement;
   Eddy WANG, Special Agent in Charge
9  for Los Angeles, Homeland Security
   Investigations, U.S. Immigration and
10 Customs Enforcement; Gregory K.
   BOVINO, in his official capacity as Chief
11 Patrol Agent for El Centro Sector of the
   U.S. Border Patrol; Jeffrey D.
12 STALNAKER, in his official capacity as
   Acting Chief Patrol Agent, San Diego
13 Sector of the U.S. Border Patrol; Akil
   DAVIS, in his official capacity as
14 Assistant Director in Charge, Los
   Angeles Office, Federal Bureau of
15 Investigation; Bilal A. ESSAYLI, in his
   official capacity as U.S. Attorney for the
16 Central District of California,

17      Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Counsel for Stop/Arrest Plaintiffs

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Counsel for Stop/Arrest Plaintiffs

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Counsel for Stop/Arrest Plaintiffs

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Pro hac vice application forthcoming

-3-

## DECLARATION OF JOSE ANTONIO VALDEZ RIOS

I, JOSE ANTONIO VALDEZ RIOS, hereby declare:

1.  I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2.  I am forty-six years old. I was a resident of Santa Ana in Orange County, California. I am of Latino ethnicity. I had lived in California for more than 20 years. I have one US citizen son who is sixteen years old.

3.  Before June 2025, I had not had any encounters with immigration. On Monday, June 9, 2025, I went to the Home Depot store at 1750 E Edinger Ave, Santa Ana, CA to look for work. I work as a day laborer, where I worked in construction and interior renovation. At around 8 am, I noticed a white van approach where I was standing. The van had no special markings. It looked exactly like the cars used by people looking for workers. So I raised my hand to greet the driver and asked "how many workers?"

4.  The car parked by the sidewalk. Three men stepped out. All three of them had rifles in their hands. They were wearing cloth masks that covered their mouths, noses, and necks, as well as yellow and brown clothing. They had military helmets and bullet proof vests, but they didn't wear any symbols or badges that identified who they were. They didn't say anything, but they looked very angry and intimidating, so I got scared and started running. I did not want to get jumped, robbed, abducted or shot. I heard them yelling to stop.

5.  One of them chased me and caught my backpack and wrestled me to the ground. He put handcuffs on me and started walking me back to their van. I thought I was getting kidnapped. They told me I almost got away, and asked if I wanted my backpack.

6.  They walked me back to where the car was parked, and I saw there was also a car with border patrol markings there, that I had not seen when the first van pulled up. I realized then that this was immigration enforcement.

ER-0441

7.  When we arrived back at the van they did not ask me anything, such as my name, citizenship, or status. They also never identified who they were to me. The agent who tackled me ordered me to enter the van. There were three other guys that they had arrested. At this point, the officers knew nothing about me except for what I looked like and where I happened to be standing, looking for work, when they arrived.

8.  Within two minutes of myself entering the van, a few members of the public started to show up and demand we get released. The officers threw a tear gas canister at the approximately 10 people who were gathered, and drove us away in their van to a nearby Carl's Junior.

9.  At the parking lot of the Carl's Junior, about 5 officers took us out and spoke to us at the side of the van and asked us questions. They asked me for my name. I told them I don't want to tell you my name. They grabbed my wallet. I said I don't give you permission. They told me they don't care.

10.They searched through my wallet and asked me why I don't carry an ID. I told them I had lost my wallet and this one is new. They asked me if I am a citizen. I told them I don't want to answer your question. The agents asked me no questions about my job, my family, my community, or my ties to the United States.

11.At some point during the questioning someone drove by next to us in the parking lot. The agents trapped that person's car in with their vehicles and approached the person with rifles drawn. They made the other car leave.

12.After questioning, the officers dropped us off at a holding center near the Santa Ana civic center. There were four rooms. There they asked us more questions. When they got to me, they asked me for my name. I told them I want to see an attorney, and that I did not do anything wrong, that they should not violate my constitutional rights. I told them if they were police I would tell them my name. They said they were going to take my fingerprints. I refused.

13.An agent told me he would beat me if I didn't give him my name, and if I

don't let them take my fingerprints, they will take me to a jug of water and put my head underwater. I was really scared of being beaten and being tortured. So I gave them my name and they took my fingerprints.

14. I asked several times to make a phone call so I can speak to my family or my wife. They refused.

15. The conditions at the holding center were very bad. There were about 20 of us in each room, with barely enough room to sleep. There were no beds, and we were also not given any water, just a little milk and cereal. It was also very cold in the room, and they did not give us anything to keep warm.

16. After about 20 hours, they took us out of the holding center and transported us to several locations over the next few hours. It was always very hot, because the vehicles we were in and the holding centers did not have AC. Someone in the vehicle with me with high blood pressure passed out due to the heat. There was also not any drinking water available. We were also treated very poorly by the guards. At one point, one of the guards in the vehicle with us got very angry and said "why don't you all just die". Even while we traveled, our hands and feet were in very tight handcuffs. When I asked the guards to loosen them so I can use the bathroom, they refused. We were driven for about a full day and much of the day blended together.

17. On Wednesday morning, we arrived at a detention facility in El Paso, Texas. In Texas, they held me in a room with a lot of other people. An agent asked me if I wanted to sign to leave the US or to fight my case. He handed me several papers and asked me what I wanted to do. I felt like I did not have the time to read the papers, so I tried asking him for advice.

18. I asked him, I have a 16 year old who depends on me. What are the requirements for me to fight and win? He said you have to show you were here for four years and you paid taxes and rent during this whole time. While I have lived here for more than twenty years, I was not confident in that moment that I could

1  provide enough of a paper trail to show all the things he told me I would have to
2  prove. I was feeling exhausted and discouraged.

3     19.I asked if I can have a free lawyer. He said there aren't free lawyers. If you
4  can pay then you can pay.

5     20.By Friday, June 13th, I was ready to sign for a voluntary departure. I was not
6  accustomed to being locked up. I had been locked up for four or five days by this
7  point. I am a family man and a worker. This is a lot of suffering to put onto
8  someone. They did not let us communicate with anyone for longer than a minute. I
9  tried calling my wife but as soon as our call connected, they would make us hang
10  up. There was a dad next to me who had been arrested right after dropping off his
11  kids at a daycare. He was so upset because he could not talk to his kids for more
12  than a minute.

13     21.Faced with these awful conditions, with the total inability to speak to my
14  loved ones or get a lawyer, and with the scary things I had ensured for the previous
15  days. I signed the voluntary departure.

16     22.As soon as I signed, they let me call with my family, and we were able to
17  speak for 15 minutes. They also let me call the consulate.

18     23.On Monday, June 16, they took us to Mexico by bus, and dropped us off at
19  the border. They gave me back my phone, my wallet, my boots, and my belt. They
20  also gave me 4 pages of documents. I have been in Mexico ever since. I want to
21  return to the United States and be reunited with my family and son.

22

23  I declare under penalty of perjury under the laws of the United States and the State
24  of California that the foregoing is true and correct.

25

26  Executed at Morelia, Michoacan on June 29, 2025.

27

28

_s/ Jose Antonio Valdez Rios_

_____

Jose Antonio Valdez Rios

### CERTIFICATE OF INTERPRETATION

I, Luis Nolasco, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Jose Antonio Valdez Rios in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: June 29, 2025

_s/ Luis Nolasco_____

Luis Nolasco

# EXHIBIT 12

1   STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6   MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7   EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8   DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9   OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13  1313 West Eighth Street             PUBLIC COUNSEL
    Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14  Telephone: (213) 977-5232           Los Angeles, CA 90005
    Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
16  *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
    (*additional counsel information on cont.*
17  *page*)

18                    **UNITED STATES DISTRICT COURT**

19              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  | Pedro VASQUEZ PERDOMO; Carlos | Case No.: 2:25-cv-05605-MEMF-SP |
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason
22  Brian GAVIDIA; LOS ANGELES          Hon. Maame Ewusi-Mensah
    WORKER CENTER NETWORK;              Frimpong
23  UNITED FARM WORKERS;
    COALITION FOR HUMANE               **DECLARATION OF ARMANDO**
24  IMMIGRANT RIGHTS; IMMIGRANT        **GUDINO IN SUPPORT OF**
    DEFENDERS LAW CENTER,              **PLAINTIFFS' MOTION FOR**
25                                     **TEMPORARY RESTRAINING**
            Plaintiffs,                **ORDER**
26
        v.
27
    Kristi NOEM, in her official capacity as
28  Secretary, Department of Homeland

                              -1-

1  Security; Todd M. LYONS, in his official
2  capacity as Acting Director, U.S.
   Immigration and Customs Enforcement;
3  Rodney S. SCOTT, in his official
   capacity as Commissioner, U.S. Customs
4  and Border Patrol; Michael W. BANKS,
   in his official capacity as Chief of U.S.
5  Border Patrol; Kash PATEL, in his
   official capacity as Director, Federal
6  Bureau of Investigation; Pam BONDI, in
   her official capacity as U.S. Attorney
7  General; Ernesto SANTACRUZ JR., in
   his official capacity as Acting Field
8  Office Director for Los Angeles, U.S.
   Immigration and Customs Enforcement;
9  Eddy WANG, Special Agent in Charge
   for Los Angeles, Homeland Security
10 Investigations, U.S. Immigration and
   Customs Enforcement; Gregory K.
11 BOVINO, in his official capacity as Chief
   Patrol Agent for El Centro Sector of the
12 U.S. Border Patrol; Jeffrey D.
   STALNAKER, in his official capacity as
13 Acting Chief Patrol Agent, San Diego
   Sector of the U.S. Border Patrol; Akil
14 DAVIS, in his official capacity as
   Assistant Director in Charge, Los
15 Angeles Office, Federal Bureau of
   Investigation; Bilal A. ESSAYLI, in his
16 official capacity as U.S. Attorney for the
   Central District of California,

17        Defendants.

18
19
20
21
22
23
24
25
26
27
28

-2-

ER-0448

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

I, Armando Gudino, declare:

1. I serve as the Executive Director of the Los Angeles Worker Center Network ("LAWCN"). I have worked for LAWCN since 2022.

2. As Executive Director, I manage all aspects of LAWCN's work, including all aspects of the organization's operations as well as its strategic planning. I coordinate the provision of resources and support to our member organizations, help members with their operational plans, develop strategic policies and plans for LAWCN and member organizations, identify and secure resources for the organization and member organizations, and develop programs to increase the capacity of member organizations. I also oversee our communications work. Additionally, I oversee and supervise consultants hired to support our member organizations, as well as act as a liaison for LAWCN with governmental agencies, officials, and other agencies and coalitions.

3. I am deeply familiar with our member organizations, including their missions, needs, and priorities. In my role as Executive Director, I communicate with representatives of LAWCN's member organizations on a regular basis, often daily. I also oversee and run regularly scheduled standing meetings with our member organizations, during which I hear directly from our member organizations about their current needs, plans, and goals. I regularly hear from our member organizations about their concerns, including concerns related to workers' rights and immigration. Since early June 2025, I have heard from numerous member organizations the impact of the immigration raids in Los Angeles and the surrounding areas.

4. I make this statement based upon personal knowledge, files, and communications with colleagues and representatives of LAWCN's member organizations that I have reviewed, as well as information supplied to me by representatives of LAWCN's member organizations whom I believe to be reliable. These files, documents, and information are of a type that is generated in the ordinary course of our business and that I would customarily rely upon in conducting LAWCN's business. If called as a witness, I could testify truthfully to these facts.

**Background on LAWCN**

5.     LAWCN has two full-time staff members, myself and a Communications Director. Our executive committee is comprised of representatives from each of our member organizations.

6.     Formed in 2017, LAWCN is a multi-racial, multi-ethnic, and multi-industry organization made up of eight worker centers and labor organizations. It is a regional organization focused on collaboration among worker centers of the Greater Los Angeles region.

7.     Worker centers are non-profit, community-based organizations that offer support to low-wage, often immigrant workers who are not part of a collective bargaining entity, such as a union, or who are excluded from federal labor laws. Worker centers include organizations dedicated primarily to workplace and community organizing, groups supporting day laborers and those focused on workforce development, as well as immigrant rights organizations, faith-based groups, and movements focused on equity and justice.

8.     LAWCN fulfills the need for a coordinated effort to address a host of issues impacting low wage workers across industries in the greater Los Angeles area, such as wage theft, employee misclassification, discrimination, employment access, immigration, and more. LAWCN, in conjunction with its member organizations, works to sustain the organizing and leadership of workers, particularly immigrant, refugee, Black, women and LGBTQ+ workers, and other workers of color. LAWCN improves conditions for low-wage workers through capacity building, organizing, services, and policy advocacy at the city, county, and state level.

9.     Immigrant workers make up a large percentage of low-wage and essential workers within the greater Los Angeles region, but many are excluded from access to economic and government relief and key worker protections because of their immigration status. In pursuing LAWCN's mission to build the power and grow the capacity of local worker centers to organize and advocate for low-wage workers, LAWCN has a long-term and sustained focus on issues related to immigration and immigrant workers.

10.     For example, for the last several years, LAWCN and its member organizations have worked with the City of Los Angeles to institute reforms in the Office of Labor Standards regarding how workers can file wage theft and related claims. Part of LAWCN's efforts focused

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

on ways to streamline the process that workers must navigate to file claims, with a particular emphasis on understanding and mitigating the barriers that non-English speaking workers face when filing claims.

11.    Additionally, LAWCN was an active member of the Safety Net for All Coalition campaign that fought for an inclusive safety net for all workers, regardless of immigration status. The Coalition is comprised of more than 120 immigrant and worker rights organizations across California from regions including the San Joaquin Valley, the Central Coast, the Inland Empire, Los Angeles County, the Bay Area, Sacramento, and the southern border. The campaign focused on lobbying and advocacy for California to provide unemployment benefits for immigrant workers who would otherwise be excluded because of their status.

12.    LAWCN also works with outside consultants that provide advice and support directly to its member organizations, helping to build their capacity to support and serve their own members, regardless of their status. Through its capacity-building efforts, LAWCN's work supports immigrant justice by improving the conditions and dignity of immigrant workers in Southern California.

**LAWCN's members**

13.    LAWCN has eight member organizations. These include CLEAN Carwash Worker Center, the Garment Worker Center, the Koreatown Immigrant Workers Alliance, the Los Angeles Black Worker Center, the Philipino Workers Center, the Warehouse Worker Resource Center, the UCLA Labor Center, and Bet Tzedek Legal Services.

14.    CLEAN Carwash Worker Center (CLEAN): CLEAN is the country's first carwash worker center, transforming the lives of thousands of carwashers, in one of Los Angeles' most exploitative industries—hand wash carwashes.

15.    Garment Worker Center (GWC): GWC is a worker rights organization whose mission is to organize low-wage garment workers in Los Angeles in the fight for social and economic justice.

16.    Koreatown Immigrant Workers Alliance (KIWA): KIWA builds power with immigrant workers and renters to bring about a more just and inclusive Los Angeles. KIWA

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

organizes primarily Korean and Latino workers, with a focus on the restaurant and retail industries, in the Koreatown neighborhood of Los Angeles and beyond.

17.    Los Angeles Black Worker Center (LABWC): The mission of LABWC is to increase access to quality jobs, reduce employment discrimination, and improve industries that employ Black workers through action, workforce development, and unionization. LABWC operates mainly in Los Angeles county.

18.    Pilipino Workers Center (PWC): PWC aims to secure the dignity and safety of the Pilipinx community in Southern California and build labor leaders in the domestic worker industry. PWC operates in Los Angeles county and San Diego.

19.    Warehouse Worker Resource Center (WWRC): WWRC is dedicated to improving working conditions in the warehouse industry in Southern California. WWRC focuses on education, advocacy and action to change working conditions in the largest hub of warehousing in the country. WWRC operates in Los Angeles and San Bernandino counties.

20.    UCLA Labor Center: The UCLA Labor Center is a research and extension department at the University of California, Los Angeles focused on organized labor and labor rights. It was created in 1964 as the Center for Labor Research and Education and is a unit of the UCLA Institute for Research on Labor and Employment.

21.    Bet Tzedek: Bet Tzedek is one of the nation's premier legal services organizations, providing free assistance to thousands of Los Angeles County residents. Bet Tzedek responds to emerging community needs while providing self-determination tools that empower individuals to advocate for themselves and their communities.

22.    LAWCN's member organizations currently represent over 3,800 workers.

23.    All of the current members organizations of LAWCN have been members since at least 2019. There are two types of membership: voting and non-voting members. The voting members include the individual worker centers, including CLEAN Carwash Worker Center, the Garment Worker Center, the Koreatown Immigrant Workers Alliance, the Los Angeles Black Worker Center, the Philipino Workers Center, the Warehouse Worker Resource Center. The non-voting members include the UCLA Labor Center and Bet Tzedek Legal Services.

24.    LAWCN's member organizations play a central role in deciding its priorities and activities. Each member organization has a representative on our Executive Committee. LAWCN holds regular standing meetings with the Executive Committee, at which the member organizations provide input on LAWCN's strategic planning and goals. All member organizations, regardless of whether they are voting members, actively participate and provide input into LAWCN's decisions. That participation guides LAWCN's priorities. Additionally, voting members have a direct input into LAWCN's activities by casting a vote on key strategic questions.

**LAWCN Members Are Being Harmed by the Current Immigration Enforcement Operations in Los Angeles**

25.    Based on my reports from member organizations about their experiences with the current Southern California-based immigration enforcement operation, I understand their members have been deeply affected by the raids. LAWCN's member organizations include worker centers that fight to improve worker conditions in low-wage industries, including car wash, garment, home care, restaurant, retail, and warehouse industries. Many of these industries have been heavily targeted by the immigration enforcement operations. For example, I understand from CLEAN that numerous carwashes have been raided—with some carwashes experiencing multiple raids. I have also heard from member organizations about raids at garment warehouses and retail locations.

26.    I have also learned that workers, including members of LAWCN's member organizations, have been directly harmed by the ongoing raids. For example, CLEAN has numerous members who have been stopped and detained at carwashes as a result of the raids. At least one of these members was stopped and arrested unlawfully.

27.    Based on the reports of LAWCN's member organizations, I understand that these raids are often conducted by armed individuals driving unmarked cars who wear masks and refuse to identify themselves. These tactics cause fear and panic in workers, including members of LAWCN's member organizations, regardless of their immigration status. Based on the raids I have heard about from LACWN's member organizations, the immigration agents seem to target

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

non-white, Spanish-speaking workers, regardless of whether they have long-standing ties to the community or lawful presence in the United States.

28.    I understand from LAWCN's member organizations that many of their members are afraid to go to work, regardless of their immigration status. Some are afraid to be in public at all, because immigration agents have also raided bus stops and stopped or detained individuals in the community not at their worksites. For example, I understand that on at least one occasion immigration agents detained and arrested a Spanish-speaking customer at carwash. Many members have had loved ones stopped or arrested, as well as know of others in their industries or worksites who have been stopped or arrested by immigration agents without a warrant. Regardless of status, many members fear they will be subject to immigration stops and arrests because of where they work, the language they speak, and the color of their skin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2025.

Signed by:
*Armando Gudino*
895FC11830E54AF...

Armando Gudino

---

6

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

# EXHIBIT 13

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
OLIVER MA (SBN 354266)
oma@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF FLOR MELENDREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

ER-0457

Security; Todd M. LYONS, in his official
capacity as Acting Director, U.S.
Immigration and Customs Enforcement;
Rodney S. SCOTT, in his official
capacity as Commissioner, U.S. Customs
and Border Patrol; Michael W. BANKS,
in his official capacity as Chief of U.S.
Border Patrol; Kash PATEL, in his
official capacity as Director, Federal
Bureau of Investigation; Pam BONDI, in
her official capacity as U.S. Attorney
General; Ernesto SANTACRUZ JR., in
his official capacity as Acting Field
Office Director for Los Angeles, U.S.
Immigration and Customs Enforcement;
Eddy WANG, Special Agent in Charge
for Los Angeles, Homeland Security
Investigations, U.S. Immigration and
Customs Enforcement; Gregory K.
BOVINO, in his official capacity as Chief
Patrol Agent for El Centro Sector of the
U.S. Border Patrol; Jeffrey D.
STALNAKER, in his official capacity as
Acting Chief Patrol Agent, San Diego
Sector of the U.S. Border Patrol; Akil
DAVIS, in his official capacity as
Assistant Director in Charge, Los
Angeles Office, Federal Bureau of
Investigation; Bilal A. ESSAYLI, in his
official capacity as U.S. Attorney for the
Central District of California,

     Defendants.

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

Counsel for Stop/Arrest Plaintiffs

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Counsel for Stop/Arrest Plaintiffs

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Counsel for Stop/Arrest Plaintiffs

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Pro hac vice application forthcoming

-3-

1    I, Flor Melendrez, declare:

2    1.    I make this declaration from my personal knowledge and, if called to testify to

3    these facts, could and would do so competently.

4    2.    I serve as the Executive Director of the CLEAN Carwash Worker Center, or

5    CLEAN for short. CLEAN is the country's first carwash worker center.

6    3.    CLEAN is a grassroots worker center that empowers carwash workers to make

7    lasting changes in the carwash industry and in their communities. With over a decade of history in

8    Los Angeles, CLEAN fights for the self-determination of immigrant and working-class people.

9    CLEAN's carwash worker base represents one of the largest, lowest-paid, and most vulnerable in

10    a highly exploitative service industry. CLEAN's mission of social change and worker

11    empowerment is fulfilled through grassroots organizing, strategic outreach, skills-building

12    workshops, and civic action. Through direct organizing, CLEAN leads outreach and advocacy

13    efforts around job safety, workplace hazards, wage and hour rights, environmental protection, and

14    community health initiatives.

15    4.    I have served as Executive Director of the organization since 2016. As Executive

16    Director, I am responsible for overseeing all aspects of the organization's work, including guiding

17    CLEAN's strategic goals, funds, and operations. In addition to myself, CLEAN has ten other staff

18    members.

19    5.    CLEAN was founded in 2007. The genesis of the organization came from a

20    coming together of various community members, leaders, and organizers who recognized that

21    carwash workers in Southern California constituted a particularly vulnerable population. Carwash

22    workers have historically been mistreated by their employers, subject to difficult and unhealthy

23    working conditions, and susceptible to wage theft and other forms of labor violations. In

24    response, CLEAN formed from this community effort to learn more about and fight injustices in

25    the car wash industry.

26    6.    CLEAN is a membership organization that unites carwashers to become a part of a

27    growing and innovative worker center movement whose aim is to improve the quality of life for

28    all Angelenos.  Today, CLEAN has approximately 1,800 members, all of whom are carwash

1

DECLARATION OF FLOR MELENDREZ
Case No. 2:25-cv-05605

workers from all over Southern California. We have members that live or work in Los Angeles, Orange, San Bernardino, Ventura, and Riverside counties.

