**TRUTH.**

← **Truth Details**
7118 replies



**Donald J. Trump** ✓ ⊕
@realDonaldTrump

Our Nation's ICE Officers have shown incredible strength, determination, and courage as they facilitate a very important mission, the largest Mass Deportation Operation of Illegal Aliens in History. Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians, but nothing will stop us from executing our mission, and fulfilling our Mandate to the American People. ICE Officers are herewith ordered, by notice of this TRUTH, to do all in their power to achieve the very important goal of delivering the single largest Mass Deportation Program in History.

In order to achieve this, we must expand efforts to detain and deport Illegal Aliens in America's largest Cities, such as Los Angeles, Chicago, and New York, where Millions upon Millions of Illegal Aliens reside. These, and other such Cities, are the core of the Democrat Power Center, where they use Illegal Aliens to expand their Voter Base, cheat in Elections, and grow the Welfare State, robbing good paying Jobs and Benefits from Hardworking American Citizens. These Radical Left Democrats are sick of mind, hate our Country, and actually want to destroy our Inner Cities — And they are doing a good job of it! There is something wrong with them. That is why they believe in Open Borders, Transgender for Everybody, and Men playing in Women's Sports — And that is why I want ICE, Border Patrol, and our Great and Patriotic Law Enforcement Officers, to FOCUS on our crime ridden and deadly Inner Cities, and those places where Sanctuary Cities play such a big role. You don't hear about Sanctuary Cities in our Heartland!

I want our Brave ICE Officers to know that REAL Americans are cheering you on every day. The American People want our Cities, Schools, and Communities to be SAFE and FREE from Illegal Alien Crime, Conflict, and Chaos. That's why I

*cited in VASQUEZ PERDOMO v. NOEM*
*No. 25-4312 / pub. archived August 4, 2025*

have directed my entire Administration to put every resource possible behind this effort, and reverse the tide of Mass Destruction Migration that has turned once Idyllic Towns into scenes of Third World Dystopia. Our Federal Government will continue to be focused on the REMIGRATION of Aliens to the places from where they came, and preventing the admission of ANYONE who undermines the domestic tranquility of the United States.

To ICE, FBI, DEA, ATF, the Patriots at Pentagon and the State Department, you have my unwavering support. Now go, GET THE JOB DONE! DJT

**15.5k** ReTruths   **62.9k** Likes                              Jun 15, 2025, 5:43 PM

cited in VASQUEZ PERDOMO v. NOEM
No. 25-4312opub, archived August 4, 2025