IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, ET AL.,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>*Defendants-Appellants*. | Case No. 25-4312 |

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), and for the reasons set forth below, Plaintiffs-Appellees respectfully move for a 7-day extension of time, until September 15, 2025, in which to file their answering brief on appeal. This motion is not opposed.

Plaintiffs-Appellees' answering brief in this appeal is presently due today, on September 8, 2025. *See* Declaration of Elaine J. Goldenberg ("Goldenberg Decl.") ¶ 2. Plaintiffs-Appellees have not previously filed an extension of time to file the answering brief. *Id.* ¶ 3.

Good cause exists for this extension of time. On August 7, 2025, Defendants-Appellants sought from the Supreme Court a stay of one of the two Temporary Restraining Orders ("TROs") that are the subject of this appeal. This

1

morning, the Supreme Court granted Defendants-Appellants' application and stayed the TRO relating to the Fourth Amendment claim in this case. The Supreme Court issued lengthy concurring and dissenting opinions.

Plaintiffs-Appellees have exercised diligence and prepared an answering brief for filing today. However, an extension is warranted to account for the Supreme Court's order on the morning of the due date for Plaintiffs-Appellees' brief. An extension would allow Plaintiffs-Appellees to analyze the effect of the Supreme Court's order on this appeal, including whether this appeal should be stayed in whole or in part pending the district court's resolution of the pending preliminary injunction proceedings or should be otherwise disposed of in whole or in part. And, if this appeal moves forward, an extension would allow Plaintiffs-Appellees to revise the brief they prepared to account for the Supreme Court's order. *See* Goldenberg Decl. ¶ 7.

If this Motion is granted, Plaintiffs-Appellees will be prepared to make a filing in this Court by no later than September 15, 2025, either submitting their merits brief or requesting that the Court take some action—such as staying or otherwise disposing of the appeal in whole or in part in light of the Supreme Court's order—that would affect the content and timing of a merits brief. *See* Goldenberg Decl. ¶ 8.

Defendants-Appellants do not oppose Plaintiffs-Appellees' request.[1]  *Id.* ¶ 6.

In light of the considerations set forth above, Plaintiffs-Appellees respectfully request that the Court grant this Motion and order that the deadline for filing the answering brief be extended to September 15, 2025.

---

[1] The court reporter is not in default with regard to any designated transcripts.  *See* Goldenberg Decl. ¶ 9.

3

DATED: September 8, 2025　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Elaine J. Goldenberg
　　　　　　　　　　　　　　　　　　Elaine J. Goldenberg
Mark Rosenbaum　　　　　　　　　　Jeremy S. Kreisberg
Rebecca Brown　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
PUBLIC COUNSEL　　　　　　　　　　601 Massachusetts Ave. NW Suite 500E
610 South Ardmore Avenue　　　　　　Washington, D.C. 20001
Los Angeles, CA 90005　　　　　　　　Telephone: (202) 220-1100
Telephone: (213) 385-2977　　　　　　Elaine.Goldenberg@mto.com

*Counsel for Plaintiffs-Appellees*　　　Jacob S. Kreilkamp
　　　　　　　　　　　　　　　　　　Sara H. Worth
Matthew J. Craig　　　　　　　　　　Henry D. Shreffler
Mack E. Jenkins　　　　　　　　　　　Paul E. Martin
HECKER FINK LLP　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
1150 South Olive Street, Suite 10-140　　350 South Grand Ave., 50th Fl.
Los Angeles, CA 90015　　　　　　　　Los Angeles, CA 90071
Telephone: (212) 763-0883　　　　　　Telephone: (213) 683-9100

*Counsel for Fifth Amendment Plaintiffs-Appellees*　　Mohammad K. Tajsar
　　　　　　　　　　　　　　　　　　Eva Bitrán
　　　　　　　　　　　　　　　　　　ACLU FOUNDATION OF SOUTHERN
　　　　　　　　　　　　　　　　　　CALIFORNIA
　　　　　　　　　　　　　　　　　　1313 West 8th Street
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　Telephone: (213) 977-5200

　　　　　　　　　　　　　　　　　　Anne Lai
　　　　　　　　　　　　　　　　　　UC IRVINE IMMIGRANT AND RACIAL
　　　　　　　　　　　　　　　　　　JUSTICE SOLIDARITY CLINIC
　　　　　　　　　　　　　　　　　　P.O. Box 5479
　　　　　　　　　　　　　　　　　　Irvine, CA 92616-5479
　　　　　　　　　　　　　　　　　　Telephone: (949) 824-9894

　　　　　　　　　　　　　　　　　　*Counsel for Fourth Amendment Plaintiffs-Appellees*

4

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 402 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

DATED: September 8, 2025            */s/ Elaine J. Goldenberg*
                                     Elaine J. Goldenberg
                                     *Counsel for Fourth Amendment*
                                     *Plaintiffs-Appellees*

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that all parties or their counsel of record are registered as ACMS Filers and that they will be served by the ACMS system.

DATED: September 8, 2025

/s/ *Elaine J. Goldenberg*
Elaine J. Goldenberg
*Counsel for Fourth Amendment Plaintiffs-Appellees*