FILED

SEP 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO *et al.*, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KRISTI NOEM, Secretary, Department of Homeland Security, *et al.*, <br><br> Defendants - Appellants. | No. 25-4312 <br><br> D.C. No. 25-cv-05605 <br><br> ORDER |

Before: GOULD, BERZON, and SUNG, Circuit Judges.

Plaintiffs-Appellees' Motion to Hold Appeal in Abeyance (Dkt. 72) is **GRANTED**. Fed. R. App. 27(b). Plaintiffs-Appellees are ordered to file a status report with this Court either within seven days of a ruling by the district court on any request of a party to dissolve the TRO or thirty days after this order is filed, whichever comes first.