**No. 25-4312**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

PEDRO VASQUEZ PERDOMO, et al.,

Plaintiffs-Appellees,

v.

KRISTI NOEM, et al.,

Defendants-Appellants.

On Appeal from the United States District Court
for the Central District of California
District Court Case No. 2:25-cv-5605-MEMF-SP

**DEFENDANTS-APPELANTS' REPLY TO PLAINTIFFS-
APPELLEES' STATUS REPORT**

Defendants-Appellants ("Defendants") file this response to Plaintiffs-Appellees' ("Plaintiffs") November 20 Status Report (Dkt. 80.1), noting Defendants non-opposition to dismissal of the appeal.

While this Court remanded the district court's Fourth Amendment temporary restraining order ("TRO") to allow for the district court to dissolve said TRO, the Court held the Fifth Amendment TRO in abeyance. Dkt. 78.1. Defendants maintain their position, Dkt. 73.1, that the district court lacked

jurisdiction to enter a new or modify an existing preliminary injunction because of this existing appeal. *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal . . . divests the district court of its control over those aspects of the case involved in the appeal."). Nevertheless, given the Panel's disposition on this issue and the new preliminary injunction, Defendants do not oppose the dismissal of the appeal for pragmatic purposes.

## CONCLUSION

For the foregoing reasons, Defendants do not oppose dismissal of the appeal in Case No. 25-4312.

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
 *Acting Assistant Attorney General*
YAAKOV M. ROTH
 *Principal Deputy Assistant Attorney General*
DREW C. ENSIGN
 *Deputy Assistant Attorney General*
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
 *Counsel to the Assistant Attorney General*

JONATHAN  K. ROSS
*Senior Litigation Counsel*

STEPHANIE L. GROFF
JACOB A. BASHYROV
ANIELLO DESIMONE
*Trial Attorneys*

 *s/ Jason K. Zubata*
JASON K. ZUBATA
 *Trial Attorney*
 Office of Immigration Litigation
 Civil Division
 U.S. Department of Justice
 Washington, DC 20530
 (202) 532-4143
 Jason.k.zubata@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2025, I electronically filed the foregoing docketing statement with the Clerk of the Court by using the Appellate Case Management System. I further certify that the participants in the case are ACMS users and that service will be accomplished by using the ACMS system.

*s/ Jason K. Zubata*

JASON K. ZUBATA
*Trial Attorney*
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20530
Tel. (202) 532-4143