7.    CLEAN's members are predominantly Latine, with many being immigrants or the children of immigrants.

8.    CLEAN recruits members as part of our efforts to organize workers throughout carwashes in the region. During this process, we meet with workers to ask about their needs and working conditions. Eventually, we onboard them and workers can elect to become official members of CLEAN. We have three tiers of membership available to workers, depending on how much each member wishes to participate in CLEAN's organizing work.

9.    Members play an integral role in our organization, helping set the priorities for the organization and driving its campaigns and advocacy. Membership meetings occur every other month (and sometimes more frequently). During these meetings, members discuss their priorities, needs, and questions. Topics of discussion include employment law questions, workplace conditions, and organizing updates from other work sites.

10.    CLEAN's mission includes fighting for the self-determination of immigrants. CLEAN's membership is made up predominantly of immigrants, and the exploitative nature of the carwash industry can make these members particularly vulnerable to wage theft and poor working conditions.  CLEAN views immigrants' rights as central to its mission of advancing social change and providing dignity to all carwash workers.

11.    A consistent focus of CLEAN's work is to provide its members access to immigrant-related support and resources. Some of this work involves providing training and support to members about immigrant issues. For instance, CLEAN has organized trainings for members and their families about securing driver's licenses under A.B. 60, a California law authorizing the provision of driver's licenses.

12.    CLEAN and its members also organize programming and attend events concerning immigrant rights and immigration reform, including rallies and protests in support of immigration reform.

2

DECLARATION OF FLOR MELENDREZ
Case No. 2:25-cv-05605

ER-0461

13.    Beginning in June 2025, the immigration raids and enforcement actions of the federal government in Southern California have had an extraordinary impact on CLEAN's members. Through my role as Executive Director in the ordinary course of CLEAN's business, I have received reports that numerous members who work at carwashes throughout the region have experienced harm by being stopped or arrested by immigration agents. Many more members fear going to work, or even going in public, because they are afraid that the language they speak or where they work will subject them to unlawful stops by immigration agents due to racial profiling.

14.    I understand based on reports from my staff, members, and members' families that carwashes have been a consistent and ongoing target of immigration agents during the course of the immigration raids. I have learned from CLEAN's members and my staff that not only have immigration agents focused their efforts on carwashes, immigration agents have also targeted some carwashes more than once. The raids at carwashes are ongoing. I am aware that a carwash was raided as recently as the weekend of June 28, 2025 in Los Angeles County.

15.    As of today, through my role as Executive Director in the ordinary course of CLEAN's business, I am aware of dozens of CLEAN's members that have been stopped and arrested by federal agents in Los Angeles and Orange counties. One of these members is Jesus Aristeo Cruz Uitz, who has been a member of CLEAN for five years. My staff and I learned that Mr. Uitz was working at a carwash in Los Angeles county when immigration agents entered the property. The agents did not appear to know who he was or have a warrant for his arrest. They grabbed and restrained him before asking any questions.

16.    I am also aware of dozens more carwash workers that work alongside CLEAN's members who have been arrested and detained by immigration agents.

17.    I have heard from many members and their families that they are feeling anxious, worried, and fearful about their safety and the safety of their loved ones because of the ongoing immigration raids happening throughout Southern California. They rightly, in my opinion, fear being racially profiled and detained by federal agents. These agents have been coming after Latines on job sites regardless of whether they are employees or customers. For example, I

3

DECLARATION OF FLOR MELENDREZ<br>Case No. 2:25-cv-05605

1    learned from my staff that at one of the carwash raids, agents arrested a Spanish-speaking

2    customers along with several Spanish-speaking workers.

3        18.    My staff and I have spoken with CLEAN members that are scared and fearful of

4    being stopped or detained, regardless of their immigration status. Many are afraid to go to work,

5    given the federal government's focus on the carwash industry.  We have spoken with CLEAN

6    members with legal status that are skipping work and sheltering in place because they fear getting

7    swept up in an immigration raid.

8        I declare under penalty of perjury that the foregoing is true and correct.

9

10    Executed on July 1, 2025

11                                        Signed by:
                                          *Flor Melendrez*
12                                        27B97DFF13AC411...
                                          Flor Melendrez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF FLOR MELENDREZ
Case No. 2:25-cv-05605

ER-0463

# EXHIBIT 14

1   STACY TOLCHIN (SBN 217431)
    stacy@tolchinimmigration.com
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    mtajsar@aclusocal.org
6   MAYRA JOACHIN (SBN 306065)
    mjoachin@aclusocal.org
7   EVA BITRAN (SBN 302081)
    ebitran@aclusocal.org
8   DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
    akwon@aclusocal.org                 mrosenbaum@publiccounsel.org
9   OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
    oma@aclusocal.org                   rbrown@publiccounsel.org
10  STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
    spadilla@aclusocal.org              swrench@publiccounsel.org
11  DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
    dianasanchez@aclusocal.org          rmahajan@publiccounsel.org
12  ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                 gamato@publiccounsel.org
13  1313 West Eighth Street             PUBLIC COUNSEL
    Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14  Telephone: (213) 977-5232           Los Angeles, CA 90005
    Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
16  Counsel for Stop/Arrest Plaintiffs   Counsel for All Plaintiffs
    (additional counsel information on cont.
17  page)

18              UNITED STATES DISTRICT COURT

19          FOR THE CENTRAL DISTRICT OF CALIFORNIA

20  Pedro VASQUEZ PERDOMO; Carlos        Case No.: 2:25-cv-05605-MEMF-SP
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason         Hon. Maame Ewusi-Mensah
22  Brian GAVIDIA; LOS ANGELES          Frimpong
    WORKER CENTER NETWORK;
23  UNITED FARM WORKERS;                **DECLARATION OF B.V. IN
    COALITION FOR HUMANE                SUPPORT OF PLAINTIFFS'
24  IMMIGRANT RIGHTS; IMMIGRANT         MOTION FOR TEMPORARY
    DEFENDERS LAW CENTER,               RESTRAINING ORDER**
25
            Plaintiffs,
26
        v.
27
    Kristi NOEM, in her official capacity as
28  Secretary, Department of Homeland

                              -1-

1   Security; Todd M. LYONS, in his official
    capacity as Acting Director, U.S.
2   Immigration and Customs Enforcement;
    Rodney S. SCOTT, in his official
3   capacity as Commissioner, U.S. Customs
    and Border Patrol; Michael W. BANKS,
4   in his official capacity as Chief of U.S.
    Border Patrol; Kash PATEL, in his
5   official capacity as Director, Federal
    Bureau of Investigation; Pam BONDI, in
6   her official capacity as U.S. Attorney
    General; Ernesto SANTACRUZ JR., in
7   his official capacity as Acting Field
    Office Director for Los Angeles, U.S.
8   Immigration and Customs Enforcement;
    Eddy WANG, Special Agent in Charge
9   for Los Angeles, Homeland Security
    Investigations, U.S. Immigration and
10  Customs Enforcement; Gregory K.
    BOVINO, in his official capacity as Chief
11  Patrol Agent for El Centro Sector of the
    U.S. Border Patrol; Jeffrey D.
12  STALNAKER, in his official capacity as
    Acting Chief Patrol Agent, San Diego
13  Sector of the U.S. Border Patrol; Akil
    DAVIS, in his official capacity as
14  Assistant Director in Charge, Los
    Angeles Office, Federal Bureau of
15  Investigation; Bilal A. ESSAYLI, in his
    official capacity as U.S. Attorney for the
16  Central District of California,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Pro hac vice application forthcoming

-3-

### DECLARATION OF B.V.

I, B.V., declare:

1.    I make this declaration based on my own personal knowledge. If called, I could and would competently testify to the contents herein.

2.    I am 16 years old. I was born and raised in Inglewood, California. I am a U.S. citizen.

3.    I am of Latino ethnicity.

4.    I have lived in Culver City in Los Angeles County for the last six years.

5.    I attend high school in the Los Angeles Unified School District.

6.    I attend church and recently completed my first year of confirmation preparation at the Catholic church my family belongs to.

7.    On Sunday, June 8, 2025, my family and I left our home around 1:00 PM to run errands. We arrived at the Culver City Express Hand Car Wash, located at 11166 Venice Blvd., Culver City, CA 90232, around 3:30 PM. We were regular customers, as my family has frequented this car wash weekly for several years.

8.    After we arrived at the Culver City Express Hand Car Wash, my dad parked our car and told the staff which car wash option he wanted. We then went to sit by a bench to wait. A few minutes later, I saw about four vehicles—including one big white van, a white SUV, and two white sedans—pull into the car wash premises. At first, I thought they were also customers, as I saw no identifiers or markers for being law enforcement. But then I saw that the vehicles parked to block the car wash's two entrances and one exit. Once parked, masked individuals came out in military attire, gear, and guns on them.

9.    The masked individuals ran out of the vehicles and rushed towards the workers. They had military vests, some with the word "police" on them, and some without any identification I could see. They were covering their faces with masks, trying to hide their identities. I saw no badges or names. These masked individuals charging at people created a commotion and an environment of fear. I did not feel safe, so I tried to

ER-0468

1　get away from the car wash premises. At one point, I observed one of the masked

2　individuals on top of a worker, with a knee on his neck.

3　　　　10.　When I returned to the car wash premises, I saw that my dad had been

4　detained by the masked individuals. He was in the SUV. I also saw that one of the

5　masked individuals was holding my little brother by the shoulder. I thought they were

6　trying to take my brother as well. I told the masked individual holding my brother that he

7　and I are U.S. citizens and pulled my brother away from them. My brother is 11 years

8　old.

9　　　　11.　Without talking with the masked individuals, I went up to the SUV, and I

10　was able to hug my dad, who could not hug me back. His hands were tied tightly with a

11　zip tie. My dad appeared calm, but I think that was because he wanted to keep us calm.

12　He told me not to worry and to stay calm. He told me that we would be OK, that we

13　would be together again. I told him I love him. He told me to take care of my brother and

14　our family. I promised him I would take care of our family. I asked him to please not sign

15　anything.

16　　　　12.　I did not want to let him go. But once I asked my dad not to sign anything,

17　the masked individuals shoved me back. At that point, I yelled at my dad and promised

18　him that we would bring him back home and see him again. The masked individuals then

19　slammed the door on my dad. I pleaded with the masked individuals why were they doing

20　this, what did my dad do, what was the reason they took my dad, why were they taking

21　my dad away? They did not answer my questions. They did not care. And soon after, they

22　left. I broke down and started crying.

23　　　　13.　That night, my family did not go home. I did not want to go home, because I

24　would see all my dad's stuff. We went instead to a relative's house.

25　　　　14.　I was 15 years old when I witnessed these masked individuals abduct my

26　father. Just a few days later, I turned 16 years old. This was my first birthday without my

27　dad. I was so sad and depressed. I felt lonely and did not want to celebrate my birthday.

28　My family got me a cake, but celebrating without him did not feel right.

ER-0469

15.    And then came Father's Day, when it hit me the most. In prior Father's Days, I tried to take him out with whatever money I had saved up. I locked myself in the bathroom and cried, looking at pictures of my dad with me as a baby.

16.    Since my dad was abducted and taken away from us, it has been very hard and stressful. I cannot live peacefully without my dad. I can barely sleep, staying up until 3:00 or 4:00 AM. I have cried in the bathroom, because I do not want my family to see, especially my little brother. Not having our father with us has impacted my brother very hard. He cries regularly. I do my best to keep it together in front of him, so I can try to calm him down and not show any kind of weakness, but this has been really hard for me.

17.    My dad is the main source of income for our family. We have been struggling to make ends meet without him. He has covered all our bills. Without him, it has been really hard to keep up with all the payments and expenses. We have been getting help from others, but this also does not feel right, because we do not want to ask people for money. This is not sustainable.

18.    After what happened to us on June 8, 2025, and what has been happening to so many families, I feel unsafe leaving home. I do not want to go out anymore. I do not feel welcome, even though I am a U.S. citizen. Because of my skin color, I may be racially profiled. I feel that they can see me and detain me for no reason other than I am Latino. To feel safe, I started carrying my U.S. passport when I leave the house. I hear some people are even taking their birth certificates.

19.    Evey time I go out, I also feel scared and anxious every time I see a white van or a white car. It is very triggering. And everywhere I go, I think about how to get away in case ICE or federal agents come to arrest people. I am more aware now that I am no longer safe.

1    I declare under penalty of perjury under the laws of the United States and the State

2 of California that the foregoing is true and correct.

3    Executed on June 29, 2025 at Culver City, Los Angeles County, California.

4



5    _s/_____

6    B.V.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT 15

1  STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3  Pasadena, CA 91101
    Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)     SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)         RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF                 GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13  1313 West Eighth Street             PUBLIC COUNSEL
    Los Angeles, CA 90017-4022         610 South Ardmore Avenue
14  Telephone: (213) 977-5232          Los Angeles, CA 90005
    Facsimile: (213) 201-7878          Telephone: (213) 385-2977

15

16  *Counsel for Stop/Arrest Plaintiffs*     *Counsel for All Plaintiffs*
    (*additional counsel information on cont.*
17  *page*)

18                    **UNITED STATES DISTRICT COURT**

19                 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac | Case No.: 2:25-cv-05605-MEMF-SP |
| 21  VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason | |
| 22  Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; | Hon. Maame Ewusi-Mensah Frimpong |
| 23  UNITED FARM WORKERS; COALITION FOR HUMANE | **DECLARATION OF M.N. IN** |
| 24  IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | **SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY** |
| 25             Plaintiffs, | **RESTRAINING ORDER** |
| 26        v. | |
| 27  Kristi NOEM, in her official capacity as | |
| 28  Secretary, Department of Homeland | |

-1-

1   Security; Todd M. LYONS, in his official
     capacity as Acting Director, U.S.
2   Immigration and Customs Enforcement;
     Rodney S. SCOTT, in his official
3   capacity as Commissioner, U.S. Customs
     and Border Patrol; Michael W. BANKS,
4   in his official capacity as Chief of U.S.
     Border Patrol; Kash PATEL, in his
5   official capacity as Director, Federal
     Bureau of Investigation; Pam BONDI, in
6   her official capacity as U.S. Attorney
     General; Ernesto SANTACRUZ JR., in
7   his official capacity as Acting Field
     Office Director for Los Angeles, U.S.
8   Immigration and Customs Enforcement;
     Eddy WANG, Special Agent in Charge
9   for Los Angeles, Homeland Security
     Investigations, U.S. Immigration and
10  Customs Enforcement; Gregory K.
     BOVINO, in his official capacity as Chief
11  Patrol Agent for El Centro Sector of the
     U.S. Border Patrol; Jeffrey D.
12  STALNAKER, in his official capacity as
     Acting Chief Patrol Agent, San Diego
13  Sector of the U.S. Border Patrol; Akil
     DAVIS, in his official capacity as
14  Assistant Director in Charge, Los
     Angeles Office, Federal Bureau of
15  Investigation; Bilal A. ESSAYLI, in his
     official capacity as U.S. Attorney for the
16  Central District of California,

17      Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

ER-0474

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Pro hac vice application forthcoming

-3-

### DECLARATION OF M██████ N███████

I, M███████ N█████████, hereby declare:

I make this declaration based on my own personal knowledge. If called, I could and would competently testify hereto:

1. I am a resident of Inglewood. I have lived in the United States for approximately 15 years. I have an uncle in the United States who is a Lawful Permanent Resident (LPR).

2. I have worked at Westchester Carwash in Westchester, California for approximately 10 years.

3. On Monday, June 9, 2025, it was my job to open the carwash. I arrived around 5 a.m. to unlock the doors and get everything set up for the day. The owner of the carwash arrived around 6 a.m.

4. It was a normal day. The carwash was busy as usual, with customers coming and going.

5. Sometime between 11 a.m. and 12 p.m., I noticed a brown SUV pull up in the parking spot next to where I was cleaning a car. A Caucasian man in military clothing with a bulletproof vests stepped out of the car and came over to me. He put his hand on my shoulder and asked "Can I talk to you?"

6. I let him know he could speak with my boss and I pointed to my boss who was walking over. He asked, "Do you have documents?" and I indicated again he could speak with my boss. I then heard my boss ask the officer why I was being taken since I was not a criminal. The next thing I knew, two other men put their hands on me and put me under arrest. At that moment, I could see that there were numerous Border Patrol vehicles in the parking lot.

7. The men who arrested me put me in one of the Border Patrol vehicles and drove me to a parking lot about 5 minutes away from the carwash. It was there that I saw my co-worker, who like me is also Latino, and realized that he was also arrested. I was put in a van with other men who had been arrested who I did not

ER-0476

1    know and taken to Santa Ana for processing and fingerprinting.

2        8.  I was then brought to Adelanto ICE Processing Center, where I am still

3    detained today.

4        9.  I was not provided with a copy of my Notice to Appear on the day of my

5    arrest or anytime after.

6

7        I declare under penalty of perjury under the laws of the United States and the

8    State of California that the foregoing is true and correct.

9

10    Executed at Adelanto, California on June 15, 2025.

11

12

13

14                                                        M███ N█████

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF M█████ N█████

Case 2:25-cv-05605-MEMF-SP    Document 45-16    Filed 07/03/25    Page 1 of 7    Page ID #:525

# EXHIBIT 16

1   STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6   MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7   EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8   DAE KEUN KWON (SBN 313155)        MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*             *mrosenbaum@publiccounsel.org*
9   OLIVER MA (SBN 354266)            REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*               *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)    SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*          *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)        RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*      *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF               GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA              *gamato@publiccounsel.org*
13  1313 West Eighth Street          PUBLIC COUNSEL
    Los Angeles, CA 90017-4022       610 South Ardmore Avenue
14  Telephone: (213) 977-5232        Los Angeles, CA 90005
    Facsimile: (213) 201-7878        Telephone: (213) 385-2977
15
    *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
16  (*additional counsel information on cont.*
    *page*)
17

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  Pedro VASQUEZ PERDOMO; Carlos        Case No.: 2:25-cv-05605-MEMF-SP
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason
22  Brian GAVIDIA; LOS ANGELES           Hon. Maame Ewusi-Mensah
    WORKER CENTER NETWORK;               Frimpong
23  UNITED FARM WORKERS;
    COALITION FOR HUMANE                 **DECLARATION OF R.H.D. IN**
24  IMMIGRANT RIGHTS; IMMIGRANT          **SUPPORT OF PLAINTIFFS'**
    DEFENDERS LAW CENTER,                **MOTION FOR TEMPORARY**
25                                       **RESTRAINING ORDER**
            Plaintiffs,
26
        v.
27
    Kristi NOEM, in her official capacity as
28  Secretary, Department of Homeland

                              -1-

1   Security; Todd M. LYONS, in his official
    capacity as Acting Director, U.S.
2   Immigration and Customs Enforcement;
    Rodney S. SCOTT, in his official
3   capacity as Commissioner, U.S. Customs
    and Border Patrol; Michael W. BANKS,
4   in his official capacity as Chief of U.S.
    Border Patrol; Kash PATEL, in his
5   official capacity as Director, Federal
    Bureau of Investigation; Pam BONDI, in
6   her official capacity as U.S. Attorney
    General; Ernesto SANTACRUZ JR., in
7   his official capacity as Acting Field
    Office Director for Los Angeles, U.S.
8   Immigration and Customs Enforcement;
    Eddy WANG, Special Agent in Charge
9   for Los Angeles, Homeland Security
    Investigations, U.S. Immigration and
10  Customs Enforcement; Gregory K.
    BOVINO, in his official capacity as Chief
11  Patrol Agent for El Centro Sector of the
    U.S. Border Patrol; Jeffrey D.
12  STALNAKER, in his official capacity as
    Acting Chief Patrol Agent, San Diego
13  Sector of the U.S. Border Patrol; Akil
    DAVIS, in his official capacity as
14  Assistant Director in Charge, Los
    Angeles Office, Federal Bureau of
15  Investigation; Bilal A. ESSAYLI, in his
    official capacity as U.S. Attorney for the
16  Central District of California,

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Counsel for Stop/Arrest Plaintiffs

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Counsel for Stop/Arrest Plaintiffs

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

Counsel for Stop/Arrest Plaintiffs

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Pro hac vice application forthcoming

-3-

**DECLARATION OF R██████ H█████████ D████**

I, R██████ H████ D███, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. I am a 41-year-old resident of Ontario in San Bernardino County, California. I have two children who are both U.S. citizens who depend on me. I work as a truck driver.

3. On the morning of Friday, June 6, 2025, I went with my brother-in-law to the house of his brother-in-law in Orange County, California. We were there to paint his house.

4. Between 11 a.m. and 12 p.m., while we were cleaning the outside of the house, a group of agents approached seemingly out of nowhere. Their clothing indicated that they were with the FBI and ICE. They were wearing masks over their faces.

5. The agents first approached my brother-in-law and asked him if he was the brother-in-law who lived at the residence. He said no. They asked what we were doing there, and he explained that we were doing work on the house. The agents then asked my brother-in-law for his name. He cooperated and provided his name, and the agents soon put him under arrest.

6. The agents then turned to me. They asked me who I was. I asked them why they needed to know. The agent speaking to me asked if I had any warrants. I responded "No, do you have a warrant for me?" The agent then asked what my status was. I exercised my right to remain silent and did not answer. At this point, the agent then said he needed to "check" me.

7. I was surrounded by agents who had their arms out preventing me from walking away. I was very afraid and did not feel free to leave.

8. The agent who was speaking with me asked questions about my identity and looked at my ID. As he was doing this, he had his hand on my arm. Eventually he

1

ER-0482

1  said they were going to take me too.

2      9.  My brother-in-law and I are both Hispanic. Other people in the

3  neighborhood nearby were also outside doing work in their yards. They appeared

4  to be Caucasian. As far as I know, they were not questioned or detained.

5      10. My brother-in-law and I were taken in an unmarked SUV to a Costco

6  parking lot where we were taken out of the vehicle so the agents could change our

7  restraints. From there, we were taken to Los Angeles to be processed. Then we

8  were taken to Santa Ana. At each location, we were put into a crowded cell with

9  numerous men, many more than were meant to be in the cell.

10     11. A couple days later we were taken to the Adelanto ICE processing center,

11  where I am still detained today (at the Desert View Annex). Because of how many

12  people were taken to the facility, it took the whole night into the next morning for

13  me to be brought into the facility from the parking lot and another day before I was

14  finally taken to my bunk.

15     12. My children are suffering without me. Although I try to have hope, I do not

16  know what will happen to me.

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF R████ H██████ D███

1  I declare under penalty of perjury under the laws of the United States and the State

2  of California that the foregoing is true and correct.

3

4  Executed at Adelanto, California on June 15, 2025.

5



9  R█████ H█████ D███

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF R█████ H█████ D███

# EXHIBIT 17

1   STACY TOLCHIN (SBN 217431)
    *stacy@tolchinimmigration.com*
2   LAW OFFICES OF STACY TOLCHIN
    776 E. Green St., Suite 210
3   Pasadena, CA 91101
    Telephone: (213) 622-7450
4   Facsimile:  (213) 622-7233

5   MOHAMMAD TAJSAR (SBN 280152)
    *mtajsar@aclusocal.org*
6   MAYRA JOACHIN (SBN 306065)
    *mjoachin@aclusocal.org*
7   EVA BITRAN (SBN 302081)
    *ebitran@aclusocal.org*
8   DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
    *akwon@aclusocal.org*               *mrosenbaum@publiccounsel.org*
9   OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
    *oma@aclusocal.org*                 *rbrown@publiccounsel.org*
10  STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
    *spadilla@aclusocal.org*            *swrench@publiccounsel.org*
11  DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
    *dianasanchez@aclusocal.org*        *rmahajan@publiccounsel.org*
12  ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
    SOUTHERN CALIFORNIA                 *gamato@publiccounsel.org*
13  1313 West Eighth Street             PUBLIC COUNSEL
    Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14  Telephone: (213) 977-5232           Los Angeles, CA 90005
    Facsimile: (213) 201-7878           Telephone: (213) 385-2977

15
16  *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
    (*additional counsel information on cont.*
17  *page*)

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  | Pedro VASQUEZ PERDOMO; Carlos | Case No.: 2:25-cv-05605-MEMF-SP |
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason
22  Brian GAVIDIA; LOS ANGELES          Hon. Maame Ewusi-Mensah
    WORKER CENTER NETWORK;              Frimpong
23  UNITED FARM WORKERS;
    COALITION FOR HUMANE                **DECLARATION OF**
24  IMMIGRANT RIGHTS; IMMIGRANT         **REVEREND TANYA LOPEZ IN**
    DEFENDERS LAW CENTER,               **SUPPORT OF PLAINTIFFS'**
25                                      **MOTION FOR TEMPORARY**
            Plaintiffs,                 **RESTRAINING ORDER**
26
27      v.
28  Kristi NOEM, in her official capacity as
    Secretary, Department of Homeland

                        -1-

1    Security; Todd M. LYONS, in his official
      capacity as Acting Director, U.S.
2    Immigration and Customs Enforcement;
      Rodney S. SCOTT, in his official
3    capacity as Commissioner, U.S. Customs
      and Border Patrol; Michael W. BANKS,
4    in his official capacity as Chief of U.S.
      Border Patrol; Kash PATEL, in his
5    official capacity as Director, Federal
      Bureau of Investigation; Pam BONDI, in
6    her official capacity as U.S. Attorney
      General; Ernesto SANTACRUZ JR., in
7    his official capacity as Acting Field
      Office Director for Los Angeles, U.S.
8    Immigration and Customs Enforcement;
      Eddy WANG, Special Agent in Charge
9    for Los Angeles, Homeland Security
      Investigations, U.S. Immigration and
10   Customs Enforcement; Gregory K.
      BOVINO, in his official capacity as Chief
11   Patrol Agent for El Centro Sector of the
      U.S. Border Patrol; Jeffrey D.
12   STALNAKER, in his official capacity as
      Acting Chief Patrol Agent, San Diego
13   Sector of the U.S. Border Patrol; Akil
      DAVIS, in his official capacity as
14   Assistant Director in Charge, Los
      Angeles Office, Federal Bureau of
15   Investigation; Bilal A. ESSAYLI, in his
      official capacity as U.S. Attorney for the
16   Central District of California,

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

-2-

1   ANNE LAI (SBN 295394)
    *alai@law.uci.edu*
2   UC IRVINE SCHOOL OF LAW
    IMMIGRANT AND RACIAL
3   JUSTICE
    SOLIDARITY CLINIC
4   P.O. Box 5479
    Irvine, CA 92616-5479
5   Telephone: (949) 824-9894
    Facsimile:  (949) 824-2747
6

*Counsel for Stop/Arrest Plaintiffs*

7
8   LAUREN MICHEL WILFONG*
    *lwilfong@ndlon.org*
    NATIONAL DAY LABORER
9   ORGANIZING NETWORK
    1030 S. Arroyo Parkway, Suite 106
10   Pasadena, CA 91105
    Telephone: (626) 214-5689
11

*Counsel for Stop/Arrest Plaintiffs*

12
13   BREE BERNWANGER (SBN 331731)
    *bbernwanger@aclunc.org*
    AMERICAN CIVIL LIBERTIES
14   UNION FOUNDATION OF
    NORTHERN CALIFORNIA
15   39 Drumm Street
    San Francisco, CA 94111
16   Telephone: (415) 621-2493

17   *Counsel for Stop/Arrest Plaintiffs*

18   BRISA VELAZQUEZ OATIS
    (SBN 339132)
19   *bvoatis@aclu-sdic.org*
    ACLU FOUNDATION OF
20   SAN DIEGO & IMPERIAL
    COUNTIES
21   P.O. Box 87131
    San Diego, CA 92138-7131
22   Telephone: (619) 398-4199

23   *Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

\* Pro hac vice application forthcoming

24
25
26
27
28

-3-

I, Reverend Tanya Lopez, declare:

1. I make this declaration based on my personal knowledge. If called to testify, I could and would testify competently hereto:

2. I am thirty-eight years old. I am a resident of Upland in San Bernardino County and commute to work in Downey in Los Angeles County.

3. I am the Senior Minister at Downey Memorial Christian Church, which is located at 8441 Florence Ave, Downey, CA. I have been working at Downey Memorial since 2022. After completing my Masters in Divinity in 2021, I was ordained in 2022 with the Christian Church (Disciples of Christ). I have been in ministry for many years.

4. As an ordained minister, I perform several functions at Church. I participate in pastoral care, pray and worship with church members, contribute to religious educational opportunities and bible study, and help provide food and other necessities to members of the community through a partnership with a local food pantry. I am also involved with leadership development where I try to empower church members to serve in their community.

5. Downey Memorial Christian Church has a parking lot for our church members and church staff. The main entrance is on Florence Avenue, and there is a side entrance on Brookshire Avenue. The side entrance is connected to the parking lot of two other businesses.

6. On Wednesday, June 11, 2025, between 12 and 12:30 PM, I was in the office doing administrative work. Another staff member who was at the office notified me that there were suspicious vehicles that entered the parking lot rapidly. I went outside to the parking lot and grabbed my phone. I didn't know what was happening at the time or if there was a medical emergency.

7. In the Church parking lot, there were three unmarked vehicles. There was one white car and two black Chevy Tahoes. There were six men in the parking lot. I am not sure if there were others in the parked vehicles. Three men wore plain clothes and were armed. They were surrounding a man who was sitting on the floor. The men surrounding him had guns holstered and wore utility belts. There were also three other men wearing plain clothing, armed, wearing masks, and some wore dark sunglasses. These three men appeared to be keeping watch and creating a perimeter to prevent anyone from approaching.

8.      I attempted to get closer to the men that were creating the exterior perimeter. I began asking the men what they were doing. I asked them who they were, to identify themselves, and asked for their badge number. I also asked to see a warrant. Each time I asked a question; they ignored me and simply pointed to patches on the vests they were wearing that read police. One man wore a golden colored badge but at the time I could not tell what it said. As they were not in police uniforms, I didn't believe them to be police officers.

9.      One man told me to leave and that I could not be there. I identified myself and told them I was the Pastor of the Church. He shouted again that I did not have permission to be there. I responded that as a Pastor I absolutely had permission to be there. I told them they were on Church property, and they did not have permission to be on Church property. One man replied that the whole country was their property.

10.      After they refused to identify themselves, I did my best to get as close to the man they had on the floor. I asked the man to tell me his name and date of birth so that I could locate his family. I kept asking the man to give me the name of someone I could call. The more I asked for the man's name, the more the three men near him crowded around him to prevent me from hearing his responses.

11.      I felt so frustrated. I did not know who these masked men were. I did not know who this man was. I wanted to know who they were taking so I could try to notify his family. I started recording what was happening and taking some photos.

12.      At some point, the men moved one of their vehicles in front of the man to create a physical barrier. They then moved the man into a car parked that was in between both the church parking lot and the surrounding businesses. When I saw that they were going to take him away, I tried approaching the car—but still within a distance— to try to tell the man he has a right to remain silent. The man had been placed inside a dark SUV, and I could not see him anymore. The man closer to me started pointing a riffle of some sort in my general direction asking me to get back. By this time, there were other church staff standing behind. He kept waving the gun, telling us to get back.  I complied and kept my distance because I did not want them to say I was obstructing or interfering. And I did not want him to use the gun.

13.      The entire experience was scary and overwhelming. If other church staff and I had not

DECLARATION OF _____                2                Case No._____

come to the church parking lot to witness masked, armed men taking the man, he would have been snatched from the street in broad daylight without anyone noticing him. It was especially scary because we did not know who these men were or what department or agency they were with. I told them who I was, but they refused to identify themselves when I asked.

14. As a religious leader, I felt very disrespected in our own church parking lot. If they had no problem pointing a rifle in my direction, I cannot imagine what they do to others. I have since reviewed the photos and videos I took and can now barely make out that the man holding the longer gun is the only man that seemed to be wearing a badge. Another man only had a sign that said POLICE. It is frightening to see how aggressive and intentionally intimidating these men try to be when they take people from the streets. There was no need for them to try to scare us or intimidate us like that.

15. The raid on church property has impacted our church members. Families have been very scared and are in shock that it happened. We have seen a drop in attendance in the two Sundays since the incident. We have many church members who identify as Latino and who are scared. People do not understand why men are picking up people for appearing to be Latino.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 2nd_____, 2025 at _____Downey_____, California.

_____

Rev. Tanya Lopez

DECLARATION OF _____                 3                 Case No._____

ER-0491

# EXHIBIT 18

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

*Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF TODD W. PRICE** |

-1-

ER-0493

1    Security; Todd M. LYONS, in his official
2    capacity as Acting Director, U.S.
     Immigration and Customs Enforcement;
3    Rodney S. SCOTT, in his official
     capacity as Commissioner, U.S. Customs
4    and Border Patrol; Michael W. BANKS,
     in his official capacity as Chief of U.S.
5    Border Patrol; Kash PATEL, in his
     official capacity as Director, Federal
6    Bureau of Investigation; Pam BONDI, in
     her official capacity as U.S. Attorney
7    General; Ernesto SANTACRUZ JR., in
     his official capacity as Acting Field
8    Office Director for Los Angeles, U.S.
     Immigration and Customs Enforcement;
9    Eddy WANG, Special Agent in Charge
     for Los Angeles, Homeland Security
10   Investigations, U.S. Immigration and
     Customs Enforcement; Gregory K.
11   BOVINO, in his official capacity as Chief
     Patrol Agent for El Centro Sector of the
12   U.S. Border Patrol; Jeffrey D.
     STALNAKER, in his official capacity as
13   Acting Chief Patrol Agent, San Diego
     Sector of the U.S. Border Patrol; Akil
14   DAVIS, in his official capacity as
     Assistant Director in Charge, Los
15   Angeles Office, Federal Bureau of
     Investigation; Bilal A. ESSAYLI, in his
16   official capacity as U.S. Attorney for the
     Central District of California,

17        Defendants.

18
19
20
21
22
23
24
25
26
27
28

-2-

1   ANNE LAI (SBN 295394)
    *alai@law.uci.edu*
2   UC IRVINE SCHOOL OF LAW
    IMMIGRANT AND RACIAL
3   JUSTICE
    SOLIDARITY CLINIC
4   P.O. Box 5479
    Irvine, CA 92616-5479
5   Telephone: (949) 824-9894
    Facsimile:  (949) 824-2747
6
    *Counsel for Stop/Arrest Plaintiffs*
7
    LAUREN MICHEL WILFONG*
8   *lwilfong@ndlon.org*
    NATIONAL DAY LABORER
9   ORGANIZING NETWORK
    1030 S. Arroyo Parkway, Suite 106
10  Pasadena, CA 91105
    Telephone: (626) 214-5689
11
    *Counsel for Stop/Arrest Plaintiffs*
12
    BREE BERNWANGER (SBN 331731)
13  *bbernwanger@aclunc.org*
    AMERICAN CIVIL LIBERTIES
14  UNION FOUNDATION OF
    NORTHERN CALIFORNIA
15  39 Drumm Street
    San Francisco, CA 94111
16  Telephone: (415) 621-2493

17  *Counsel for Stop/Arrest Plaintiffs*

18  BRISA VELAZQUEZ OATIS
    (SBN 339132)
19  *bvoatis@aclu-sdic.org*
    ACLU FOUNDATION OF
20  SAN DIEGO & IMPERIAL
    COUNTIES
21  P.O. Box 87131
    San Diego, CA 92138-7131
22  Telephone: (619) 398-4199

23  *Counsel for Stop/Arrest Plaintiffs*

    MATTHEW J. CRAIG (SBN 350030)
    *mcraig@heckerfink.com*
    MACK E. JENKINS (SBN 242101)
    *mjenkins@heckerfink.com*
    HECKER FINK LLP
    1150 South Olive Street, Suite 10-140
    Los Angeles, CA 90015
    Telephone: (212) 763-0883
    Facsimile: (212) 564-0883

    *Counsel for Access/Conditions Plaintiffs*

    EDGAR AGUILASOCHO
    (SBN 285567)
    *eaguilasocho@farmworkerlaw.com*
    MARTINEZ AGUILASOCHO LAW, INC.
    900 Truxtun Ave Suite 300
    Bakersfield, CA 93301
    Telephone: (661) 859-1174

    *Counsel for Plaintiff United Farm Workers*

    CARL BERGQUIST*
    *cbergquist@chirla.org*
    COALITION FOR HUMANE
    IMMIGRANT RIGHTS
    2351 Hempstead Road
    Ottawa Hills, OH 43606
    Telephone: (310) 279-6025

    *Counsel for Plaintiff Coalition for Humane Immigrant Rights*

    ALVARO M. HUERTA (SBN 274787)
    *ahuerta@immdef.org*
    BRYNNA BOLT (SBN 339378)
    *bbolt@immdef.org*
    ALISON STEFFEL (SBN 346370)
    *asteffel@immdef.org*
    IMMIGRANT DEFENDERS LAW
    CENTER
    634 S. Spring St., 10th Floor
    Los Angeles, CA 90014
    Telephone: (213) 634-0999

    *Counsel for Plaintiff Immigrant Defenders Law Center*

    * Pro hac vice application forthcoming

24
25
26
27
28

-3-

**Affidavit of Todd W. Price**

I, the undersigned, do hereby certify and affirm that:

1. I am over the age of 18 and am not a party to this action. All forthcoming facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Chief Technology Officer at Page Vault Inc., headquartered at 382 NE 191st Street, Suite 73062, Miami, Florida, 33179-3899. I have been so employed since March 2013.

3. Page Vault is a cloud-based service that enables Users to make captures of Web Content, including webpages, online media files such as videos, and online documents.

4. When capturing Web Content, a User provides URLs (Uniform Resource Locators) associated with the Web Content to be captured by the Page Vault Capturing Server (PVCS). This is accomplished either through the Page Vault Browser (PVB) interface or through the Page Vault Portal (PVP) interface.

5. When using the PVB interface, a User establishes a connection from their computer to the PVCS. This connection operates over an encrypted channel and allows the User to remotely control the Page Vault Browser (PVB) software that is installed on the PVCS.

6. The PVB is a proprietary browser that utilizes a Chromium browser engine. The PVB restricts the User from modifying the Web Content, accessing or modifying a webpage's source code, installing browser plugins, or otherwise altering the contents of the Web Content or the internet traffic between Web Servers (WS) and the PVCS.

7. As a User controls the PVB, the PVCS establishes an active web browsing session with various WS.

8. Remotely controlling the PVB, a User can direct the PVCS to create Captures of Web Content associated with a URL.

9. When using the PVP (Page Vault Portal) interface, a User establishes an authenticated session to the PVCS and provides a URL that is associated with Web Content to be collected.

-4-

10. Through the PVP interface, the User directs the PVCS to initiate a secure connection to WS and create Captures of the Web Content associated with the provided URL.

11. Captures can include the way the Web Content for the specified URL appeared in the PVB interface along with associated metadata. Captures are digitally signed and hashed.

12. Page Vault securely stores Captures, which Users can access, review, and download.

13. Attached hereto are true and accurate copies of Captures of the PVCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this*  2nd  *day of*  July  ,  2025  *at*  Evanston  ,  Illinois  .

_____
Todd W. Price

# ATTACHMENT A

# PageVault

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLZCN6TOHoW/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:00:58 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:01:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | mZSmhTzJsY8qGLWnXn67qT |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:     c58KKHKPRzK1rTTvByyRi5

ER-0499





209_drone_shots and 4 others
Original audio

**209_drone_shots** ✓ 3d
Citizens and workers of a Home Depot in Glendale California kicked ICE out! #209dronesshots #fyp #video #ice

**michaelgrattan615** 3d
Bravo, Glendale
151 likes  Reply
View all 3 replies

**nando_51h** 3d
When you realize standing together is more powerful than sharing post
850 likes  Reply
View all 33 replies

**25,009 likes**
3 days ago

Add a comment...



More posts from 209_drone_shots



Document title: Instagram
Capture URL: https://www.instagram.com/p/DLZCN6TOHoW/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:01:27 GMT

ER-0500









Document title: Instagram
Capture URL: https://www.instagram.com/p/DLZCN6TOHoW/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:01:27 GMT

ER-0501

# ATTACHMENT B

**Page Vault**

| | |
|---|---|
| Document title: | Eric Villagomez \| On the third day, ICE agents appeared to concentrate their efforts in the Hawthorne, CA area. While a significant law enforcement presence... \| Instagram |
| Capture URL: | https://www.instagram.com/p/DKqboCRptBU/ |
| Page loaded at (UTC): | Wed, 25 Jun 2025 01:23:56 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 01:24:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | cM7wC7LcEBjvnyxcnKDdPV |
| Display Name: | james.mendoza |

PDF REFERENCE #:        78i3KyPhft3DnSdic5rCVr

ER-0503

Instagram





ER-0504

See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

Document title: Eric Villagomez | On the third day, ICE agents appeared to concentrate their efforts in the Hawthorne, CA area. While a significant law enforcement…
Capture URL: https://www.instagram.com/p/DKqboCRptBU/
Capture timestamp (UTC): Wed, 25 Jun 2025 01:24:27 GMT

ER-0505

# ATTACHMENT C

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLP893MsqS6/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:20:18 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:20:47 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | iNaAqo9K2aS2SzqT9nGKoC |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    baw5vJyLdkVX4TNK9eBgfT

ER-0507











# ATTACHMENT D

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLA7wZYzIKY/ |
| Page loaded at (UTC): | Wed, 02 Jul 2025 19:41:22 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 19:41:52 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | s6FLufND2iRnXcF8bcmVj5 |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:        qiDv1r8r2Y7KQapi1FRJLS







# ATTACHMENT E

**PageVault**

| | |
|---|---|
| Document title: | Adrian Martinez: Young man detained by ICE outside a Walmart in Pico Rivera \| FOX 11 LA - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=iZ6J99cnYqs |
| Page loaded at (UTC): | Thu, 26 Jun 2025 00:33:53 GMT |
| Capture timestamp (UTC): | Thu, 26 Jun 2025 00:35:11 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | 8Apu5kA3DKLSWRfRCLrtHr |
| Display Name: | james.mendoza |

PDF REFERENCE #:        ha5jrPRt8BE5YZmXGfNVxM

ER-0515











☰  ▶ YouTube                                                         🔍  Sign in

👍 5  💬  Reply

⌄ 1 reply

@MoparFamily 7 days ago
Should've not interfered with federal agents trying to do their job. Play stupid games win stupid prizes
👍 34  💬  Reply

@rodyep3136 7 days ago
He pulled his car up fast and jumped out he's lucky he didn't get shot. Even if you don't respect the cop you better respect that gun.
👍 4  💬  Reply

@johnholquin9737 7 days ago
Let ice do there job and none of that happens. You can't stop the law when they are in the middle of arrests, then play the victims.
👍 41  💬  Reply

⌄ 5 replies

@mariobueno4676 7 days ago
Civilians 😂 you don't surround NO ONEs vehicle let alone the Feds.
👍 5  💬  Reply

@CRPD2814 7 days ago
Stay in your lane. Let them do their job. Say what's up to the homies now.
👍 83  💬  Reply

⌄ 2 replies

@ericdavis1660 7 days ago
Abandoning our boarder to drug cartels for FOUR YEARS is an outrage. This is what happens when lawful order has to be restored by force.
👍 21  💬  Reply

⌄ 2 replies

@ninaira8670 7 days ago
Mrs. Martinez fail to teach
Her son to respect law enforcement officers.
👍 104  💬  Reply

⌄ 3 replies

@desilove6530 7 days ago
He's stopping them from doing their jobs. Theses footage. Like let these people do their jobs
👍 53  💬  Reply

@itsnotfuuny2573 7 days ago
Obstruction is crime
👍 156  💬  Reply

⌄ 11 replies

@therealmulatto 7 days ago
Stop acting tough if you not
👍 4  💬  Reply

@OFFICERMARIO 7 days ago
You can thank the "Peaceful Protests" for the escalation in all this.
👍 121  💬  Reply

⌄ 2 replies

@mantiscity 7 days ago
He should have not drove by them and pushed the cart. That is an attack

---

'I was working': Former Cumberland County correction...
CBS 13 News ✓
275K views · 7 days ago

Outrage grows over ICE overreach as public gets wise ...
MSNBC ✓
456K views · 7 days ago

Man seen stealing SUV wheels in El Monte back on streets
FOX 11 Los Angeles ✓
91K views · 1 year ago

ICE arrest of University of Utah student sparks Colorado...
KSL News Utah ✓
113K views · 11 days ago

Fontana PD says officers misidentified as ICE agents...
NBCLA ✓
120K views · 5 days ago
New

ICE agents raid Walmart parking lot | KTVU
KTVU FOX 2 San Francisco ✓
107K views · 6 days ago
New

CAUGHT ON CAMERA: U.S. citizen detained during ICE...
13WHAM ABC News ✓
47K views · 6 days ago
New

US citizen detained by federal agents in Pico Rivera is back...
KTLA 5 ✓
14K views · 1 day ago
New

ICE agents make arrest at Los Angeles area church
KTLA 5 ✓
167K views · 3 days ago

Video shows ICE detaining man in San Diego while he says he...
NBC 7 San Diego
163K views · 7 days ago

Colorado mom Suzanne Morphew's husband arrested f...
48 Hours ✓
1.6M views · 5 days ago
New

ABC World News Tonight with David Muir Full Broadcast -...
ABC News ✓
1M views · 5 days ago
New

'They Shattered Our Dreams': NY Father Recounts How ICE...
Democracy Now! ✓
119K views · 1 month ago

Meet 2 U.S. Citizens Detained at Airports: A Police Chief and a...
Democracy Now! ✓
1.8M views · 6 years ago

---

Document title: Adrian Martinez: Young man detained by ICE outside a Walmart in Pico Rivera | FOX 11 LA - YouTube
Capture URL: https://www.youtube.com/watch?v=iZ6J99cnYqs
Capture timestamp (UTC): Thu, 26 Jun 2025 00:35:11 GMT

# ATTACHMENT F

**Page Vault**

| | |
|---|---|
| Document title: | Eric Villagomez | ICE raids in Los Angeles, Ca. This is wild! | Instagram |
| Capture URL: | https://www.instagram.com/p/DKkr84sBSgX/ |
| Page loaded at (UTC): | Wed, 25 Jun 2025 02:02:28 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 02:03:33 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | ffV6uFpsRDeJpjJH8VU8Cd |
| Display Name: | james.mendoza |

PDF REFERENCE #:          56PCAwPLQw4akBQbm4PV3k

ER-0522





Document title: Eric Villagomez | ICE raids in Los Angeles, Ca. This is wild! | Instagram
Capture URL: https://www.instagram.com/p/DKkr84sBSgX/
Capture timestamp (UTC): Wed, 25 Jun 2025 02:03:33 GMT

ER-0523



See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ˅   © 2025 Instagram from Meta

# ATTACHMENT G

ER-0525

**Page Vault**

| | |
|---|---|
| Document title: | El Monte Memes \| ICE RAIDED ROSEMEAD PLAZA 12pm \| Instagram |
| Capture URL: | https://www.instagram.com/p/DK2kODJyPV4/ |
| Page loaded at (UTC): | Wed, 25 Jun 2025 02:02:48 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 02:04:46 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | nXcRkKoFQHLjeULETfP2ft |
| Display Name: | james.mendoza |

PDF REFERENCE #:    n9uuGZgsD6qh8RVRUFMWRg

ER-0526







Document title: El Monte Memes | ICE RAIDED ROSEMEAD PLAZA 12pm | Instagram
Capture URL: https://www.instagram.com/p/DK2kODJyPV4/
Capture timestamp (UTC): Wed, 25 Jun 2025 02:04:46 GMT

ER-0527



See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2025 Instagram from Meta

Document title: El Monte Memes | ICE RAIDED ROSEMEAD PLAZA 12pm | Instagram
Capture URL: https://www.instagram.com/p/DK2kODJyPV4/
Capture timestamp (UTC): Wed, 25 Jun 2025 02:04:46 GMT

ER-0528

# ATTACHMENT H

ER-0529

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLYF94bBUYs/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:23:58 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:24:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 3j8aMYDLjfBL1qSk6RpGaQ |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    91inNb4cBGVivk3FAged82

ER-0530

Case 2:25-cv-05605-MEMF-SP    Document 45-18    Filed 07/03/25    Page 40 of 92    Page ID #:578









Document title: Instagram
Capture URL: https://www.instagram.com/p/DLYF94bBUYs/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:24:27 GMT

ER-0532





# ATTACHMENT I

ER-0534

| | |
|---|---|
| Document title: | Actividad de autoridades federales en distintas áreas de Los Ángeles - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=y-MrC5tzd3o |
| Page loaded at (UTC): | Wed, 25 Jun 2025 16:59:54 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 17:01:07 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | 5v6qXu4VLqhUtZqu7tU5rM |
| Display Name: | james.mendoza |

PDF REFERENCE #:        gSGYh8MGAzSAJGuGmsD4qy





Document title: Actividad de autoridades federales en distintas áreas de Los Ángeles - YouTube
Capture URL: https://www.youtube.com/watch?v=y-MrC5tzd3o
Capture timestamp (UTC): Wed, 25 Jun 2025 17:01:07 GMT

ER-0537





Document title: Actividad de autoridades federales en distintas áreas de Los Ángeles - YouTube
Capture URL: https://www.youtube.com/watch?v=y-mrC5tzd3o
Capture timestamp (UTC): Wed, 25 Jun 2025 17:01:07 GMT

ER-0539





# ATTACHMENT J

Case 2:25-cv-05605-MEMF-SP    Document 45-18    Filed 07/03/25    Page 52 of 92    Page ID #:590

**Page Vault**

| | |
|---|---|
| Document title: | Agentes federales realizan redadas en zona industrial de California - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=TXMIJqmME0U |
| Page loaded at (UTC): | Wed, 02 Jul 2025 20:11:30 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 20:12:41 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | 7oH3thRHZN5jn8DeCHziRp |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    uqbiJ2C2mNVsLEUB7mWiBv

ER-0543









Document title: Agentes federales realizan redadas en zona industrial de California - YouTube
Capture URL: https://www.youtube.com/watch?v=TXMlJqmME0U
Capture timestamp (UTC): Wed, 02 Jul 2025 20:12:41 GMT

ER-0547

# ATTACHMENT K

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/reel/DLIG86-RzFT/ |
| Page loaded at (UTC): | Wed, 02 Jul 2025 21:33:58 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 21:34:38 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | frCG6LNWHJcTvqr6iHCLhK |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:       aCzEaW9ZmQsSUfHJPY9em5

ER-0549







Document title: Instagram
Capture URL: https://www.instagram.com/reel/DLIG86-RzFT/
Capture timestamp (UTC): Wed, 02 Jul 2025 21:34:38 GMT

ER-0550





**kcalnews** and **laurenpozen**
Original audio

in public

Federal law still preempts immigration policy — but federal agents still have to follow the Constitution.

No warrant? No probable cause? No pass.

16 likes   Reply

View all 4 replies

**perlasteinmann** 1w
Abolish ICE!! We need to vote to abolish ice for racism, all abuses and permanent damage caused to people. Their actions are unconstitutional and against human rights.

Thursday morning and arrested a bunch of people

**1,110 likes**
June 20

Add a comment...

More posts from kcalnews



Santa Ana Couple fills in for street vendors amid a ongoing Los Angeles immigration operations

DHS shares meme of detention center

Bear completely unbothered by dog after wandering into Southern California home

End of Watch
Officer
Miguel Cano, ID 23555
West Los Angeles

Two women shot in car
† South LA

BREAKING    ©CBS NEWS

7 people unaccounted for after series of explosions at Northern California fireworks facility

Instagram
- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Meta AI
- Threads
- More





Document title: Instagram
Capture URL: https://www.instagram.com/reel/DLIG86-RzFT/
Capture timestamp (UTC): Wed, 02 Jul 2025 21:34:38 GMT

# ATTACHMENT L

**Page Vault**

| | |
|---|---|
| Document title: | Eric Villagomez \| Stand up for the raza ☐    Video credit: @soudijimenez \| Instagram |
| Capture URL: | https://www.instagram.com/p/DLOhmIARmko/?source=omni_redirect |
| Page loaded at (UTC): | Thu, 26 Jun 2025 00:41:42 GMT |
| Capture timestamp (UTC): | Thu, 26 Jun 2025 00:42:13 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | vDiqBYmqXYTffP917voXv4 |
| Display Name: | james.mendoza |

PDF REFERENCE #:        nK7b93Zn5NHxtyxwuGUwHw

ER-0554





ER-0556

# ATTACHMENT M

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLVhU1dhGVF/ |
| Page loaded at (UTC): | Wed, 02 Jul 2025 20:52:07 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 20:52:55 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | wrhCvXsCeZf5eaFeHVFfri |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:       gwSVEsCa8JA6p9B6FcCHaG









# ATTACHMENT N

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLXk-kSRRy3/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 22:57:45 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 22:58:20 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 9eSjQUCXGgB9fisXyaXE2t |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:        eV8FvZmspciVTHyr2nkRzJ

ER-0562





Document title: Instagram
Capture URL: https://www.instagram.com/p/DLXk-kSRRy3/
Capture timestamp (UTC): Mon, 30 Jun 2025 22:58:20 GMT

ER-0563





# ATTACHMENT O

**■ PageVault**

| | |
|---|---|
| Document title: | Father taken by immigration agents at Home Depot in Burbank - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=HhaZca91aPE |
| Page loaded at (UTC): | Wed, 02 Jul 2025 20:53:28 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 20:54:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | j7pwQhDZkJ9J72oMBp3BTV |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:     tH3uUfRwuDchC3ryExPQPu





@pattilemonhouse7911 4 days ago (edited)
Making HD parking lots safer one at a time. No more anchor babies, either.
43    1 reply

@lc6636 4 days ago
Our system is not broken. Get out.
124    4 replies

@anthonygentile8968 4 days ago
He can be a hard working family man in Guatemala
49    Reply

@mhaas281 4 days ago
Being a father doesn't exempt you from the law
12    1 reply

@johnny_digital7175 4 days ago (edited)
Let's say I broke out of prison and have been on the run for the past 20 years. During that time , I committed no crimes, got married and had children. I'm a working man. The feds located me and placed me under arrest one day. Will they let me go so I can continue to live my life, or will I go back to jail... I think everyone knows the answer to that
135    8 replies

@abc123fhdi 4 days ago
if he's a good guy he would surrender peacefully rather than run from the cops.
122    4 replies

@HAD97 4 days ago
If you're here illegally you might as well go on now and avoid future regret!
92    1 reply

@KathleenMcCormickLCSWMPH 4 days ago
Except he didn't apply to be here legally.
271    13 replies

@b00too 4 days ago
He knowingly came here illegally, there are consequences
34    1 reply

@EL_DUDERINO 4 days ago
Why can't the husband fix a hole in the fence, that's sad.
55    Reply

@cindilindsey8978 4 days ago
He is illegally i dont now what these people dont understand. And he didnt do everything he should have done .Doesn't matter how long they have been here
153    2 replies

@InesAtienza 4 days ago

---

25:39
Noticias Telemundo ✔
437K views · Streamed 2 weeks ago

Las noticias de la noche, viernes 13 de junio de 2025 | ...
Noticias Telemundo ✔
496K views · Streamed 2 weeks ago
25:29

ICE raid at Kings Mountain business led to employees ...
Queen City News ✔
52K views · 6 days ago
New
3:05

Combs found guilty of prostitution but acquitted of ...
CNN ✔
275K views · 6 hours ago
New
10:34

Trump admin sued by Honduran family detained by ICE includin...
MSNBC ✔
160K views · 3 days ago
New
9:22

Aurora woman visits husband at ICE detention facility, learns h...
CBS Colorado
61K views · 4 days ago
New
3:59

L.A. man arrested for possibly impersonating ICE agent
KTLA 5 ✔
14K views · 4 days ago
New
2:58

P. Diddy Verdict is 'Big Win' for Music Mogul
Law&Crime Network ✔
107K views · 4 hours ago
17:54

LATEST: What's next for Diddy?
LiveNOW from FOX ✔
38K views · 3 hours ago
New
12:05

KTLA 5 News Top Stories at 3 p.m. - June 27, 2025
KTLA 5 ✔
265K views · 4 days ago
New
16:59

Woman who attacked two teens in Florida road rage case being...
Action News Jax (CBS47 & FOX30)
354K views · 5 days ago
New
2:43

Las noticias de la noche, viernes 20 de junio de 2025 | ...
Noticias Telemundo ✔
493K views · Streamed 11 days ago
24:42

California pastor detained week's before birth of third chi...
FOX 11 Los Angeles
15K views · 4 days ago
New
3:46

Immigrant advocates suing federal government over 'cruel'...
KTLA 5 ✔
4.3K views · 2 hours ago
New
3:33

This is the worst piece of

---

Document title: Father taken by immigration agents at Home Depot in Burbank - YouTube
Capture URL: https://www.youtube.com/watch?v=HhaZca91aPE
Capture timestamp (UTC): Wed, 02 Jul 2025 20:54:43 GMT







# ATTACHMENT P

ER-0572

Case 2:25-cv-05605-MEMF-SP     Document 45-18     Filed 07/03/25     Page 82 of 92     Page ID #:620

Page Vault

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLarfWrTj91/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:28:41 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:29:09 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | hFMbJcVwk9V7freeDpuAM5 |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:          eVawbsm4UqfvJfNqvHAgru

ER-0573

Case: 25-4312, 08/11/2025, DktEntry: 61.4, Page 221 of 300





Document title: Instagram
Capture URL: https://www.instagram.com/p/DLarfWrTj91/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:29:09 GMT

ER-0574





Document title: Instagram
Capture URL: https://www.instagram.com/p/DLarfWrTj91/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:29:09 GMT

Case 2:25-cv-05605-MEMF-SP   Document 45-18   Filed 07/03/25   Page 85 of 92   Page ID #:623

# ATTACHMENT Q

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLbgfjBOXb7/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:30:23 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:30:48 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | psiGKVW3YsLkwnMj65Wdz8 |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    nLyL9wzJVk4QYxL4DasU9C

ER-0577





# ATTACHMENT R

ER-0580

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLft2FeSmTN/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:33:48 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:34:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | ddFEXEXcr7ZdCFAuC9HyWc |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:          iBDiCdWYGpu9VcCxy4V64P

ER-0581









More posts from ocactive_



# EXHIBIT 19

ER-0584

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile: (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)
   *akwon@aclusocal.org*
9  OLIVER MA (SBN 354266)
   *oma@aclusocal.org*
10 STEPHANIE PADILLA (SBN 321568)
   *spadilla@aclusocal.org*                     ANNE LAI (SBN 295394)
11 DIANA SANCHEZ (SBN 338871)                    *alai@law.uci.edu*
   *dianasanchez@aclusocal.org*                  UC IRVINE SCHOOL OF LAW
12 ACLU FOUNDATION OF                            IMMIGRANT AND RACIAL
   SOUTHERN CALIFORNIA                           JUSTICE
13 1313 West Eighth Street                       SOLIDARITY CLINIC
   Los Angeles, CA 90017-4022                    P.O. Box 5479
14 Telephone: (213) 977-5232                     Irvine, CA 92616-5479
   Facsimile: (213) 201-7878                     Telephone: (949) 824-9894
15                                               Facsimile: (949) 824-2747

16 *Counsel for Stop/Arrest Plaintiffs*
   (*additional counsel information on cont.*    *Counsel for Stop/Arrest Plaintiffs*
17 *page*)

18                  **UNITED STATES DISTRICT COURT**

19              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 Pedro VASQUEZ PERDOMO; Carlos        Case No.: 2:25-cv-05605-MEMF-SP
   Alexander OSORTO; and Isaac
21 VILLEGAS MOLINA; Jorge              **DECLARATION OF DIANA**
   HERNANDEZ VIRAMONTES; Jason        **SÁNCHEZ IN SUPPORT OF**
22 Brian GAVIDIA; LOS ANGELES         **PLAINTIFFS' EX PARTE**
   WORKER CENTER NETWORK;             **APPLICATION FOR TEMPORARY**
23 UNITED FARM WORKERS;               **RESTRAINING ORDER**
   COALITION FOR HUMANE
24 IMMIGRANT RIGHTS; IMMIGRANT        Hon. Maame Ewusi-Mensah
   DEFENDERS LAW CENTER,              Frimpong
25
          Plaintiffs,
26
       v.
27
   Kristi NOEM, in her official capacity as
28 Secretary, Department of Homeland

                              -1-
   DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR
                        TEMPORARY RESTRAINING ORDER

1  Security; Todd M. LYONS, in his official
2  capacity as Acting Director, U.S.
   Immigration and Customs Enforcement;
3  Rodney S. SCOTT, in his official
   capacity as Commissioner, U.S. Customs
4  and Border Patrol; Michael W. BANKS,
   in his official capacity as Chief of U.S.
5  Border Patrol; Kash PATEL, in his
   official capacity as Director, Federal
6  Bureau of Investigation; Pam BONDI, in
   her official capacity as U.S. Attorney
7  General; Ernesto SANTACRUZ JR., in
   his official capacity as Acting Field
8  Office Director for Los Angeles, U.S.
   Immigration and Customs Enforcement;
9  Eddy WANG, Special Agent in Charge
   for Los Angeles, Homeland Security
10 Investigations, U.S. Immigration and
   Customs Enforcement; Gregory K.
11 BOVINO, in his official capacity as Chief
   Patrol Agent for El Centro Sector of the
12 U.S. Border Patrol; Jeffrey D.
   STALNAKER, in his official capacity as
13 Acting Chief Patrol Agent, San Diego
   Sector of the U.S. Border Patrol; Akil
14 DAVIS, in his official capacity as
   Assistant Director in Charge, Los
15 Angeles Office, Federal Bureau of
   Investigation; Bilal A. ESSAYLI, in his
16 official capacity as U.S. Attorney for the
   Central District of California,

17         Defendants.

18
19
20
21
22
23
24
25
26
27
28

-2-
DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER

ER-0586

1   LAUREN MICHEL WILFONG*             EDGAR AGUILASOCHO
     lwilfong@ndlon.org                 (SBN 285567)
2   NATIONAL DAY LABORER               eaguilasocho@farmworkerlaw.com
     ORGANIZING NETWORK                MARTINEZ AGUILASOCHO LAW, INC.
3   1030 S. Arroyo Parkway, Suite 106  900 Truxtun Ave Suite 300
     Pasadena, CA 91105                 Bakersfield, CA 93301
4   Telephone: (626) 214-5689          Telephone: (661) 859-1174

5   Counsel for Stop/Arrest Plaintiffs  Counsel for Plaintiff United Farm Workers

6   BREE BERNWANGER (SBN 331731)       CARL BERGQUIST*
     bbernwanger@aclunc.org             cbergquist@chirla.org
7   AMERICAN CIVIL LIBERTIES           COALITION FOR HUMANE
     UNION FOUNDATION OF                IMMIGRANT RIGHTS
8   NORTHERN CALIFORNIA                2351 Hempstead Road
     39 Drumm Street                    Ottawa Hills, OH 43606
9   San Francisco, CA 94111            Telephone: (310) 279-6025
     Telephone: (415) 621-2493
10                                      Counsel for Plaintiff Coalition for Humane
     Counsel for Stop/Arrest Plaintiffs  Immigrant Rights
11
     BRISA VELAZQUEZ OATIS
12   (SBN 339132)                       * Pro hac vice application forthcoming
     bvoatis@aclu-sdic.org
13   ACLU FOUNDATION OF
     SAN DIEGO & IMPERIAL
14   COUNTIES
     P.O. Box 87131
15   San Diego, CA 92138-7131
     Telephone: (619) 398-4199
16
     Counsel for Stop/Arrest Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

-3-

DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER

ER-0587

## DECLARATION OF DIANA SÁNCHEZ

I, Diana Sánchez declare:

1.     I make this declaration based on my personal knowledge. If called to testify, I could and would testify competently hereto:

2.     I am an attorney at the American Civil Liberties Union Foundation of Southern California ("ACLU SoCal"), where I have been employed since 2023. I am a member in good standing of the California State Bar and of the Bar of this Court. I was admitted to the practice of law in California in 2021. I am counsel for Stop/Arrests Plaintiffs in this putative class action and have been involved in all aspects of this case. I submit this declaration in support of the Stop/Arrests Plaintiffs' Ex Parte Application for a Temporary Restraining Order.

3.     Attached as Exhibit A is a true and correct copy of a table from the U.S. Census Bureau QuickFacts for Los Angeles County, California. This document is from an official website of the United States government and shows population date for the Hispanic or Latino population in Los Angeles County. This QuickFacts data was downloaded from https://www.census.gov/quickfacts/fact/table/losangelescountycalifornia/RHI72522 4 on July 1, 2025.

4.     Attached as Exhibit B is a true and correct copy of a table from the U.S. Census Bureau QuickFacts for the following counties in California: San Bernardino County, Riverside County, Orange County, San Luis Obispo County, Santa Barbara County, and Ventura County. This document is from an official website of the United States government and shows population date for the Hispanic or Latino population in each county listed above. This QuickFacts data was downloaded from https://www.census.gov/quickfacts/fact/table/sanbernardinocountycalifornia,riverside countycalifornia,orangecountycalifornia,sanluisobispocountycalifornia,santabarbarac ountycalifornia,venturacountycalifornia/RHI725224#qf-headnote-b on July 3, 2025.

-4-

DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

5.    Based on the July 2024 estimates by the U.S. Census Bureau in Exhibits 1 and 2,

    a.    Los Angeles County has a total population of 9,757,179 people, 48.8% of whom identify as "Hispanic or Latino" (or approximately 4,761,503 individuals).

    b.    Ventura County has an estimated total population of 835,427 people, 45.3% of whom identify as Hispanic or Latino (or approximately 378,448 individuals).

    c.    Santa Barbara County has an estimated total population of 444,500 people, 49.3% of whom identify as Hispanic or Latino (or approximately 219,139 individuals).

    d.    San Luis Obispo County has an estimated population of 281,843 people, 25.8% of whom identify as Hispanic or Latino (or approximately 72,715 individuals).

    e.    Orange County has an estimated population of 3,170,435 people, 34.3% of whom identify as Hispanic or Latino (or approximately 1,087,459 individuals).

    f.    Riverside County has an estimated population of 2,529,933 people, 52.5% of whom identify as Hispanic or Latino (or approximately 1,328,214 individuals).

    g.    San Bernardino County has an estimated population of 2,214,281 people, 56.4% of whom identify as Hispanic or Latino (or approximately 1,248,854 individuals).

6.    In total, then, the counties that make up the Central District of California have a combined estimated population of 19,233,598 people, including 9,096,334 people that identify as Latine / "Hispanic or Latino." People who identify as Latine / "Hispanic or Latino" make up approximately 47.3% of the combined estimated population of counties that make up the Central District.

DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

7.      The following chart was created by me in Microsoft Excel and provides the same information in table format:

| County | Total Population | Percentage Identify as Hispanic or Latino | Approximate Total Population of Hispanic or Latino |
|---|---|---|---|
| Los Angeles | 9,757,179 | 48.8% | 4,761,503 |
| Ventura | 835,427 | 45.3% | 378,448 |
| Santa Barbara | 444,500 | 49.3% | 219,139 |
| San Luis Obispo | 281,843 | 25.8% | 72,715 |
| Orange | 3,170,435 | 34.3% | 1,087,459 |
| Riverside | 2,529,933 | 52.5% | 1,328,215 |
| San Bernardino | 2,214,281 | 56.4% | 1,248,854 |
| **Total** | **19,233,598** | **47.3%** | **9,096,334** |

8.      Attached as Exhibit C is a true and correct copy of a screen capture of a post on Truth Social, a social media application and website, by @real Donald Trump, captured on July 3, 2025.

9.      Attached as Exhibit D is a true and correct copy of a screen capture of a video post on Instagram, a social media application and website, by @puroslatinostv, captured on July 3, 2025.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of July 2025 in Los Angeles, California.


Respectfully submitted,


*/s/ Diana Sánchez*
Diana Sánchez

-6-

ER-0590

# EXHIBIT A

🇺🇸 An official website of the United States government  Here's how you know

**Census** United States®

## QuickFacts
**Los Angeles County, California**

What's New & FAQs

QuickFacts provides statistics for all states and counties. Also for cities and towns with a *population of 5,000 or more.*

Enter state, county, city, town, or zip code    -- Select a fact --

 CLEAR    TABLE    MAP    CHART    MORE

### Table

| All Topics | | Los Angeles County, California |
|---|---|---|
| ⓘ Hispanic or Latino, percent (b)  (b) | ⚠ | 48.8% |
| 👤 **PEOPLE** | | |
| **Population** | | |
| ⓘ Population estimates, July 1, 2024, (V2024) | ⚠ | 9,757,179 |
| ⓘ Population estimates base, April 1, 2020, (V2024) | ⚠ | 10,017,401 |
| ⓘ Population, percent change - April 1, 2020 (estimates base) to July 1, 2024, (V2024) | ⚠ | -2.6% |
| ⓘ Population, Census, April 1, 2020 | | 10,014,009 |
| ⓘ Population, Census, April 1, 2010 | | 9,818,605 |
| **Age and Sex** | | |
| ⓘ Persons under 5 years, percent | ⚠ | 4.9% |
| ⓘ Persons under 18 years, percent | ⚠ | 19.9% |
| ⓘ Persons 65 years and over, percent | ⚠ | 16.1% |
| ⓘ Female persons, percent | ⚠ | 50.5% |
| **Race and Hispanic Origin** | | |
| ⓘ White alone, percent | ⚠ | 69.3% |
| ⓘ Black alone, percent (a)  (a) | ⚠ | 8.9% |
| ⓘ American Indian and Alaska Native alone, percent (a)  (a) | ⚠ | 1.7% |
| ⓘ Asian alone, percent (a)  (a) | ⚠ | 16.4% |
| ⓘ Native Hawaiian and Other Pacific Islander alone, percent (a)  (a) | ⚠ | 0.4% |
| ⓘ Two or More Races, percent | ⚠ | 3.5% |
| ⓘ Hispanic or Latino, percent (b)  (b) | ⚠ | 48.8% |
| ⓘ White alone, not Hispanic or Latino, percent | ⚠ | 25.0% |
| **Population Characteristics** | | |
| ⓘ Veterans, 2019-2023 | | 220,722 |
| ⓘ Foreign-born persons, percent, 2019-2023 | | 33.4% |
| **Housing** | | |
| ⓘ Housing Units, July 1, 2024, (V2024) | | 3,709,507 |
| ⓘ Owner-occupied housing unit rate, 2019-2023 | | 46.1% |
| ⓘ Median value of owner-occupied housing units, 2019-2023 | | $783,300 |
| ⓘ Median selected monthly owner costs - with a mortgage, 2019-2023 | | $3,076 |
| ⓘ Median selected monthly owner costs -without a mortage, 2019-2023 | | $803 |
| ⓘ Median gross rent, 2019-2023 | | $1,893 |
| ⓘ Building Permits, 2024 | | 19,809 |
| **Families & Living Arrangements** | | |
| ⓘ Households, 2019-2023 | | 3,390,254 |
| ⓘ Persons per household, 2019-2023 | | 2.85 |
| ⓘ Living in the same house 1 year ago, percent of persons age 1 year+, 2019-2023 | | 90.6% |
| ⓘ Language other than English spoken at home, percent of persons age 5 years+, 2019-2023 | | 55.1% |
| **Computer and Internet Use** | | |
| ⓘ Households with a computer, percent, 2019-2023 | | 96.1% |
| ⓘ Households with a broadband Internet subscription, percent, 2019-2023 | | 91.7% |
| **Education** | | |
| ⓘ High school graduate or higher, percent of persons age 25 years+, 2019-2023 | | 80.7% |
| ⓘ Bachelor's degree or higher, percent of persons age 25 years+, 2019-2023 | | 35.5% |
| **Health** | | |
| ⓘ With a disability, under age 65 years, percent, 2019-2023 | | 6.9% |
| ⓘ Persons without health insurance, under age 65 years, percent | ⚠ | 9.4% |
| **Economy** | | |
| ⓘ In civilian labor force, total, percent of population age 16 years+, 2019-2023 | | 64.… |
| ⓘ In civilian labor force, female, percent of population age 16 years+, 2019-2023 | | 59.… |

Is this page helpful?  ✕
👍 Yes   👎 No

ER-0592

| | |
|---|---|
| Total accommodation and food services sales, 2022 ($1,000) | 44,000,801 |
| Total health care and social assistance receipts/revenue, 2022 ($1,000) (c) | 113,488,435 |
| Total transportation and warehousing receipts/revenue, 2022 ($1,000) (c) | 65,350,932 |
| Total retail sales, 2022 ($1,000) (c) | 213,932,785 |
| Total retail sales per capita, 2022 ($1,000) (c) | $22,010 |

**Transportation**

| | |
|---|---|
| Mean travel time to work (minutes), workers age 16 years+, 2019-2023 | 30.8 |

**Income & Poverty**

| | |
|---|---|
| Median households income (in 2023 dollars), 2019-2023 | $87,760 |
| Per capita income in past 12 months (in 2023 dollars), 2019-2023 | $44,319 |
| Persons in poverty, percent | ⚠ 13.7% |

**BUSINESSES**

**Businesses**

| | |
|---|---|
| Total employer establishments, 2023 | 304,988 |
| Total employment, 2023 | 3,987,736 |
| Total annual payroll, 2023 ($1,000) | 299,616,607 |
| Total employment, percent change, 2022-2023 | 2.3% |
| Total nonemployer establishments, 2023 | 1,128,124 |
| All employer firms, Reference year 2022 | 247,882 |
| Men-owned employer firms, Reference year 2022 | 149,187 |
| Women-owned employer firms, Reference year 2022 | 61,315 |
| Minority-owned employer firms, Reference year 2022 | 97,754 |
| Nonminority-owned employer firms, Reference year 2022 | 135,294 |
| Veteran-owned employer firms, Reference year 2022 | 6,107 |
| Nonveteran-owned employer firms, Reference year 2022 | 230,445 |

**GEOGRAPHY**

**Geography**

| | |
|---|---|
| Population per square mile, 2020 | 2,466.9 |
| Population per square mile, 2010 | 2,419.6 |
| Land area in square miles, 2020 | 4,059.28 |
| Land area in square miles, 2010 | 4,057.88 |
| FIPS Code | 06037 |

About datasets used in this table

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2024) refers to the final year of the series (2020 thru 2024). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2019-2023 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2023 5-year ACS Comparison Guidance page.

**Fact Notes**

| | |
|---|---|
| (a) | Includes persons reporting only one race |
| (b) | Hispanics may be of any race, so also are included in applicable race categories |
| (c) | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |

**Value Flags**

| | |
|---|---|
| D | Suppressed to avoid disclosure of confidential information |
| F | Fewer than 25 firms |
| FN | Footnote on this item in place of data |
| NA | Not available |
| S | Suppressed; does not meet publication standards |
| X | Not applicable |
| Z | Value greater than zero but less than half unit of measure shown |
| - | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution. |
| N | Data for this geographic area cannot be displayed because the number of sample cases is too small. |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**   f   X   in   ▶   ⊙

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People and Economy**

Is this page helpful?   ✕
👍 Yes    👎 No

ER-0593

# EXHIBIT B

🇺🇸 An official website of the United States government  Here's how you know

United States®
**Census**
Bureau

## QuickFacts

What's New & FAQs ▶

San Bernardino County, California; Riverside County, California; Orange County, California; San Luis Obispo County, California; Santa Barbara County, California; Ventura County, California

QuickFacts provides statistics for all states and counties. Also for cities and towns with a *population of 5,000 or more*.

Enter state, county, city, town, or zip code          -- Select a fact --

 CLEAR    TABLE    MAP    CHART    MORE

## Table

🖨 PRINT    ⊞ CSV

| All Topics | San Bernardino County, California | Riverside County, California | Orange County, California | San Luis Obispo County, California | Santa Barbara County, California | Ventura County, California |
|---|---|---|---|---|---|---|
| ⓘ Hispanic or Latino, percent (b)  (b) | 56.4% | 52.5% | 34.3% | 25.8% | 49.3% | 45.3% |
| 👤 PEOPLE | | | | | | |
| **Population** | | | | | | |
| ⓘ Population estimates, July 1, 2024, (V2024) | 2,214,281 | 2,529,933 | 3,170,435 | 281,843 | 444,500 | 835,427 |
| ⓘ Population estimates base, April 1, 2020, (V2024) | 2,181,664 | 2,419,967 | 3,187,256 | 282,448 | 448,217 | 844,363 |
| ⓘ Population, percent change - April 1, 2020 (estimates base) to July 1, 2024, (V2024) | 1.5% | 4.5% | -0.5% | -0.2% | -0.8% | -1.1% |
| ⓘ Population, Census, April 1, 2020 | 2,181,654 | 2,418,185 | 3,186,989 | 282,424 | 448,229 | 843,843 |
| ⓘ Population, Census, April 1, 2010 | 2,035,210 | 2,189,641 | 3,010,232 | 269,637 | 423,895 | 823,318 |
| **Age and Sex** | | | | | | |
| ⓘ Persons under 5 years, percent | 6.0% | 5.7% | 4.9% | 4.2% | 6.1% | 5.2% |
| ⓘ Persons under 18 years, percent | 24.8% | 23.4% | 20.3% | 17.1% | 22.2% | 21.1% |
| ⓘ Persons 65 years and over, percent | 13.3% | 16.1% | 17.4% | 23.3% | 17.4% | 18.6% |
| ⓘ Female persons, percent | 50.1% | 49.8% | 50.5% | 49.8% | 50.0% | 50.3% |
| **Race and Hispanic Origin** | | | | | | |
| ⓘ White alone, percent (a) | 74.5% | 77.6% | 68.0% | 87.9% | 84.7% | 82.8% |
| ⓘ Black alone, percent (a)  (a) | 9.3% | 7.5% | 2.3% | 1.8% | 2.3% | 2.5% |
| ⓘ American Indian and Alaska Native alone, percent (a)  (a) | 2.2% | 2.0% | 1.1% | 1.6% | 2.2% | 2.0% |
| ⓘ Asian alone, percent (a)  (a) | 9.7% | 8.3% | 24.3% | 4.6% | 6.4% | 8.6% |
| ⓘ Native Hawaiian and Other Pacific Islander alone, percent (a)  (a) | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | 0.3% |
| ⓘ Two or More Races, percent | 3.8% | 4.0% | 4.0% | 4.0% | 4.1% | 3.9% |
| ⓘ Hispanic or Latino, percent  (b)  (b) | 56.4% | 52.5% | 34.3% | 25.8% | 49.3% | 45.3% |
| ⓘ White alone, not Hispanic or Latino, percent | 23.7% | 30.2% | 36.7% | 65.3% | 40.3% | 41.7% |
| **Population Characteristics** | | | | | | |
| ⓘ Veterans, 2019-2023 | 78,796 | 111,536 | 89,830 | 15,210 | 17,154 | 33,552 |
| ⓘ Foreign-born persons, percent, 2019-2023 | 21.4% | 21.6% | 29.9% | 9.6% | 22.1% | 21.9% |
| **Housing** | | | | | | |
| ⓘ Housing Units, July 1, 2024, (V2024) | 755,367 | 888,186 | 1,161,012 | 127,244 | 162,351 | 298,400 |
| ⓘ Owner-occupied housing unit rate, 2019-2023 | 61.5% | 68.9% | 56.4% | 61.9% | 52.9% | 64.2% |
| ⓘ Median value of owner-occupied housing units, 2019-2023 | $475,000 | $510,300 | $915,500 | $777,200 | $735,700 | $768,400 |
| ⓘ Median selected monthly owner costs - with a mortgage, 2019-2023 | $2,274 | $2,492 | $3,311 | $2,830 | $2,855 | $3,045 |
| ⓘ Median selected monthly owner costs -without a mortgage, 2019-2023 | $628 | $730 | $857 | $794 | $779 | $796 |
| ⓘ Median gross rent, 2019-2023 | $1,706 | $1,814 | $2,352 | $1,899 | $2,050 | $2,248 |
| ⓘ Building Permits, 2024 | 6,226 | 9,598 | 6,972 | 1,104 | 750 | 1,648 |
| **Families & Living Arrangements** | | | | | | |
| ⓘ Households, 2019-2023 | 668,004 | 762,234 | 1,074,654 | 108,897 | 148,960 | 278,045 |
| ⓘ Persons per household, 2019-2023 | 3.21 | 3.17 | 2.90 | 2.45 | 2.83 | 2.97 |
| ⓘ Living in the same house 1 year ago, percent of persons age 1 year+ , 2019-2023 | 90.0% | 90.1% | 88.4% | 82.1% | 83.9% | 91.3% |
| ⓘ Language other than English spoken at home, percent of persons age 5 years+, 2019-2023 | 43.6% | 41.8% | 45.9% | 17.2% | 40.0% | 38.4% |
| **Computer and Internet Use** | | | | | | |
| ⓘ Households with a computer, percent, 2019-2023 | 96.5% | 96.6% | 97.6% | 96.6% | 96.0% | 96.0% |
| ⓘ Households with a broadband Internet subscription, percent, 2019-2023 | 92.1% | 92.7% | 94.4% | 92.4% | 92.1% | 93.1% |
| **Education** | | | | | | |
| ⓘ High school graduate or higher, percent of persons age 25 years+, 2019-2023 | 82.1% | 83.3% | 86.9% | 91.8% | 82.1% | 85.3% |
| ⓘ Bachelor's degree or higher, percent of persons age 25 years+, 2019-2023 | 22.9% | 25.1% | 43.4% | 39.2% | 35.9% | 35.7% |
| **Health** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ With a disability, under age 65 years, percent, 2019-2023 | 8.3% | 5.6% | 8.3% | 7.3% | 7.2% |
| ⓘ Persons without health insurance, under age 65 years, percent | ⚠ 8.7% | ⚠ 8.3% | ⚠ 7.3% | ⚠ 7.2% | ⚠ 9.2% | ⚠ 8.5% |

**Economy**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ In civilian labor force, total, percent of population age 16 years+, 2019-2023 | 61.3% | 60.6% | 65.5% | 58.3% | 62.0% | 63.8% |
| ⓘ In civilian labor force, female, percent of population age 16 years+, 2019-2023 | 55.5% | 54.4% | 59.4% | 54.6% | 57.7% | 57.7% |
| ⓘ Total accommodation and food services sales, 2022 ($1,000) (c) | 8,538,645 | 10,604,308 | 17,230,280 | 1,587,402 | 2,848,954 | 2,777,468 |
| ⓘ Total health care and social assistance receipts/revenue, 2022 ($1,000) (c) | 18,454,193 | 15,519,734 | 34,183,892 | 2,439,246 | 4,363,756 | 6,488,001 |
| ⓘ Total transportation and warehousing receipts/revenue, 2022 ($1,000) (c) | 13,455,568 | 4,972,907 | 6,818,961 | 410,149 | 1,137,614 | 1,403,610 |
| ⓘ Total retail sales, 2022 ($1,000) (c) | 45,946,120 | 44,927,586 | 72,489,819 | 5,428,204 | 7,392,491 | 15,868,015 |
| ⓘ Total retail sales per capita, 2022 (c) | $20,933 | $18,158 | $23,010 | $19,246 | $16,653 | $19,052 |

**Transportation**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Mean travel time to work (minutes), workers age 16 years+, 2019-2023 | 32.5 | 33.8 | 27.0 | 21.4 | 20.8 | 26.0 |

**Income & Poverty**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Median households income (in 2023 dollars), 2019-2023 | $82,184 | $89,672 | $113,702 | $93,398 | $95,977 | $107,327 |
| ⓘ Per capita income in past 12 months (in 2023 dollars), 2019-2023 | $33,180 | $37,162 | $52,816 | $49,581 | $46,679 | $48,416 |
| ⓘ Persons in poverty, percent | ⚠ 13.2% | ⚠ 11.3% | ⚠ 9.2% | ⚠ 12.8% | ⚠ 14.9% | ⚠ 9.8% |

🏭 **BUSINESSES**

**Businesses**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Total employer establishments, 2023 | 42,571 | 46,244 | 106,961 | 8,962 | 12,484 | 22,992 |
| ⓘ Total employment, 2023 | 718,612 | 687,526 | 1,580,778 | 98,720 | 160,460 | 273,697 |
| ⓘ Total annual payroll, 2023 ($1,000) | 39,234,766 | 36,178,455 | 118,689,614 | 5,699,221 | 11,082,847 | 18,174,515 |
| ⓘ Total employment, percent change, 2022-2023 | 5.3% | 5.3% | 1.2% | -0.8% | 2.5% | 1.7% |
| ⓘ Total nonemployer establishments, 2023 | 177,961 | 197,967 | 323,247 | 25,650 | 34,724 | 70,862 |
| ⓘ All employer firms, Reference year 2022 | 32,511 | 36,188 | 85,955 | 7,365 | 10,121 | 18,708 |
| ⓘ Men-owned employer firms, Reference year 2022 | 18,711 | 22,062 | 51,422 | 4,022 | 5,657 | 11,373 |
| ⓘ Women-owned employer firms, Reference year 2022 | 7,455 | 7,595 | 19,506 | 1,687 | 2,088 | 3,816 |
| ⓘ Minority-owned employer firms, Reference year 2022 | 15,006 | 13,429 | 31,524 | 1,156 | 2,290 | 5,474 |
| ⓘ Nonminority-owned employer firms, Reference year 2022 | 14,929 | 20,017 | 48,495 | 5,461 | 6,466 | 11,475 |
| ⓘ Veteran-owned employer firms, Reference year 2022 | 1,119 | 1,566 | 2,916 | S | 470 | 799 |
| ⓘ Nonveteran-owned employer firms, Reference year 2022 | 29,063 | 32,468 | 78,157 | 6,305 | 8,397 | 16,384 |

🗺 **GEOGRAPHY**

**Geography**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Population per square mile, 2020 | 108.7 | 335.4 | 4,019.7 | 85.6 | 164.0 | 458.4 |
| ⓘ Population per square mile, 2010 | 101.5 | 303.8 | 3,807.7 | 81.7 | 155.0 | 446.7 |
| ⓘ Land area in square miles, 2020 | 20,068.01 | 7,209.27 | 792.84 | 3,300.85 | 2,733.94 | 1,840.79 |
| ⓘ Land area in square miles, 2010 | 20,056.94 | 7,206.48 | 790.57 | 3,298.57 | 2,735.09 | 1,843.13 |
| ⓘ FIPS Code | 06071 | 06065 | 06059 | 06079 | 06083 | 06111 |

About datasets used in this table

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2024) refers to the final year of the series (2020 thru 2024). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2019-2023 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2023 5-year ACS Comparison Guidance page.

**Fact Notes**

(a)  Includes persons reporting only one race
(b)  Hispanics may be of any race, so also are included in applicable race categories
(c)  Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

- **D**  Suppressed to avoid disclosure of confidential information
- **F**  Fewer than 25 firms
- **FN**  Footnote on this item in place of data
- **NA**  Not available
- **S**  Suppressed; does not meet publication standards
- **X**  Not applicable
- **Z**  Value greater than zero but less than half unit of measure shown
- **-**  Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution.
- **N**  Data for this geographic area cannot be displayed because the number of sample cases is too small.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**  f  ✕  in  ▶  ⌾

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People and Economy**

# EXHIBIT C

**Page Vault**

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/114690267066155731 |
| Page loaded at (UTC): | Thu, 03 Jul 2025 16:36:12 GMT |
| Capture timestamp (UTC): | Thu, 03 Jul 2025 16:37:02 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | qvQR41EJvw9EkYAgarvpKv |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    sPtdcWh99PUaK4JtantTpX

ER-0599



**TRUTH.** ← **Truth Details**

New to Truth?

Join Truth Social to get the full story and details.

**Create Account**

**Sign In**

7192 replies

**Get Truth+**

Access the full experience with even more live and on-demand content.

**Start Watching**

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

**Donald J. Trump** ✔ ▶
@realDonaldTrump

Our Nation's ICE Officers have shown incredible strength, determination, and courage as they facilitate a very important mission, the largest Mass Deportation Operation of Illegal Aliens in History. Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians, but nothing will stop us from executing our mission, and fulfilling our Mandate to the American People. ICE Officers are herewith ordered, by notice of this TRUTH, to do all in their power to achieve the very important goal of delivering the single largest Mass Deportation Program in History.

In order to achieve this, we must expand efforts to detain and deport Illegal Aliens in America's largest Cities, such as Los Angeles, Chicago, and New York, where Millions upon Millions of Illegal Aliens reside. These, and other such Cities, are the core of the Democrat Power Center, where they use Illegal Aliens to expand their Voter Base, cheat in Elections, and grow the Welfare State, robbing good paying Jobs and Benefits from Hardworking American Citizens. These Radical Left Democrats are sick of mind, hate our Country, and actually want to destroy our Inner Cities — And they are doing a good job of it! There is something wrong with them. That is why they believe in Open Borders, Transgender for Everybody, and Men playing in Women's Sports — And that is why I want ICE, Border Patrol, and our Great and Patriotic Law Enforcement Officers, to FOCUS on our crime ridden and deadly Inner Cities, and those places where Sanctuary Cities play such a big role. You don't hear about Sanctuary Cities in our Heartland!

I want our Brave ICE Officers to know that REAL Americans are cheering you on every day. The American People want our Cities, Schools, and Communities to be SAFE and FREE from Illegal Alien Crime, Conflict, and Chaos. That's why I have directed my entire Administration to put every resource possible behind this effort, and reverse the tide of Mass Destruction Migration that has turned once Idyllic Towns into scenes of Third World Dystopia. Our Federal Government will continue to be focused on the REMIGRATION of Aliens to the places from where they came, and preventing the admission of ANYONE who undermines the domestic tranquility of the United States.

To ICE, FBI, DEA, ATF, the Patriots at Pentagon and the State Department, you have my unwavering support. Now go, GET THE JOB DONE! DJT

**15.5k** ReTruths  **63k** Likes                    Jun 16, 2025, 12:43 AM

🔍        ⇄        ♡        🔖

**Continue the conversation**

Sign up now to create your personalized experience.

**Create Account**    **Sign In**

**TRUTH.**

< **Truth Details**

7192 replies

Our Nation's ICE Officers have shown incredible strength, determination, and courage as they facilitate a very important mission, the largest Mass Deportation Operation of Illegal Aliens in History. Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians, but nothing will stop us from executing our mission, and fulfilling our Mandate to the American People. ICE Officers are herewith ordered, by notice of this TRUTH, to do all in their power to achieve the very important goal of delivering the single largest Mass Deportation Program in History.

In order to achieve this, we must expand efforts to detain and deport Illegal Aliens in America's largest Cities, such as Los Angeles, Chicago, and New York, where Millions upon Millions of Illegal Aliens reside. These, and other such Cities, are the core of the Democrat Power Center, where they use Illegal Aliens to expand their Voter Base, cheat in Elections, and grow the Welfare State, robbing good paying Jobs and Benefits from Hardworking American Citizens. These Radical Left Democrats are sick of mind, hate our Country, and actually want to destroy our Inner Cities — And they are doing a good job of it! There is something wrong with them. That is why they believe in Open Borders, Transgender for Everybody, and Men playing in Women's Sports — And that is why I want ICE, Border Patrol, and our Great and Patriotic Law Enforcement Officers, to FOCUS on our crime ridden and deadly Inner Cities, and those places where Sanctuary Cities play such a big role. You don't hear about Sanctuary Cities in our Heartland!

I want our Brave ICE Officers to know that REAL Americans are cheering you on every day. The American People want our Cities, Schools, and Communities to be SAFE and FREE from Illegal Alien Crime, Conflict, and Chaos. That's why I have directed my entire Administration to put every resource possible behind this effort, and reverse the tide of Mass Destruction Migration that has turned once Idyllic Towns into scenes of Third World Dystopia. Our Federal Government will continue to be focused on the REMIGRATION of Aliens to the places from where they came, and preventing the admission of ANYONE who undermines the domestic tranquility of the United States.

To ICE, FBI, DEA, ATF, the Patriots at Pentagon and the State Department, you have my unwavering support. Now go, GET THE JOB DONE! DJT

**15.5k** ReTruths  **63k** Likes                    Jun 16, 2025, 12:43 AM

**New to Truth?**

Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**

Access the full experience with even more live and on-demand content.

Start Watching

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

**Continue the conversation**

Sign up now to create your personalized experience.

Create Account    Sign In

# EXHIBIT D

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLIKYU5BdJV/ |
| Page loaded at (UTC): | Thu, 03 Jul 2025 19:01:28 GMT |
| Capture timestamp (UTC): | Thu, 03 Jul 2025 19:10:09 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | hbMPUmV9b4F3JSUUvy4yEy |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    mgpMXJJFmZrREWJYggLobg













# EXHIBIT 20

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)         MARK ROSENBAUM (SBN 59940)
   *akwon@aclusocal.org*              *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)             REBECCA BROWN (SBN 345805)
   *oma@aclusocal.org*                *rbrown@publiccounsel.org*
10 STEPHANIE PADILLA (SBN 321568)     SOPHIA WRENCH (SBN 354416)
   *spadilla@aclusocal.org*           *swrench@publiccounsel.org*
11 DIANA SANCHEZ (SBN 338871)         RITU MAHAJAN (SBN 252970)
   *dianasanchez@aclusocal.org*       *rmahajan@publiccounsel.org*
12 ACLU FOUNDATION OF                 GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA                *gamato@publiccounsel.org*
13 1313 West Eighth Street            PUBLIC COUNSEL
   Los Angeles, CA 90017-4022         610 South Ardmore Avenue
14 Telephone: (213) 977-5232          Los Angeles, CA 90005
   Facsimile: (213) 201-7878          Telephone: (213) 385-2977
15
16 *Counsel for Stop/Arrest Plaintiffs*   *Counsel for All Plaintiffs*
   (*additional counsel information on cont.*
17 *page*)

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 Pedro VASQUEZ PERDOMO; Carlos       Case No.: 2:25-cv-05605-MEMF-SP
   Alexander OSORTO; and Isaac
21 VILLEGAS MOLINA; Jorge
   HERNANDEZ VIRAMONTES; Jason        **DECLARATION OF STACY**
22 Brian GAVIDIA; LOS ANGELES          **TOLCHIN IN SUPPORT OF**
   WORKER CENTER NETWORK;             **PLAINTIFFS' APPLICATION**
23 UNITED FARM WORKERS;                **FOR EX PARTE RETRAINING**
   COALITION FOR HUMANE               **ORDER AND MOTION FOR**
24 IMMIGRANT RIGHTS; IMMIGRANT        **PRELIMINARY INJUNCTION**
   DEFENDERS LAW CENTER,
25
         Plaintiffs,                  Hon. Maame Ewusi-Mensah
26                                     Frimpong
            v.
27
   Kristi NOEM, in her official capacity as
28 Secretary, Department of Homeland

                                    -1-

1  Security; Todd M. LYONS, in his official
2  capacity as Acting Director, U.S.
   Immigration and Customs Enforcement;
3  Rodney S. SCOTT, in his official
   capacity as Commissioner, U.S. Customs
4  and Border Patrol; Michael W. BANKS,
   in his official capacity as Chief of U.S.
5  Border Patrol; Kash PATEL, in his
   official capacity as Director, Federal
6  Bureau of Investigation; Pam BONDI, in
   her official capacity as U.S. Attorney
7  General; Ernesto SANTACRUZ JR., in
   his official capacity as Acting Field
8  Office Director for Los Angeles, U.S.
   Immigration and Customs Enforcement;
9  Eddy WANG, Special Agent in Charge
   for Los Angeles, Homeland Security
10 Investigations, U.S. Immigration and
   Customs Enforcement; Gregory K.
11 BOVINO, in his official capacity as Chief
   Patrol Agent for El Centro Sector of the
12 U.S. Border Patrol; Jeffrey D.
   STALNAKER, in his official capacity as
13 Acting Chief Patrol Agent, San Diego
   Sector of the U.S. Border Patrol; Akil
14 DAVIS, in his official capacity as
   Assistant Director in Charge, Los
15 Angeles Office, Federal Bureau of
   Investigation; Bilal A. ESSAYLI, in his
16 official capacity as U.S. Attorney for the
   Central District of California,

17         Defendants.

18
19
20
21
22
23
24
25
26
27
28

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

1    I, Stacy Tolchin, hereby declare and state the following:

2        1.    My business address is Law Offices of Stacy Tolchin, 776 E. Green St.

3    Suite 210, Pasadena, CA 91101.

4        2.    I have personal knowledge of the events described below.

5        3.    I represent Plaintiffs Pedro Vasquez Perdomo, Carlos Alexander

6    Osorto, Isaac Villegas Molina, Jorge Hernandez Viramonte, Jason Brian Gavidia,

7    Los Angeles Worker Center Network (LAWCN), United Farm Workers (UFW), and

8    the Coalition for Humane Immigrant Rights (CHIRLA) (collectively, the

9    "Stop/Arrests Plaintiffs") before this Court. The Stop/Arrests Plaintiffs bring claims

10    challenging Defendants' unlawful stop and arrest practices.

11        4.    Three Plaintiffs—Pedro Vasquez Perdomo, Carlos Alexander Osorto,

12    and Isaac Villegas Molina—bring claims challenging their detention by immigration

13    authorities (collectively, "Petitioner-Plaintiffs"). Pedro Vasquez Perdomo has a

14    bond hearing scheduled on July 3, 2025. Carlos Alexander Osorto has a bond

15    hearing scheduled on July 8, 2025. Isaac Villegas Molina has a bond hearing

16    scheduled on July 7, 2025.

17        5.    On July 2, 2025, I met with Pauline Alarcon and Daniel Beck, counsel

18    for Defendants. I informed them of the Stop/Arrests Plaintiffs' intent to file an ex

19    parte motion for a temporary restraining order instructing Defendants to abide by the

20    Fourth Amendment to preserve the Stop/Arrests Plaintiffs' constitutional rights.

21

22    Pursuant to 28 C.F.R. § 24.201(f), I hereby verify that the information provided in

23    the application and all accompanying material is true and correct to the best of my

24    information and belief. Executed this 3rd day of July 2025 at Pasadena, CA.

25

26                                       

27                             _____

28                             Stacy Tolchin

-4-

# EXHIBIT 21

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)         MARK ROSENBAUM (SBN 59940)
   *akwon@aclusocal.org*              *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)             REBECCA BROWN (SBN 345805)
   *oma@aclusocal.org*                *rbrown@publiccounsel.org*
10 STEPHANIE PADILLA (SBN 321568)     SOPHIA WRENCH (SBN 354416)
   *spadilla@aclusocal.org*           *swrench@publiccounsel.org*
11 DIANA SANCHEZ (SBN 338871)         RITU MAHAJAN (SBN 252970)
   *dianasanchez@aclusocal.org*       *rmahajan@publiccounsel.org*
12 ACLU FOUNDATION OF                 GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA                *gamato@publiccounsel.org*
13 1313 West Eighth Street            PUBLIC COUNSEL
   Los Angeles, CA 90017-4022         610 South Ardmore Avenue
14 Telephone: (213) 977-5232          Los Angeles, CA 90005
   Facsimile: (213) 201-7878          Telephone: (213) 385-2977
15
16 *Counsel for Stop/Arrest Plaintiffs*   *Counsel for All Plaintiffs*
   (*additional counsel information on cont.*
17 *page*)

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac | Case No.: 2:25-cv-05605-MEMF-SP |
| 21  VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason | |
| 22  Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; | Hon. Maame Ewusi-Mensah Frimpong |
| 23  UNITED FARM WORKERS; COALITION FOR HUMANE | |
| 24  IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | **DECLARATION OF GERMAN MOLINA IN SUPPORT OF PLAINTIFFS' MOTION FOR** |
| 25          Plaintiffs, | **TEMPORARY RESTRAINING ORDER** |
| 26      v. | |
| 27  Kristi NOEM, in her official capacity as | |
| 28  Secretary, Department of Homeland | |

-1-

1    Security; Todd M. LYONS, in his official
2    capacity as Acting Director, U.S.
     Immigration and Customs Enforcement;
3    Rodney S. SCOTT, in his official
     capacity as Commissioner, U.S. Customs
4    and Border Patrol; Michael W. BANKS,
     in his official capacity as Chief of U.S.
5    Border Patrol; Kash PATEL, in his
     official capacity as Director, Federal
6    Bureau of Investigation; Pam BONDI, in
     her official capacity as U.S. Attorney
7    General; Ernesto SANTACRUZ JR., in
     his official capacity as Acting Field
8    Office Director for Los Angeles, U.S.
     Immigration and Customs Enforcement;
9    Eddy WANG, Special Agent in Charge
     for Los Angeles, Homeland Security
10   Investigations, U.S. Immigration and
     Customs Enforcement; Gregory K.
11   BOVINO, in his official capacity as Chief
     Patrol Agent for El Centro Sector of the
12   U.S. Border Patrol; Jeffrey D.
     STALNAKER, in his official capacity as
13   Acting Chief Patrol Agent, San Diego
     Sector of the U.S. Border Patrol; Akil
14   DAVIS, in his official capacity as
     Assistant Director in Charge, Los
15   Angeles Office, Federal Bureau of
     Investigation; Bilal A. ESSAYLI, in his
16   official capacity as U.S. Attorney for the
     Central District of California,

17        Defendants.

18
19
20
21
22
23
24
25
26
27
28

ER-0614

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

-3-

## DECLARATION OF GERMAN MOLINA

I, GERMAN MOLINA, hereby declare:

I make this declaration based on my own personal knowledge. If called, I could and would competently testify hereto:

1. I am a U.S. citizen. I am a resident of East Los Angeles, Los Angeles County and have lived there for six years. I am 76 years old.

2. I am of Latino ethnicity and Salvadoran ancestry.

3. I am an autobody worker at Yank Towing, located at 1521 W. Olympic Blvd. and 1537 W. Olympic Blvd. in Montebello, CA 90640. Yank Towing is a junk car removal business and the lot on 1537 W. Olympic Blvd stores junk cars.

4. On Thursday, June 12, 2025, around 4:30 PM, I was working at Yank Towing in the lot on 1537 W. Olympic Blvd. The lot has signage stating that it is private property, and warning against trespassing and beware of dogs. Our gates are generally closed, except when we are expecting a delivery.

5. At around 4:30 PM, masked federal agents walked through a narrow opening of the gate into the lot without showing any judicial warrants or asking for consent. At this time, the gate was slightly open, about three feet wide, as we just had a delivery of parts we had ordered from a wreck yard. The agents were wearing green vests with "Border Patrol Federal Agent" written on the back.

6. I was approached first by one of the agents, as I was on my way out of the lot and was already walking towards the gate. The agent asked me for my papers, and I said I was a U.S. citizen. He asked me where I have my papers, and I responded that I have my passport at home. I was thankfully able to leave the premises. And then I walked away.

7. I am afraid that the federal agents will come back or will stop me again when I am in public. In fact, after the June 12 incident, I started carrying my U.S. Passport in my chest pocket, so that the top of my passport is visible. I feel like I need to carry my passport for protection, in case federal agents stop me again. If

1

DECLARATION OF GERMAN MOLINA



1    this happens again, federal agents may not believe that I am a U.S. citizen.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF GERMAN MOLINA

1    I declare under penalty of perjury under the laws of the United States and the
2    State of California that the foregoing is true and correct.

3

4    Executed at Montebello, California on June 14, 2025.

5                                                    s/ _____
6                                                    German Molina

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3
                            DECLARATION OF GERMAN MOLINA

ER-0618

### CERTIFICATE OF INTERPRETATION

I, Dae Keun Kwon, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to German Molina in Spanish and that my interpretation was true and correct to the best of my abilities.

Date: June 14, 2025

_____

Dae Keun Kwon

---

4

DECLARATION OF GERMAN MOLINA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [ECF NO. #]**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER [ECF NO. #]

1  STALNAKER, in his official capacity as
   Acting Chief Patrol Agent, San Diego
2  Sector of the U.S. Border Patrol; Akil
   DAVIS, in his official capacity as
3  Assistant Director in Charge, Los
   Angeles Office, Federal Bureau of
4  Investigation; Bilal A. ESSAYLI, in his
   official capacity as U.S. Attorney for the
5  Central District of California,

6      Defendants.

7

8      On July 3, 2025, Plaintiffs filed an Ex Parte Application for a Temporary

9  Restraining Order.[1] Plaintiffs asked for injunctive relief instructing Defendants to

10 abide by the Fourth Amendment to preserve Plaintiffs' constitutional rights. For the

11 reasons stated herein, the Court hereby GRANTS the Ex Parte Application.

12     Having considered the parties' papers and the arguments of counsel, the Court

13 finds that Plaintiffs have demonstrated a strong likelihood of success on the merits

14 of their claim that Defendants' pattern and practice of conducting suspicionless

15 stops violates the Fourth Amendment protection against unreasonable searches and

16 seizures. The Court further finds that, absent interim injunctive relief, Plaintiffs will

17 face immediate, irreparable harm, and that the balance of the equities and the public

18 interest favor such relief.

19 **I.    The Standards for Issuance of a Temporary Restraining Order**

20     **A.    Legal Standard**

21     The legal standard for a temporary restraining order is substantially similar to

22 the standard for a preliminary injunction. *See Stuhlbarg Int'l Sales Co., Inc. v. John*

23 *D. Brush & Co., Inc.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001). A plaintiff seeking a

24 preliminary injunction must establish (1) likely success on the merits; (2) likely

25 irreparable harm in the absence of preliminary relief; (3) that the balance of equities

26

27

28 ---
   [1] ECF No. __

-2-                                Case No. 2:25-cv-05605-MEMF-SP

1  tips in the plaintiff's favor; and (4) that an injunction is in the public interest. *Winter*
2  *v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

3       The standard for preliminary relief is the same whether the moving party
4  seeks to maintain the status quo or stop a continuing deprivation of rights. *Textile*
5  *Unlimited, Inc. v. ABMH & Co.*, 240 F.3d 781, 786 (9th Cir. 2001). Under the
6  "serious question" approach adopted by the Ninth Circuit, "[a] preliminary
7  injunction is appropriate when a plaintiff demonstrates . . . that serious questions
8  going to the merits were raised and the balance of hardships tips sharply in the
9  plaintiff's favor." *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1134–35
10  (9th Cir. 2011).

11  **II.    Plaintiffs Have Shown Strong Probability of Prevailing on the Merits**

12       Plaintiffs have shown a strong probability of prevailing on the merits.
13  Plaintiffs are Latino individuals and organizations with members who face a
14  reasonable likelihood of being detained without reasonable suspicion in violation of
15  their Fourth Amendment rights. Plaintiffs have established a compelling case that
16  they have been, and are at future risk of being, unlawfully seized by Defendants.

17       Plaintiffs have also established a strong need for injunctive relief based on
18  evidence that the pattern of unlawful stops "flow[s] from a policy [or] plan."
19  *Easyriders Freedom F.I.G.H.T. v. Hannigan*, 92 F.3d 1486, 1500 (9th Cir. 1996).
20  Plaintiffs have provided compelling evidence that Defendants are carrying out this
21  pattern and practice of suspicionless stops to meet arbitrary arrest quotas, and in
22  doing so are relying on impermissible generalizations about race and other broad
23  attributes. Statements from Defendants indicating that such suspicionless stops will
24  continue in the District demonstrate that Plaintiffs and their members are likely to be
25  subject to unlawful seizures again in the future. Plaintiffs plausibly allege that the
26  continuation of Defendants' practice and policy has caused widespread fear and

27

28

-3-        Case No. 2:25-cv-05605-MEMF-SP

1  panic for individuals of Latino origin in the District, regardless of immigration

2  status.[2]

3  **III.    The Balance of Hardships Tips Sharply in Plaintiffs' Favor and Are in**

4  **the Public Interest**

5          The remaining factors the Court must consider in issuing emergency relief

6  have also been met here. The balance of hardships tips sharply in Plaintiffs' favor

7  and a temporary restraining order is in the public interest. Plaintiffs have shown that

8  they have and will continue to suffer irreparable injury if the requested relief is not

9  granted. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 731 (9th Cir. 1999). Further,

10  the public has a fundamental interest in the protection of all people's constitutional

11  rights. *See Sammartano v. First Jud. Dist. Ct.*, 303 F.3d 959, 973 (9th Cir. 2002).

12  The declarations of the Plaintiffs confirm the violation of Fourth Amendment rights

13  they have suffered and are likely to suffer as a result of Defendants' pattern and

14  practice of illegally seizing individuals without suspicion.

15          The Court, having considered Plaintiffs' Application and finding good cause

16  therefor, hereby **GRANTS** the Application and **ORDERS** as follows:

17    1.    As required by the Fourth Amendment of the United States

18          Constitution, Defendants shall be enjoined from conducting detentive

19          stops in this District unless the agent or officer has reasonable suspicion

20          that the person to be stopped is within the United States in violation of

21          U.S. immigration law;

22    2.    In connection with paragraph (1), Defendants may not rely solely on

23          the factors below, alone or in combination, to form reasonable

24          suspicion for a detentive stop, except as permitted by law:

---

25

26  [2] For similar reasons, the Court finds that Plaintiffs have established standing to seek injunctive relief. *See LaDuke v. Nelson*, 762 F.2d 1318, 1324-26 (9th Cir. 1985), *amended,* 796 F.2d 309 (9th Cir. 1986) (finding that a "standard pattern" of illicit behavior by federal agents was sufficient to confer standing for future injunctive relief); *Laws. for Fair Reciprocal Admission v. United States*, No. 24-2213, 2025 WL 1717992, at *3 (9th Cir. June 20, 2025) (discussing requirements for associational standing).

          a.      Apparent race or ethnicity;

          b.      Speaking Spanish or speaking English with an accent;

          c.      Presence at a particular location (e.g. bus stop, car wash, tow yard, day laborer pick up site, agricultural site, etc.); or

          d.      The type of work one does.

3.      The Court, having found a strong likelihood of success on the merits and that the balance of equities overwhelmingly favors Plaintiffs, further ORDERS that no security shall be required under Federal Rule of Civil Procedure 65(c);

4.      Defendants are each hereby ORDERED TO SHOW CAUSE on \_\_\_\_\_, at \_\_\_\_\_ [a.m./p.m.], or as soon thereafter as counsel may be heard in the courtroom of the Honorable Maame Ewusi-Mensah Frimpong, located at 350 West First Street, Los Angeles, CA 90012, why a preliminary injunction should not issue ordering that:

          a.      As required by the Fourth Amendment of the United States Constitution, Defendants are enjoined from conducting detentive stops in this District unless the agent or officer has reasonable suspicion that the person to be stopped is within the United States in violation of U.S. immigration law;

          b.      In connection with paragraph (a), Defendants may not rely solely on the factors below, alone or in combination, to form reasonable suspicion for a detentive stop, except as permitted by law:

              (i)      Apparent race or ethnicity;

              (ii)      Speaking Spanish or speaking English with an accent;

              (iii)      Presence at a particular location (e.g. bus stop, car wash, tow yard, day laborer pick up site, agricultural site, etc.); or

              (iv)      The type of work one does.

     c.    Defendants will maintain and provide documentation of detentive stops, including factors supporting reasonable suspicion, to Plaintiffs' counsel on a regular schedule;

     d.    Defendants will develop guidance concerning how agents and officers should determine whether "reasonable suspicion" exists when conducting detentive stops; and

     e.    Defendants will implement associated training for Defendants' agents and officers involved in immigration operations in this District.

IT IS SO ORDERED.

Dated: July __, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

Case No. 2:25-cv-05605-MEMF-SP
[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [ECF NO. #]

1   MARK ROSENBAUM (SBN 59940)
    *mrosenbaum@publiccounsel.org*
2   REBECCA BROWN (SBN 345805)
    *rbrown@publiccounsel.org*
3   SOPHIA WRENCH (SBN 354416)
    *swrench@publiccounsel.org*
4   RITU MAHAJAN (SBN 252970)
    *rmahajan@publiccounsel.org*
5   GINA AMATO (SBN 215519)
    *gamato@publiccounsel.org*
6   PUBLIC COUNSEL
    610 South Ardmore Avenue
7   Los Angeles, CA 90005
    Telephone: (213) 385-2977
8
    *Counsel for All Plaintiffs*
9
    MATTHEW J. CRAIG (SBN 350030)
10  *mcraig@heckerfink.com*
    MACK E. JENKINS (SBN 242101)
11  *mjenkins@heckerfink.com*
    HECKER FINK LLP
12  1150 South Olive Street, Suite 10-140
    Los Angeles, CA 90015
13  Telephone: (212) 763-0883
    Facsimile: (212) 564-0883
14
    *Counsel for Plaintiffs Coalition for Humane Immigrant*
15  *Rights and Immigrant Defenders Law Center*

16  (*additional counsel information on cont. page*)

17

18

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

20  Pedro VASQUEZ PERDOMO, *et al.*,    |    Case No.: 2:25-cv-05605-MEMF-SP

21      Plaintiffs,    |    **PLAINTIFFS COALITION FOR HUMANE IMMIGRANT RIGHTS AND IMMIGRANT DEFENDERS LAW CENTER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

22      v.

23  Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*,

24

25      Defendants.

26

27      Hon. Maame Ewusi-Mensah Frimpong

28

CARL BERGQUIST* (DC BAR 1720816)
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* *Pro hac vice* application forthcoming

Plaintiffs Coalition for Humane Immigrant Rights ("CHIRLA") and Immigrant Defenders Law Center ("ImmDef") hereby apply for a temporary restraining order and an order to show cause why a preliminary injunction should not issue pending the final disposition of this action.

As set forth in this application and the accompanying declarations, CHIRLA and ImmDef are likely to succeed on the merits of their claim that Defendants' restrictions on attorney access to Room B-18 of the Federal Building located at 300 North Los Angeles Street, Los Angeles, CA 90012 violates the Fifth Amendment to the United States Constitution, and, absent an injunction, CHIRLA and ImmDef will suffer immediate, irreparable harm.

Pursuant to Federal Rule of Civil Procedure 65(b)(1) and Local Rules 7-19 and 65-1, CHIRLA and ImmDef advised Defendants on July 2, 2025, of this application and its contents by call with Assistant United States Attorneys ("AUSAs") Pauline Helen Alarcon and Daniel Beck of the United States Attorney's Office for the Central District of California. Rosenbaum Decl. ¶¶ 2–3. AUSAs Alarcon and Beck stated that this application is opposed. *Id.* ¶ 4. Defendants requested until July 9, 2025, to file a response. *Id.* Given the severity of Defendants' continuing constitutional violations and the ongoing, irreparable harm, CHIRLA and ImmDef do not consent to Defendants' request for a week to respond to this application. CHIRLA and ImmDef respectfully request that the Court decide the application forthwith.

AUSA Alarcon has already appeared as counsel of record in this action for Defendants Kristi Noem, Todd Lyons, and Pam Bondi. *See* ECF No. 8. AUSA Alarcon's address is U.S. Attorney's Office for the Central District of California, 300 North Los Angeles Street, Suite 7516, Los Angeles, CA 90012. AUSA Alarcon's phone number is (213) 894-3992, and her email address is pauline.alarcon@usdoj.gov.

# TABLE OF CONTENTS

PRELIMINARY STATEMENT ................................................................ 1

FACTS ......................................................................................................... 2

LEGAL STANDARD ................................................................................ 7

ARGUMENT ............................................................................................. 7

   I.    Plaintiffs Are Likely to Succeed on the Merits of Their Claim That Defendants' Denial of Access to Counsel at B-18 Violates the Fifth Amendment ....................................................................................... 7

   II.   Plaintiffs Are Likely to Continue to Suffer Irreparable Harm ................... 11

   III.  The Balance of the Equities Favors Plaintiffs ............................................. 12

   IV.  No Security Under Rule 65(c) Should Be Required .................................. 13

CONCLUSION .......................................................................................... 14

i

# TABLE OF AUTHORITIES

Page(s)

**CASES**

*All. for the Wild Rockies v. Cottrell,*
    632 F.3d 1127 (9th Cir. 2011)............................................................7

*Arrey v. Barr,*
    916 F.3d 1149 (9th Cir. 2019)............................................................8

*Barahona-Gomez v. Reno,*
    167 F.3d 1228 (9th Cir. 1999)..........................................................14

*Biwot v. Gonzales,*
    403 F.3d 1094 (9th Cir. 2005)........................................................7, 8

*California v. Azar,*
    911 F.3d 558 (9th Cir. 2018)...........................................................12

*Castellano v. Napolitano,*
    No. 09 Civ. 2281 (C.D. Cal.) .............................................................4

*Castillo v. Nielsen,*
    No. 18 Civ. 1317, 2018 WL 6131172 (C.D. Cal. June 21, 2018) ..................12

*Castillo v. Nielsen,*
    No. 18 Civ. 1317, 2020 WL 2840065 (C.D. Cal. June 1, 2020) ....................10

*City & Cnty. of San Francisco v. Trump,*
    No. 25 Civ. 1350, 2025 WL 1282637 (N.D. Cal. May 3, 2025) ....................14

*Colmenar v. INS,*
    210 F.3d 967 (9th Cir. 2000)............................................................8

*Comm. of Cent. Am. Refugees v. INS,*
    795 F.2d 1434 (9th Cir. 1986)......................................................8, 10

*Conn. Gen. Life Ins. Co. v. New Images of Beverly Hills,*
    321 F.3d 878 (9th Cir. 2003).........................................................13

ii

*E. Bay Sanctuary Covenant v. Biden*,
    993 F.3d 640 (9th Cir. 2021)..............................................................12

*Fed. Defs. of N.Y., Inc. v. Fed. Bureau of Prisons*,
    954 F.3d 118 (2d Cir. 2020)..............................................................11

*Food & Drug Admin. v. All. for Hippocratic Med.*,
    602 U.S. 367 (2024)..........................................................................11

*Gilmore v. Wells Fargo Bank, N.A.*,
    No. 14 Civ. 2389, 2014 WL 3749984 (N.D. Cal. July 29, 2014)....14

*Halvorsen v. Baird*,
    146 F.3d 680 (9th Cir. 1998)..............................................................11

*Havens Realty Corp. v. Coleman*,
    455 U.S. 363 (1982)..........................................................................11

*Hernandez v. Sessions*,
    872 F.3d 976 (9th Cir. 2017)..............................................................13

*Hernandez-Gil v. Gonzales*,
    476 F.3d 803 (9th Cir. 2007)..............................................................10

*Immigrant Defs. L. Ctr. v. Noem*,
    No. 20 Civ. 9893, 2025 WL 1172442 (C.D. Cal. Apr. 16, 2025)....12

*Orantes-Hernandez v. Thornburgh*,
    919 F.2d 549 (9th Cir. 1990)........................................................8, 10

*Pimentel v. Dreyfus*,
    670 F.3d 1096 (9th Cir. 2012)..............................................................7

*Preminger v. Principi*,
    422 F.3d 815 (9th Cir. 2005)..............................................................13

*Rios-Berrios v. INS*,
    776 F.2d 859 (9th Cir. 1985)................................................................8

*Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*,
    240 F.3d 832 (9th Cir. 2001)................................................................7

iii

*Tawadrus v. Ashcroft*,
  364 F.3d 1099 (9th Cir. 2004)..................................................................10

*Torres v. U.S. Dep't of Homeland Sec.*,
  411 F. Supp. 3d 1036 (C.D. Cal. 2019) .....................................................8

*Usubakunov v. Garland*,
  16 F.4th 1299 (9th Cir. 2021).................................................................7, 8

*Winter v. Nat. Res. Def. Council, Inc.*,
  555 U.S. 7 (2008) .......................................................................................7

**RULES**

Fed. R. Civ. P. 65(b)(1)...............................................................................3

**OTHER AUTHORITIES**

Adrian Florido & Liz Baker, *DHS Vows Immigration Raids Will Continue as Resistance Mounts*, NPR (June 12, 2025), https://www.npr.org/2025/06/12/g-s1-72513/dhs-immigration-raids-los-angeles-protests ...................................3

Andrea Castillo & Queenie Wong, *L.A. Immigration Raids Force the Undocumented to Trade their Freedom for Safety*, L.A. Times (June 26, 2025), https://www.latimes.com/politics/story/2025-06-26/online-church-school-and-doctor-afraid-of-ice-raids-immigrants-go-digital ...............3

Chris Michael, *Los Angeles Protests: From Immigration Raids to Sending in the Marines – A Visual Timeline*, The Guardian (June 10, 2025), https://www.theguardian.com/us-news/2025/jun/09/los-angeles-protests-visual-guide .................................................................................................2

Dani Anguiano, *U.S. Citizen Arrested During ICE Raid in What Family Describes as 'Kidnapping'*, The Guardian (June 26, 2025), https://www.theguardian.com/us-news/2025/jun/26/immigration-ice-raid-andrea-velez....................................................................................................3

Immigration and Customs Enforcement, National Detention Standards (2025), https://www.ice.gov/doclib/detention-standards/2025/nds2025.pdf ...............13

iv

Immigration and Customs Enforcement, Non-Dedicated Intergovernmental
    Service Agreement Standards (2025), https://www.ice.gov/doclib/
    detention-standards/2025/ndids2025.pdf .........................................................13

Jack Figge, *'The Fear is Wide' – L.A. Pastors Minister to Migrants Amid
    Immigration Raids*, The Pillar (June 25, 2025),
    https://www.pillarcatholic.com/p/the-fear-is-wide-la-pastors-minister............3

Jonaki Mehta, Ailsa Chang & Christopher Intagliata, *This Beloved Mexican
    Market in LA is Losing Business Amid Immigration Crisis*, NPR
    (June 20, 2025), https://www.npr.org/2025/06/20/nx-s1-5434354/trump-
    immigration-ice-raids-los-angeles......................................................................3

Jose Olivares, *U.S. Immigration Officers Ordered to Arrest More
    People Even Without Warrants*, The Guardian (June 4, 2025),
    https://www.theguardian.com/us-news/2025/jun/04/immigration-officials-
    increased-detentions-collateral-arrests..............................................................2

Luzdelia Caballero, *Los Angeles Father Speaks Out After Wife, 9-Year-Old Child
    Detained During Immigration Appointment*, CBS News (June 19, 2025),
    https://www.cbsnews.com/losangeles/news/los-angeles-father-speaks-out-
    after-wife-9-year-old-child-detained-during-immigration-appointment ...........2

Ricardo Tovar, *LA County Officials Say ICE Agents Targeted Individuals at
    Churches*, KSBW8 Action News (June 12, 2025), https://www.ksbw.com/
    article/la-county-ice-agents-targeted-individuals-church/65039805 .................2

Sid Garcia, *ICE Agents Chase After Farmworkers as They Flee Fields During
    Latest Raid in Ventura County*, ABC 7 Eyewitness News (June 11, 2025),
    https://abc7.com/post/ice-agents-chase-farm-workers-flee-fields-during-
    latest-raid-ventura-county/16719564/................................................................2

Travis Schlepp, *ICE Agents Make Arrest at Los Angeles Area Church*, KTLA 5
    (June 11, 2025), https://ktla.com/news/local-news/ice-agents-make-arrest-
    at-los-angeles-area-church ................................................................................2

v

## PRELIMINARY STATEMENT

Over the last month, federal immigration authorities have implemented a policy of stopping people of color *en masse* without reasonable suspicion of immigration violations and subjecting them to warrantless arrest. Many of those arrested in these indiscriminate sweeps have ended up in a basement holding area known as "B-18" in the Federal Building in downtown Los Angeles. B-18 was designed to hold individuals only temporarily for processing before release or transport to a longer-term detention facility. It has no beds, showers, or medical facilities, and is limited in size. Previous litigation over conditions at B-18 resulted in a settlement requiring that individuals not be held there for more than 12 hours.

Yet, since early June 2025, B-18 has become a de facto long-term detention facility. Individuals are held there in inhumane conditions, and their contact with the outside world is purposely being obstructed. Critically, B-18 detainees are not permitted the access to prospective or retained legal counsel required under the Fifth Amendment. Without access to counsel, detainees are kept in the dark on how to assert their rights and are potentially removed from the country without an opportunity to first obtain legal advice. Defendants' current policies and practices are plainly unlawful, and they are causing significant irreparable harm to Plaintiffs Coalition for Humane Immigrant Rights ("CHIRLA") and Immigrant Defenders Law Center ("ImmDef") by severely undermining their ability to provide the immigration legal services at the core of their respective organizational missions.

For the reasons below, the Court should enter a temporary restraining order requiring Defendants to restore legal access at B-18.[1]

---

[1] The relief sought in this application for a temporary restraining order is specifically against Defendants Kristi Noem, Secretary of the Department of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); and Ernesto Santacruz Jr., Acting Field Office Director for the Los Angeles Field Office of ICE.

ER-0634

**FACTS**

***Defendants' mass, warrantless arrests.*** Beginning in early June 2025, federal immigration agents began conducting indiscriminate raids in Los Angeles, recurrently and systematically descending on parking lots, car washes, and other locations.[2] On June 9, 2025, ICE expanded its operations to neighboring Orange County, conducting raids in Santa Ana, Fountain Valley, and Whittier.[3] On June 10, 2025, ICE operations continued north of Los Angeles, in Ventura County, where agents detained farm workers as they labored in fields.[4] The actions continued with multiple raids throughout the City of Downey at a car wash, Home Depot, and LA Fitness, and in a church parking lot.[5] Raids continued through the end of June and into the month of July.

In an effort to increase the already unprecedented pace of deportations, Defendants have resorted to unlawful tactics. Officials have been instructed to get "creative" with arrests, including of undocumented people encountered by chance.[6] Immigration officers

---

[2] *See* Luzdelia Caballero, *Los Angeles Father Speaks Out After Wife, 9-Year-Old Child Detained During Immigration Appointment*, CBS News (June 19, 2025), https://www.cbsnews.com/losangeles/news/los-angeles-father-speaks-out-after-wife-9-year-old-child-detained-during-immigration-appointment.

[3] Chris Michael, *Los Angeles Protests: From Immigration Raids to Sending in the Marines – A Visual Timeline*, The Guardian (June 10, 2025), https://www.theguardian.com/us-news/2025/jun/09/los-angeles-protests-visual-guide.

[4] *See* Sid Garcia, *ICE Agents Chase After Farmworkers as They Flee Fields During Latest Raid in Ventura County*, ABC 7 Eyewitness News (June 11, 2025), https://abc7.com/post/ice-agents-chase-farm-workers-flee-fields-during-latest-raid-ventura-county/16719564/; *see also* Travis Schlepp, *ICE Agents Make Arrest at Los Angeles Area Church*, KTLA 5 (June 11, 2025), https://ktla.com/news/local-news/ice-agents-make-arrest-at-los-angeles-area-church.

[5] Ricardo Tovar, *LA County Officials Say ICE Agents Targeted Individuals at Churches*, KSBW8 Action News (June 12, 2025), https://www.ksbw.com/article/la-county-ice-agents-targeted-individuals-church/65039805.

[6] *See* Jose Olivares, *U.S. Immigration Officers Ordered to Arrest More People Even Without Warrants*, The Guardian (June 4, 2025), https://www.theguardian.com/us-news/2025/jun/04/immigration-officials-increased-detentions-collateral-arrests.

---

2

report being told to "turn the creative knob up to 11" and to "push the envelope."[7] The sheer scale of the raids have astonished "even longtime immigration officials."[8] In the deliberately manufactured chaos, U.S. citizens have also been detained, with their attorneys struggling to locate them in detention.[9]

The raids have sent a chill throughout Los Angeles and the surrounding areas. Immigration officials arrive masked, with firearms, in unmarked vehicles. *See, e.g.*, Toczylowski Decl. ¶ 46. Pastors report dramatically decreased Sunday Mass attendance because people, even those with lawful status, are scared to leave their homes.[10] Market vendors have been forced to shutter their doors, as their customers are terrified to venture outdoors.[11] Native-born U.S. citizens carry their birth certificates, fearing they will be wrongly detained or deported.[12] Immigrants are postponing their cancer treatments for fear of going to a hospital.[13]

---

[7] *See id*.

[8] *See* Adrian Florido & Liz Baker, *DHS Vows Immigration Raids Will Continue as Resistance Mounts*, NPR (June 12, 2025), https://www.npr.org/2025/06/12/g-s1-72513/dhs-immigration-raids-los-angeles-protests.

[9] *E.g.*, Dani Anguiano, *U.S. Citizen Arrested During ICE Raid in What Family Describes as 'Kidnapping'*, The Guardian (June 26, 2025), https://www.theguardian.com/us-news/2025/jun/26/immigration-ice-raid-andrea-velez.

[10] *See* Jack Figge, *'The Fear is Wide' – L.A. Pastors Minister to Migrants Amid Immigration Raids*, The Pillar (June 25, 2025), https://www.pillarcatholic.com/p/the-fear-is-wide-la-pastors-minister.

[11] *See* Jonaki Mehta, Ailsa Chang & Christopher Intagliata, *This Beloved Mexican Market in LA is Losing Business Amid Immigration Crisis*, NPR (June 20, 2025), https://www.npr.org/2025/06/20/nx-s1-5434354/trump-immigration-ice-raids-los-angeles.

[12] *See id.*

[13] *See* Andrea Castillo & Queenie Wong, *L.A. Immigration Raids Force the Undocumented to Trade their Freedom for Safety*, L.A. Times (June 26, 2025), https://www.latimes.com/politics/story/2025-06-26/online-church-school-and-doctor-afraid-of-ice-raids-immigrants-go-digital.

3

***Inhumane detention at B-18.*** What is happening following arrest, however, is equally troublesome and independently unlawful. Over the past month, Defendants have been taking individuals swept up in mass, warrantless arrests to the basement of 300 North Los Angeles Street, commonly referred to as "B-18." B-18 is designed to hold individuals temporarily so they can be processed and released or otherwise transported to another detention facility. *See* Thompson-Lleras Decl. ¶ 6. B-18 does not have beds, showers, or medical facilities. The unconstitutional conditions at B-18 were the subject of previous litigation in this District, *see Castellano v. Napolitano*, No. 09 Civ. 2281 (C.D. Cal.), which resulted in a settlement agreement in 2009, Compl. ¶ 75. Among the terms of that agreement was the requirement that individuals at B-18 not be held for more than 12 hours, and that ICE permit detainees at B-18 to "visit with current or prospective legal representatives and their legal assistants seven days a week, including holidays, for eight hours per day on regular business days (Monday through Friday), and four hours per day on weekends and holidays." Compl. ¶ 75. That settlement agreement expired in 2010. *Id.* ¶ 76.

But this June, the facility has been converted into a de facto long-term detention facility, and the very inhumane conditions that led to a settlement more than a decade ago are reoccurring and then some. One ImmDef client reported around 60 individuals being held in one B-18 cellblock. Toczylowski Decl. ¶ 37. As of June 20, it is believed that over 300 were being held at B-18. Compl. ¶ 77. When asked about why detainees were forced to sleep on floors and in bad conditions, a B-18 officer explained that B-18 is meant to be a processing center, where people are not to remain longer than 12 hours. R.P.R. Decl. ¶ 9; *see* Duran Decl. ¶ 10 ("'Normal' processing of a matter like this would have been to release him pending his next court hearing, since jurisdiction remains with the Executive Office of Immigration Review under section 240 of the [Immigration and Nationality Act].") The officer did not know why detainees were forced to stay at B-18 for multiple days. R.P.R. Decl. ¶ 9; *see* Salas Decl. ¶ 34 (reports as of June 26 that detainees were being held for four to five days); Toczylowski Decl. ¶ 54 (report of one detainee who was held for 12 days).

4

***Denial of access to counsel at B-18***. The denial of access to counsel emerged as an issue as soon as Defendants began using B-18 to house the individuals swept up in recent raids and mass arrests.

On June 6, 2025, CHIRLA and ImmDef attorneys and legal representatives attempted to gain access to B-18 to advise detainees of their rights and assess their eligibility for relief, but they were not permitted to meet with anyone. Salas Decl. ¶¶ 11–15; Toczylowski Decl. ¶¶ 5–14. When they returned to B-18 on the morning of June 7, they were met with frightening force and denied access. The attorneys identified a handwritten notice on the door of the family and attorney entrance at B-18 indicating that the facility would not permit any attorney or family visits. Salas Decl. ¶¶ 16–17. Federal agents at the scene deployed an unknown chemical agent against family members, attorneys, and representatives, including CHIRLA legal staff, who were peacefully requesting access to detained individuals. *Id.* ¶¶ 17–24. The chemical agent caused everyone to cough and inflicted a burning sensation in the eyes, nose, and throat. *Id.* ¶¶ 21–22; Toczylowski Decl. ¶¶ 21, 24. That same morning, numerous unmarked white vans quickly departed B-18 with a group of detainees. CHIRLA and ImmDef attorneys and representatives attempted to loudly share know-your-rights information with the detainees in the vans. Salas Decl. ¶ 19. To prevent the detainees from hearing their rights, and therefore from exercising them, federal agents blasted their horns to drown them out. *Id.*; Toczylowski Decl. ¶ 19. On June 8, an ImmDef attorney and the ImmDef president also saw a sign on the door of the B-18 facility stating that attorney and family visits were again cancelled that day. Toczylowski Decl. ¶ 23. Family members and attorneys were prohibited from accessing B-18 until June 9. Toczylowski Decl. ¶ 15; *see* Duran Decl. ¶ 13 ("We had been informed that access was going to be allowed, but when we arrived at B-18, that statement had been revoked.").

These access issues continued to occur over the ensuing weeks, up to the present. Salas Decl. ¶¶ 32–36; Toczylowski Decl. ¶¶ 51–52. On June 16, ImmDef attorneys, as well as Congressman Jimmy Gomez, arrived at B-18 around 3:00 p.m. on a day when B-18 was

5

purportedly open for visiting between 8:00 a.m. and 4:00 p.m. Toczylowski Decl. ¶¶ 28–29. But they were denied access, along with family members who had been instructed to go to B-18 to pick up their loved ones' possessions. *Id.* ¶¶ 28–31. And on June 19, an ImmDef attorney arrived at B-18 to meet with detainees, including one who was scheduled for a chemotherapy appointment the next day. *Id.* ¶ 34. Despite showing a doctor's note confirming the appointment and specifying that missing the appointment would be detrimental to the detainee's health, the officers would not allow the attorney to meet with the ill detainee. *Id.* ¶¶ 34–37. In fact, one officer told the attorney that "he had no way to find [the detainee] because hundreds of people were detained in the facility." *Id.* ¶ 38.

On the rare and random occasions when family members and attorneys have been allowed access to their loved ones and clients, they have been made to wait hours at a time to see them, and the resulting visits have been limited to a matter of minutes. Vasquez Decl. ¶ 6 (two-minute meeting); R.P.R. Decl. ¶ 8 (five-minute meeting). CHIRLA and ImmDef attorneys have also been given a series of arbitrary reasons why they cannot meet with clients. Toczylowski Decl. ¶ 52 (not having physical bar card). Detention officers screen the very limited phone calls that detainees are permitted to make, and phone calls cannot be used for confidential communications. S.A.R. Decl. ¶ 10.

As a result of Defendants' actions, CHIRLA and ImmDef have been unable to serve their existing clients or establish new attorney-client relationships, undermining the organizations' core missions. And detainees held at B-18 have suffered as a result. Salas Decl. ¶¶ 32–36; Toczylowski Decl. ¶¶ 46, 51–58. Detainees have been coerced into signing forms without access to counsel or a rights advisal. S.K. Decl. ¶ 9 ("The officers at B-18 gave me paperwork to sign but I could not read it. I was so tired, I signed it, but I did not know what it said. They did not give me a copy of the documents."). Detainees are also not told about court hearings and are deported after missing their hearings. R.P.R. Decl. ¶ 13.

The lack of access to counsel also contributes to other constitutional violations—and deliberately so. One ImmDef client, for example, was released shortly after his attorney informed the ICE officers at B-18 that he had asylee status—this was the second time he

had been arrested by ICE in two weeks despite his status. Toczylowski Decl. ¶¶ 32–33. Without the flow of information between attorneys and clients, the full scope of the Fourth Amendment and other legal violations preceding detention remains unknown. And B-18 detainees are limited in their ability to report on the inhumane conditions that they are experiencing at B-18, from overcrowding and inadequate food, to lack of basic hygiene products and medical care. Toczylowski Decl. ¶¶ 32–50; C.B. Decl. ¶ 8; S.K. Decl. ¶ 5; R.P.R. Decl. ¶¶ 8, 10–11.

## LEGAL STANDARD

Plaintiffs are entitled to a temporary restraining order if they show that (1) they are likely to succeed on the merits of their claims; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) an injunction is in the public interest. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001) (noting that preliminary injunction and temporary restraining order standards are "substantially identical"). A stronger showing on one element may offset a weaker showing on another. *See Pimentel v. Dreyfus*, 670 F.3d 1096, 1105 (9th Cir. 2012). Under this sliding-scale approach, where a moving party would suffer irreparable harm in the absence of relief and demonstrates that an injunction would be in the public interest, "'serious questions going to the merits' and a hardship balance that tips sharply toward the plaintiff can support issuance of an injunction." *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1132 (9th Cir. 2011).

## ARGUMENT

### I. Plaintiffs Are Likely to Succeed on the Merits of Their Claim That Defendants' Denial of Access to Counsel at B-18 Violates the Fifth Amendment

The Due Process Clause of the Fifth Amendment safeguards the rights of noncitizens to hire and consult with attorneys. *See Usubakunov v. Garland*, 16 F.4th 1299, 1303 (9th Cir. 2021) ("As we have stressed, the importance of the right to counsel … cannot be overstated." (cleaned up)); *Biwot v. Gonzales*, 403 F.3d 1094, 1098 (9th Cir. 2005) ("The

right to counsel in immigration proceedings is rooted in the [Fifth Amendment] Due Process Clause[.]"); *Orantes-Hernandez v. Thornburgh*, 919 F.2d 549, 554, 565 (9th Cir. 1990) (recognizing "aliens have a due process right to obtain counsel of their choice at their own expense," and affirming injunction against government practices "the cumulative effect of which was to prevent aliens from contacting counsel and receiving any legal advice," including the practice of denying visits with counsel); *cf. Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000) ("[A]n alien who faces deportation is entitled to a full and fair hearing of his claims and a reasonable opportunity to present evidence on his behalf."). "The high stakes of a removal proceeding and the maze of immigration rules and regulations make evident the necessity of the right to counsel." *Biwot*, 403 F.3d at 1098; *see Usubakunov*, 16 F.4th at 1300 ("Navigating the asylum system with an attorney is hard enough; navigating it without an attorney is a Herculean task.").

To effectuate this right, immigrants are entitled to "reasonable time to locate counsel." *Rios-Berrios v. INS*, 776 F.2d 859, 863 (9th Cir. 1985); *Torres v. U.S. Dep't of Homeland Sec.*, 411 F. Supp. 3d 1036, 1060–61, 1063–64 (C.D. Cal. 2019). When the government has detained an individual, it cannot impose restrictions on access that undermine the opportunity to obtain counsel. *See Orantes-Hernandez*, 919 F.2d at 554, 565.

In addition to the opportunity to obtain counsel, due process guarantees noncitizens the right to communicate with counsel once counsel is retained. "Both Congress and [the Ninth Circuit] have recognized the right to retained counsel as being among the rights that due process guarantees to petitioners in immigration proceedings." *Arrey v. Barr*, 916 F.3d 1149, 1157 (9th Cir. 2019). Impediments to communication, including through detention in a difficult-to-access facility, can constitute a "constitutional deprivation" where they obstruct an "established on-going attorney-client relationship." *Comm. of Cent. Am. Refugees v. INS*, 795 F.2d 1434, 1439 (9th Cir. 1986).

CHIRLA and ImmDef have had no, or at best very limited, ability to communicate with current and prospective clients at B-18 because of the barriers to access that

Defendants have constructed. Officers are consistently preventing CHIRLA and ImmDef attorneys from visiting current and prospective clients at B-18, despite the attorneys' compliance with purported visitation procedures and instructions from government officials. Salas Decl. ¶¶ 12–23; Toczylowski Decl. ¶¶ 5–58; C.B. Decl. ¶ 9. They have at times received no response from the intercom system or doorbell at the entrance of B-18, Toczylowski Decl. ¶¶ 6–7, 22, 24; have been turned away when they had previously been told they would be given access, Thompson-Lleras Decl. ¶ 10; have been repeatedly told that attorneys could not enter because the building was overcrowded, Toczylowski Decl. ¶¶ 7, 12–13; Salas Decl. ¶ 14; have been denied access for arbitrary reasons, such as not having a physical bar card, Toczylowski Decl. ¶ 52; and have been denied access even when visiting was purportedly open, *id.* ¶¶ 28–29.

Even when they have been able to enter B-18, CHIRLA and ImmDef attorneys' efforts to meet with clients have been systematically stymied by Defendants. Detention officers have intimidated attorneys into leaving, Toczylowski Decl. ¶¶ 17, 26–27; have provided false information to attorneys that their clients were not detained at B-18, when in fact they were, Duran Decl. ¶ 11; Toczylowski Decl. ¶ 54; have denied attorneys' requests to locate their client using a Form G-28 because it did not have an A-number, even though individuals not previously subject to immigration proceedings would not receive an A-number until arriving at the facility, Toczylowski Decl. ¶¶ 8, 11–12; have denied attorneys' requests to locate clients using a Form G-28 even with A-numbers, Toczylowski Decl. ¶ 48; have made limited efforts to locate clients, such as only "call[ing] the client's name in the holding cells" and giving up when "no one had responded," Toczylowski Decl. ¶ 12; Vasquez Decl. ¶¶ 5, 6; *see also* S.A.R. Decl. ¶ 11 (describing inaccuracy of detainee locators); Barba Decl. ¶ 13 (same); C.B. Decl. ¶ 12 (same); and have denied access due to the purported lack of "attorney rooms" without explanation for why "family rooms" or other spaces could not be used, Toczylowski Decl. ¶ 13.

There can be no serious question that CHIRLA and ImmDef are likely to succeed on their claim that Defendants have obstructed established attorney-client relationships and

9

prevented CHIRLA and ImmDef attorneys from providing legal advice to B-18 detainees. *Orantes-Hernandez*, 919 F.2d at 565–66; *see Hernandez-Gil v. Gonzales*, 476 F.3d 803, 807–08 (9th Cir. 2007); *Comm. of Cent. Am. Refugees*, 795 F.2d at 1439.

Defendants' legal access policies and practices at B-18 have prevented prospective clients from accessing CHIRLA's and ImmDef's legal services as well. Such interference comes at a critical juncture. Individuals swept up in recent mass arrests may have interviews or hearings to prepare for, may miss immigration appointments with U.S. Citizenship and Immigration Services, may have removal proceedings instituted against them, may be forced to sign documents they do not understand, and may be misled into waiving their rights without the benefit of legal advice that would facilitate informed decisionmaking. *E.g.*, Toczylowski Decl. ¶¶ 4, 56; S.K. Decl. ¶¶ 4, 9 (describing the lack of response detainee received after asking for an attorney and the detainee signing paperwork he did not comprehend). Some detainees may have even agreed to "voluntary departure" or "self-deportation" without having first had the opportunity to consult counsel, even though the Fifth Amendment requires detainees to knowingly and voluntarily waive their right to an immigration court hearing. *See Tawadrus v. Ashcroft*, 364 F.3d 1099, 1103 (9th Cir. 2004). Preventing the formation of attorney-client relationships in this way is a clear violation of the Due Process Clause as well. *See Orantes-Hernandez*, 919 F.2d at 565 (upholding a mandatory injunction where the "cumulative effect" of government practices "was to prevent aliens from contacting counsel and receiving any legal advice").

Finally, the lack of contact with the outside world at B-18—with counsel as well as family members—raises the concern that Defendants are holding detainees at B-18 incommunicado, which also violates the Fifth Amendment. *Halvorsen v. Baird*, 146 F.3d 680, 688–89 (9th Cir. 1998) ("It would be hard to find an American who thought people could be picked up by a policeman and held incommunicado, without the opportunity to let anyone know where they were, and without the opportunity for anyone on the outside looking for them to confirm where they were."); *Castillo v. Nielsen*, No. 18 Civ. 1317, 2020 WL 2840065, at *5 (C.D. Cal. June 1, 2020) ("Defendants do not and cannot dispute

10

that holding civil immigration detainees incommunicado for such prolonged periods implicates due process concerns."). This right applies to civil detainees as well as those in criminal custody. *Halvorsen*, 146 F.3d at 689 ("That a person is committed civilly … cannot diminish his right not to be held incommunicado."). This fundamental requirement protects not only attorney access, but also detainees' rights to communicate with family members: "Communication has value even if it would not get a person released. A phone call could reduce the mental distress to the person confined. It could also reduce the anxiety of those who might wonder where he was, such as a spouse, parent, or unsupervised child." *Id*. at 688.

## II.    Plaintiffs Are Likely to Continue to Suffer Irreparable Harm

As set forth above, Defendants' violations of the Fifth Amendment right to counsel directly impede CHIRLA's and ImmDef's ability to engage in the representation of immigrants and refugees that is at the core of their founding mission. Defendants do so in numerous ways—by preventing CHIRLA and ImmDef attorneys from meeting with existing and prospective clients; by imposing limitations on access that make it impossible to give timely and confidential legal advice; and by forcing CHIRLA and ImmDef to devote significant staff time and other resources to navigating the unconstitutional barriers to access that Defendants have imposed, rather than engage in their core work of advising clients on their immigration proceedings and constitutional rights. *E.g.*, Salas Decl. ¶¶ 14–15, 17, 32–36; Toczylowski Decl. ¶¶ 5–7, 15, 28–30, 48, 51–52, 54–58.

These harms easily establish CHIRLA's and ImmDef's standing. *See Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982) (finding that the false information provided by defendants "perceptibly impaired [the plaintiff's] ability to provide counseling and referral services for low- and moderate-income homeseekers"); *Food & Drug Admin. v. All. for Hippocratic Med.*, 602 U.S. 367, 395 (2024) (explaining that the defendant's actions in *Havens* "directly affected and interfered with [the plaintiff's] core business activities"); *Fed. Defs. of N.Y., Inc. v. Fed. Bureau of Prisons*, 954 F.3d 118, 126–27 (2d Cir. 2020) (concluding that public defender service suffered injury from interference with

11

clients' right to counsel). And these harms are irreparable for purposes of injunctive relief. Defendants' interference with CHIRLA's and ImmDef's existing and prospective client relationships comes at a critical juncture in the immigration process, Salas Decl. ¶¶ 31–36; Toczylowski Decl. ¶¶ 56–57, and cannot be remedied by a final judgment issued months (or possibly years) down the road. Indeed, as this District's Judge Bernal recently recognized in another case in which ImmDef was a plaintiff, "impairing [ImmDef's] ability to provide meaningful legal representation to clients in removal proceedings" constitutes irreparable harm. *Immigrant Defs. L. Ctr. v. Noem*, No. 20 Civ. 9893, 2025 WL 1172442, at *24 (C.D. Cal. Apr. 16, 2025); *see also E. Bay Sanctuary Covenant v. Biden*, 993 F.3d 640, 677–78 (9th Cir. 2021) (finding irreparable harm where government actions frustrated organizational plaintiffs' core missions). Moreover, CHIRLA's and ImmDef's inability to recover monetary damages on their Fifth Amendment claim makes their harms irreparable as well. *See California v. Azar*, 911 F.3d 558, 581 (9th Cir. 2018).

Absent an injunction barring such conduct, Defendants have made clear that they remain committed to violating the right to retain and consult counsel at B-18, creating an intolerable risk of continuing harm. *See also, e.g.*, *Castillo v. Nielsen*, No. 18 Civ. 1317, 2018 WL 6131172, at *4 (C.D. Cal. June 21, 2018) (issuing temporary restraining order requiring attorney access for immigration detainees held at the Federal Bureau of Prisons facility in Victorville).

## III. The Balance of the Equities Favors Plaintiffs

CHIRLA's and ImmDef's requested relief merely requires Defendants to comply with a well-established due process right of access to counsel by providing individuals detained at B-18 with the same access that the government already affords those held at immigration detention facilities across the country. *See, e.g.*, U.S. Immigration and Customs Enforcement, National Detention Standards at 65, 166 (2025) (requiring facilities to "permit legal visitation seven days a week, including holidays," for eight hours per day on regular business days, and to permit "[a]ll detainees, including those in disciplinary

12

segregation, … to place calls to attorneys");[14] U.S. Immigration and Customs Enforcement, Non-Dedicated Intergovernmental Service Agreement Standards at 11 (2025) (for non-dedicated facilities, likewise requiring seven-days-a-week legal visitation and the opportunity to place calls to attorneys at no cost).[15] Indeed, this is the same legal visiting schedule that the government agreed to for B-18 when its unconstitutional practices there were challenged more than a decade ago. Compl. ¶ 75. It is hard to imagine what prejudice Defendants could possibly experience from an order directing access to counsel for detainees at B-18. Regardless, any cost to Defendants in complying with their legal obligations would be "far outweighed by the considerable harm" to constitutional rights in the absence of an injunction. *Hernandez v. Sessions*, 872 F.3d 976, 995 (9th Cir. 2017).

Finally, the public interest heavily favors granting the injunction because it would ensure that Defendants' conduct complies with the law. *See id*. at 996; *Preminger v. Principi*, 422 F.3d 815, 826 (9th Cir. 2005) ("Generally, public interest concerns are implicated when a constitutional right has been violated, because all citizens have a stake in upholding the Constitution."). There is no legitimate public interest in denying CHIRLA and ImmDef the ability to provide legal counsel to those individuals detained at B-18. Moreover, as a result of B-18 detainees' inability to communicate with the outside world, the full scope of Defendants' unconstitutional violations, both within B-18 and in connection with the warrantless arrests that preceded detention, remains unknown. Allowing basic legal access at B-18 will shine a greater light on the other unlawful conduct in which Defendants are engaged.

## IV. No Security Under Rule 65(c) Should Be Required

District courts have "wide discretion" to waive Rule 65(c)'s requirement that a party seeking a temporary restraining order or preliminary injunction post security "if there is no evidence the [opposing] party will suffer damages from the injunction," *Conn. Gen. Life*

---

[14] https://www.ice.gov/doclib/detention-standards/2025/nds2025.pdf.

[15] https://www.ice.gov/doclib/detention-standards/2025/ndids2025.pdf.

ER-0646

*Ins. Co. v. New Images of Beverly Hills*, 321 F.3d 878, 882 (9th Cir. 2003), or if "there is a high probability of success that equity compels waiving the bond, [or] the balance of the equities overwhelmingly favors the movant," *Gilmore v. Wells Fargo Bank, N.A.*, No. 14 Civ. 2389, 2014 WL 3749984, at *6 (N.D. Cal. July 29, 2014). Where, as here, the imposition of a bond "would negatively impact [plaintiffs'] access to courts and their ability to assert their constitutional rights," no bond should be required. *City & Cnty. of San Francisco v. Trump*, No. 25 Civ. 1350, 2025 WL 1282637, at *39 (N.D. Cal. May 3, 2025). Should the Court decide that a bond is appropriate, it should exercise its "discretion as to the amount of security required" to make the amount nominal. *Barahona-Gomez v. Reno*, 167 F.3d 1228, 1237 (9th Cir. 1999).

## CONCLUSION

CHIRLA and ImmDef respectfully request that this Court grant a temporary restraining order that requires Defendants to open B-18 for legal visitation seven days per week, eight hours per day on business days and four hours per day on weekends and holidays, and permits individuals detained at B-18 to communicate with their counsel by phone at no charge.

14

Dated: July 2, 2025

*Mark Rosenbaum*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883

*Counsel for Plaintiffs Coalition for
Humane Immigrant Rights and Immigrant
Defenders Law Center*

CARL BERGQUIST* (DC BAR 1720816)
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for
Humane Immigrant Rights*

15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALVARO HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders
Law Center*

* *Pro hac vice* application forthcoming

16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS COALITION FOR HUMANE IMMIGRANT RIGHTS AND IMMIGRANT DEFENDERS LAW CENTER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [ECF NO. 38]** |

On July 2, 2025, Plaintiffs Coalition for Humane Immigrant Rights ("CHIRLA") and Immigrant Defenders Law Center ("ImmDef") filed an *ex parte* application for a temporary restraining order and order to show cause why a preliminary injunction should not issue pending the final disposition of this action.

Plaintiffs CHIRLA and ImmDef request that the Court grant a temporary restraining order enjoining Defendants Kristi Noem, Todd M. Lyons, and Ernesto Santacruz Jr.'s policies and practices in violation of the Fifth Amendment right to retain and consult with counsel in connection with immigration proceedings.

Plaintiffs are entitled to a temporary restraining order if they show that (1) they are likely to succeed on the merits of their claims; (2) they are likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in their favor; and (4) an injunction is in the public

1

interest. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001) (noting that preliminary injunction and temporary restraining order standards are "substantially identical").

The Court finds that CHIRLA and ImmDef have demonstrated a strong likelihood of success on the merits of their Fifth Amendment claim. CHIRLA and ImmDef have had no, or at best very limited, ability to communicate with current and prospective clients at B-18 because of the barriers to access that Defendants have constructed. *See, e.g.*, *Orantes-Hernandez v. Thornburgh*, 919 F.2d 549, 554, 565 (9th Cir. 1990) (recognizing "aliens have a due process right to obtain counsel of their choice at their own expense," and affirming injunction against government practices "the cumulative effect of which was to prevent aliens from contacting counsel and receiving any legal advice," including the practice of denying visits with counsel). The Court further finds that, absent interim injunctive relief, CHIRLA and ImmDef face immediate, irreparable harm, and that the balance of the equities and the public interest favor such relief.

The Court, having considered Plaintiffs' application and finding good cause therefor, hereby GRANTS the application and ORDERS as follows:

1.  Defendants Kristi Noem, Todd M. Lyons, and Ernesto Santacruz Jr. shall provide access to Room B-18 of the Federal Building located at 300 North Los Angeles Street, Los Angeles, CA 90012 ("B-18") for legal visitation by current and prospective attorneys, legal representatives, and legal assistants. Legal visitation shall be permitted seven days per week, for a minimum of eight hours per day on business days (Monday through Friday), and a minimum of four hours per day on weekends and holidays.

2.  Defendants Kristi Noem, Todd M. Lyons, and Ernesto Santacruz Jr. shall provide individuals detained at B-18 with access to confidential telephone calls with attorneys, legal representatives, and legal assistants at no charge to the detainee. Such legal telephone calls shall not be screened, recorded, or otherwise monitored.

3.  The Court, having found a strong likelihood of success on the merits and that the balance of the equities overwhelmingly favors CHIRLA and ImmDef, further ORDERS that no security shall be required under Federal Rule of Civil Procedure 65(c).

ER-0651

4.   Defendants Kristi Noem, Todd M. Lyons, and Ernesto Santacruz Jr.  are each hereby ordered to show cause on _____, at _____ [a.m./p.m.], or as soon thereafter as counsel may be heard in the courtroom of the Honorable Maame Ewusi-Mensah Frimpong, located at 350 West First Street, Los Angeles, CA 90012, why they should not be enjoined from further violations of the Fifth Amendment to the United States Constitution pending the final disposition of this action.

IT IS SO ORDERED.

Dated: July __, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

3

ER-0652

1  MARK ROSENBAUM (SBN 59940)
2  *mrosenbaum@publiccounsel.org*
   PUBLIC COUNSEL
3  610 South Ardmore Avenue
   Los Angeles, CA 90005
4  Telephone: (213) 385-2977

5  *Counsel for All Plaintiffs*

6              **UNITED STATES DISTRICT COURT**
7        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8  Pedro VASQUEZ PERDOMO, *et al.*,          Case No.: 2:25-cv-05605-MEMF-SP

9      Plaintiffs,                           **DECLARATION OF**
                                             **MARK ROSENBAUM**
10     v.

11 Kristi NOEM, in her official capacity as  Hon. Maame Ewusi-Mensah Frimpong
   Secretary, Department of Homeland
12 Security, *et al.*,

13     Defendants.

14

15     I, Mark Rosenbaum, declare as follows:

16     1.    I am counsel for Plaintiffs Coalition for Humane Immigrant Rights

17 ("CHIRLA") and Immigrant Defenders Law Center ("ImmDef") (together, the

18 "Access/Conditions Plaintiffs") and Plaintiffs Pedro Vasquez Perdomo, Carlos Alexander

19 Osorto, Isaac Villegas Molina, Jorge Hernandez Viramontes, Jason Brian Gavidia, Los

20 Angeles Worker Center Network, and United Farm Workers (together with CHIRLA, the

21 "Stop/Arrest Plaintiffs") in this matter.

22     2.    On July 2, 2025, at approximately 9:00 a.m., I participated in a call with

23 Assistant United States Attorneys ("AUSAs") Pauline Helen Alarcon and Daniel Beck of

24 the United States Attorney's Office for the Central District of California. Stacy Tolchin

25 and Mohammad Tajsar, counsel for the Stop/Arrest Plaintiffs, joined me on the call with

26 AUSAs Alarcon and Beck.

27     3.    During the call, AUSAs Alarcon and Beck were advised that the

28 Access/Conditions Plaintiffs intended to file today, July 2, 2025, an *ex parte* application

ER-0653